# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF FLORIDA

Case No. 1:20-cv-25144-GAYLES/TORRES

| | |
|---|---|
| **JETAIRE AEROSPACE, LLC,** | ) |
| | ) |
| Plaintiff/Counter-Defendant, | ) |
| | ) |
| v. | ) |
| | ) |
| **AERSALE, INC.** | ) |
| | ) |
| Defendant/Counter-Plaintiff. | ) |

## JURY DEMAND

Pursuant to Rule 38(b) of the Federal Rules of Civil Procedure, Defendant/Counter-Plaintiff AerSale, Inc. hereby demands trial by jury on all issues so triable.

/s/ Amelia Toy Rudolph
Amelia Toy Rudolph (Florida Bar No. 57015)
Shawn Rafferty (*pro hac vice*)
Valerie S. Sanders (*pro hac vice*)
EVERSHEDS SUTHERLAND (US) LLP
999 Peachtree Street, NE, Suite 2300
Atlanta, Georgia 30309-3996
404-853-8000 (telephone)
404-853-8806 (facsimile)
amyrudolph@eversheds-sutherland.com
shawnrafferty@eversheds-sutherland.com
valeriesanders@eversheds-sutherland.com

Regis C. Worley, Jr. (*pro hac vice*)
EVERSHEDS SUTHERLAND (US) LLP
12255 El Camino Real, Suite 100
San Diego, California 92130-2071
858-252-6458 (telephone)
858-252-6503 (facsimile)
regisworley@eversheds-sutherland.com

*Counsel for AerSale, Inc.*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on April 5, 2021, the foregoing **Jury Demand** was electronically filed with the Clerk of Court using the CM/ECF filing system. I further certify that the foregoing document was served on all counsel of record via transmission of the Notice of Electronic Filing generated by the Court's CM/ECF system.

*/s/ Amelia Toy Rudolph*
Amelia Toy Rudolph
Florida Bar No. 57015