## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF FLORIDA
## MIAMI DIVISION

Case No. 1:20-cv-25144-GAYLES/TORRES

| | |
|---|---|
| JETAIRE AEROSPACE, LLC, | ) |
| | ) |
| Plaintiff/Counter-Defendant, | ) |
| | ) |
| v. | ) |
| | ) |
| AERSALE, INC., | ) |
| | ) |
| Defendant/Counter-Plaintiff. | ) |

**DEFENDANT AERSALE, INC.'S NOTICE OF COMPLIANCE WITH PARAGRAPH 3(c) OF ORDER SETTING DISCOVERY PROCEDURES (DKT. NO. 32)**

A discovery hearing has been set before the Honorable Edwin G. Torres for October 14, 2021 at 2:30 p.m. EST. *See* Dkt. No. 71. Pursuant to Paragraph 3(c) of the Order Setting Discovery Procedures (Dkt. No. 32), Defendant AerSale, Inc. ("AerSale") submits the following discovery matter to be heard:

- AerSale seeks to compel Jetaire Aerospace, LLC ("Jetaire") to respond to AerSale's Interrogatory No. 1. AerSale served Interrogatory No. 1 on Jetaire on July 30, 2021. Jetaire served its initial objections to Interrogatory No. 1 on AerSale on August 30, 2021.

- The parties have conferred on this issue via a series of e-mail communications and telephone conferences between counsel for AerSale and counsel for Jetaire.

- Jetaire has withdrawn at least some of its objections to the interrogatory, but has not yet provided any substantive response to the interrogatory.

## **DUTY TO CONFER PURSUANT TO L.R. 7.1(a)(3)**

I HEREBY CERTIFY that counsel for AerSale has conferred with counsel for Jetaire, which are the two parties which may be affected by the relief requested, in a good faith effort to resolve the above discovery dispute over a series of e-mail communications and telephone conferences between counsel for the parties, and they have been unable to do so.

Respectfully submitted:  September 29, 2021.

>  */s/ Amelia Toy Rudolph*
> Amelia Toy Rudolph (Florida Bar No. 57015)
> Shawn Rafferty (*pro hac vice*)
> Valerie S. Sanders (*pro hac vice*)
> EVERSHEDS SUTHERLAND (US) LLP
> 999 Peachtree Street, NE, Suite 2300
> Atlanta, Georgia 30309-3996
> 404-853-8000 (telephone)
> 404-853-8806 (facsimile)
> amyrudolph@eversheds-sutherland.com
> shawnrafferty@eversheds-sutherland.com
> valeriesanders@eversheds-sutherland.com
>
> Justin E. Gray (*pro hac vice*)
> Regis C. Worley, Jr. (*pro hac vice*)
> EVERSHEDS SUTHERLAND (US) LLP
> 12255 El Camino Real, Ste. 100
> San Diego, California 92130-2071
> 858-252-6458 (telephone)
> 858-252-6503 (facsimile)
> justingray@eversheds-sutherland.com
> regisworley@eversheds-sutherland.com
>
> *Attorneys for Defendant/Counter-Plaintiff AerSale, Inc.*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on September 29, 2021, the foregoing **Defendant AerSale, Inc.'s Notice of Compliance with Paragraph 3(c) of Order Setting Discovery Procedures (Dkt. No. 32)** was electronically filed with the Clerk of Court using the CM/ECF filing system. I further certify that the foregoing document was served on all counsel of record via transmission of the Notice of Electronic Filing generated by the Court's CM/ECF system.

*/s/ Amelia Toy Rudolph*
Amelia Toy Rudolph
Florida Bar No. 57015