**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No. 1:20-cv-25144-DPG

JETAIRE AEROSPACE, LLC,

    Plaintiff,

v.

AERSALE INC.,

    Defendant.

**NOTICE OF STRIKING DOCKET NUMBER 88**

Plaintiff JETAIRE AEROSPACE, LLC (hereinafter, "Jetaire") hereby requests that the document that it filed and that was entered at Docket Number 88 be stricken from the record. It has been replaced by the document filed today at Docket Number 92, which is identical to the document field at Docket Number 88 except for changes to Exhibits B, C and D thereto.

Respectfully submitted: <u>November 4, 2021</u>,

                                                <u>/s/ Timothy C. Davis</u>

                                                Timothy C. Davis, FL No. 571880
                                                **HENINGER GARRISON DAVIS, LLC**
                                                2224 1st Avenue North
                                                Birmingham, Alabama 35203
                                                Telephone: (205) 326-3336
                                                Facsimile: (205) 314-5915
                                                Email: tim@hgdlawfirm.com

                                                James F. McDonough, III, GA No. 117088)*
                                                Jonathan R. Miller (GA No. 507179)*
                                                **HENINGER GARRISON DAVIS, LLC**
                                                3621Vinings Slope, Suite 4320
                                                Atlanta, Georgia 30339
                                                Telephone: (404) 996-0869, -0863
                                                Facsimile: (205) 547-5502, -5506
                                                Email: jmcdonough@hgdlawfirm.com
                                                Email: jmiller@hgdlawfirm.com

                                                *for Plaintiff*
                                                ***JETAIRE AEROSPACE, LLC***

**Of Counsel**                                        * admitted *pro hac vice*
Travis E. Lynch (GA No. 162373)
**HENINGER GARRISON DAVIS, LLC**
3621Vinings Slope, Suite 4320
Atlanta, Georgia 30339
Telephone: (404) 996-0867
Facsimile: (205) 547-5515
Email: tlynch@hgdlawfirm.com

## **CERTIFICATE OF SERVICE**

     I HEREBY CERTIFY on this 4th day of November, 2021, I caused to be electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which caused it to be served this day on all counsel of record who are registered to receive electronically Notices of Electronic Filing generated by the CM/ECF system.

                                                    */s/ Timothy C. Davis*
                                                    Timothy C. Davis