# Exhibit A

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No. <u>1:20-cv-25144-DPG</u>

| | |
|---|---|
| JETAIRE AEROSPACE, LLC, | |
|      Plaintiff, | |
| v. | |
| AERSALE INC., | |
|      Defendant. | |

**PLAINTIFF JETAIRE AEROSPACE, LLC'S**
**SUPPLEMENTAL CONSTRUCTION BY ORDER OF THE SPECIAL MASTER**

     Pursuant to the Special Master's order and directive given on December 18, 2021, Plaintiff JETAIRE AEROSPACE, LLC

(hereinafter, "Jetaire") hereby submits its alternative constructions for the claim terms that AerSale contends require construction in the

currently asserted claims of U.S. Patent Nos. 9,849,998, 10,633,109, and 10,800,541 (the "Asserted Patents").

Dated: <u>December 31, 2021</u>

Respectfully submitted,

*/s/ James F. McDonough, III*
James F. McDonough, III (Bar No. 117088, GA)
**ROZIER HARDT MCDONOUGH PLLC**
3621 Vinings Slope, Suite 4300
Atlanta, Georgia 30339
Telephone: (470) 480-9505
Email: jim@rhmtrial.com

*Attorney for Jetaire Aerospace, LLC*

| A.  U.S. 9,849,998 | AerSale's Proposed Construction | Jetaire's Proposed Construction[1] | Intrinsic and Extrinsic Evidence |
|---|---|---|---|
| A1.  "thickness dependent upon size and type of aircraft fuel tank" (claims 1 and 3) | Indefinite | 1.  <u>Proposed construction</u>.<br><br>  No construction necessary.<br><br>2.  <u>Primary alternative construction</u>.<br><br>  Plain and ordinary meaning.<br><br>3.  <u>Secondary alternative construction</u>.<br><br>  RFP blocks that vary in size depending on the contour and type of aircraft fuel tank in which the RPF blocks are to be installed | '998 Patent: 7:8:-14 ("FIG. 5(A) is a view looking directly at the right edge **56** of the forward compartment RPF block **51**, and further showing the nominal width **57** of the forward compartment RPF block **51**. The width of the aggregate RPF blocks **50** are fabricated in the range of 2.0 inches to 4.0 inches, ***depending on the size and contour of the fuel tank in which RPF blocks 50 are to be installed***.")<br><br>'998 Patent: 7:44-51 ("In preparing for installation of RPF blocks in the center wing tank **112**, a plurality of planar sheets of reticulated polyurethane foam (RPF) material is manufactured. Each of said sheets, in the preferred embodiment, generally comprises a thickness **57** of 2.0 inches. However, in general applicability, the thickness is ***dependent upon the size and type of aircraft fuel tank in which the RPF blocks are to be inserted***.") |

---

[1] Each "primary alternative construction" and "secondary alternative construction" is provided pursuant to the order of the Special Master and does not reflect Plaintiff Jetaire's belief that there is a dispute as to the construction of these terms or that these terms must or should be construed.  Defendant AerSale, Inc. alleges that all terms it proposed in the '998 Patent (except A9 and A13) are indefinite, and it otherwise provided no construction for any of the terms.  For that reason, Jetaire contends there is no claim construction dispute for those terms; the only dispute pertains to the validity of the claims that include the subject terms.

| A.  U.S. 9,849,998 | AerSale's Proposed Construction | Jetaire's Proposed Construction[1] | Intrinsic and Extrinsic Evidence |
|---|---|---|---|
| | | | '998 Patent: 9:16-19 ("A key feature of the present inventive concept is that the design of the shaped block foam pieces to *allow them to fit through the existing access bays or ports of various aircraft fuel tanks*.") <br><br> '998 Patent: 10:10-12 ("It is intended that the scope of the invention is not limited to any particular aircraft."). <br><br> Extrinsic Evidence: Declaration of Dr. Theodosios Alexander, dated October 6, 2021 (Dkt. No. 99-2, hereafter, the "Alexander Decl."), at ¶26 ("AerSale overlooks the exemplary teaching that '[t]he width of the aggregate RPF blocks are fabricated in the range of 2.0 inches to 4.0 inches, depending on the size and contour of the fuel tank in which RPF blocks are to be installed.'") |
| A2.   "thickness in-dependent upon size and type of aircraft fuel tank" (claim 2) | Indefinite | 1.   Proposed construction.<br><br>   No construction necessary.<br><br>2.   Primary alternative construction. | --See evidence cited in Term A1-- |

| A.  U.S. 9,849,998 | AerSale's Proposed Construction | Jetaire's Proposed Construction[1] | Intrinsic and Extrinsic Evidence |
|---|---|---|---|
| | | Plain and ordinary meaning.<br><br>3.  Secondary alternative construction.<br><br>RFP blocks that do not vary in size depending on the contour and type of aircraft fuel tank in which the RPF blocks are to be installed | |
| A3.  "level surface" (claims 1-3) | Indefinite | 1.  Proposed construction.<br><br>No construction necessary.<br><br>2.  Primary alternative construction.<br><br>Plain and ordinary meaning.<br><br>3.  Secondary alternative construction.<br><br>even surface | '998 Patent: 8:26-29 ("To install the shaped block reticulated polyurethane foam in the center wing tank 112, the aircraft 110 must be positioned on a level surface and at a convenient height for access to the center wing tank 112.")<br><br>*See In re: Buchner*, 929 F.2d 660, 661 (Fed. Cir. 1991) ("The specification need not disclose what is well known in the art").<br><br>Extrinsic Evidence Alexander Decl., at ¶27.<br><br>Extrinsic Evidence: Oxford English Dictionary (Online Edition, December 2021), defining "level" as "[h]aving an ***even surface***[.]" *See* Exhibit F, at F-31. |
| A4.  "proximate a pre-determined | Indefinite | 1.  Proposed construction. | '998 Patent, 8:35-38 ("As stated previously, a very specific order of |

| A.  U.S. 9,849,998 | AerSale's Proposed Construction | Jetaire's Proposed Construction[1] | Intrinsic and Extrinsic Evidence |
|---|---|---|---|
| starting point of the installation" (claim 1) | | No construction necessary.<br><br>2.  Primary alternative construction.<br><br>Plain and ordinary meaning.<br><br>3.  Secondary alternative construction.<br><br>nearest a pre-determined starting point of the installation | insertion of the RPF blocks 50 must be followed so that all spaces that are intended to be filled in the center wing tank 112 are indeed filled…")<br><br>'998 Patent, 8:39-43 ("The center wing tank 112 under discussion here should be filled with the RPF blocks 50 fitted according to the patterns specified in the specific engineering drawings and installation instructions of each designed block contour.")<br><br>'998 Patent, 8:52-55 ("FIG. 7 is a stylized rendering of the center wing tank 112, further showing the packing arrangement of a plurality of RPF blocks 50 in the process of being installed in the forward compartment 131 of the center wing tank 112.") |

| A. U.S. 9,849,998 | AerSale's Proposed Construction | Jetaire's Proposed Construction[1] | Intrinsic and Extrinsic Evidence |
|---|---|---|---|
| | | |  FIG. 7 |
| | | | '998 Patent, 9:22-36 ("The majority of Boeing® 737 series 300 and series 400 aircraft are characterized by a first internal access port 18 between the aft compartment 133 and the center compartment 132 of the aircraft and a second internal access port 19 between the center compartment 132 and the forward compartment 131. These access ports are depicted in FIGS. 8, 8A, 8B, and 8C. In the installation of RPF blocks 50 in the center wing tank 112 of a Boeing® 737 aircraft, the procedure begins with the right side of the aft compartment 133 of the center wing tank 112. The installer(s) must gain access to the aft compartment 133 first, through the lower access panel |

| A.  U.S. 9,849,998 | AerSale's Proposed Construction | Jetaire's Proposed Construction[1] | Intrinsic and Extrinsic Evidence |
|---|---|---|---|
| | | | 20 located on the underside of the fuselage 111 of the aircraft, as shown in FIG. 2 and FIG. 3. Access is sequentially accomplished through the second internal access port 19, and the first internal access port 18.") |

| A.  U.S. 9,849,998 | AerSale's Proposed Construction | Jetaire's Proposed Construction[1] | Intrinsic and Extrinsic Evidence |
|---|---|---|---|
| | | | '998 Patent, 9:37-47 ("FIG. 8 depicts a quantity of RPF blocks 50 having been installed on the right side of the aft compartment 133. Next, the installer(s) work the left side of the aft compartment 133. FIG. 8A showing the completion of installation of RPF blocks on the left side of the aft compartment 133, the right side of the compartment 133 having been completed. As the installer(s) begins exiting the aft compartment 133 through the first access port 18, he/she installs RPF blocks 50 in the middle section of the aft compartment 133, as shown in FIG. 8B, FIG. 8C depicts the completion of installation of RPF blocks 50 in the aft compartment 133.")<br><br>Extrinsic Evidence: Oxford English Dictionary (Online Edition, December 2021), defining "proximate" as "closely neighboring, immediately adjacent, next, *nearest (in space*, serial order, quality, etc.)."  *See* Exhibit F, at F-47.<br><br>Extrinsic Evidence Alexander Decl., at ¶34 (explaining that a POSITA would understand that Claims 1 to 3 require the relevant tank cover/access panel to be nearest the installation starting point, the |

| A.  U.S. 9,849,998 | AerSale's Proposed Construction | Jetaire's Proposed Construction[1] | Intrinsic and Extrinsic Evidence |
|---|---|---|---|
| | | | selected compartment, and aft compartment, respectively, rather than the mid-point, a different compartment, or the forward compartment.) |
| A5.  "proximate the selected compartment" (claim 2) | Indefinite | 1.  Proposed construction.<br><br>    No construction necessary.<br><br>2.  Primary alternative construction.<br><br>    Plain and ordinary meaning.<br><br>3.  Secondary alternative construction.<br><br>    nearest the selected compartment | --see evidence cited in term A4-- |
| A6.  "proximate the aft compartment" (claim 3) | Indefinite | 1.  Proposed construction.<br><br>    No construction necessary.<br><br>2.  Primary alternative construction.<br><br>    Plain and ordinary meaning.<br><br>3.  Secondary alternative construction. | --see evidence cited in term A4-- |

| A.  U.S. 9,849,998 | AerSale's Proposed Construction | Jetaire's Proposed Construction[1] | Intrinsic and Extrinsic Evidence |
|---|---|---|---|
| | | nearest the aft compartment | |
| A7.  "FAA-certified fuel gauge calibrating procedures for the aircraft" (claims 1 and 3) | Indefinite | 1.  Proposed construction.<br><br>No construction necessary.<br><br>2.  Primary alternative construction.<br><br>Plain and ordinary meaning.<br><br>3.  Secondary alternative construction.<br><br>re-fueling the fuel tank and ascertaining the [fuel] tank's maximum fuel quantity in accordance with the operative FAA-certified fuel gauge calibrating procedures for the particular aircraft in which the RFP blocks were installed | '998 Patent, Abstract ("After the foam insertion is complete, the fuel tank is filled with purging fluid, drained through a filter until no debris is found, and the new maximum fuel quantity is recalibrated.")<br><br>*See In re: Buchner*, 929 F.2d 660, 661 (Fed. Cir. 1991) ("The specification need not disclose what is well known in the art").<br><br>Extrinsic Evidence: 14 CFR § 25.1581 – Airplane Flight Manual ("(a) Furnishing information. ***An Airplane Flight Manual must be furnished with each airplane, and it must contain the following: (1) Information required by §§ 25.1583 through 25.1587***; (2) Other information that is necessary for safe operation because of design, operating, or handling characteristics.")<br><br>Extrinsic Evidence: 14 CFR § 25.1585 – Operating Procedures. (e) Information must be furnished that indicates that when the fuel quantity indicator reads "zero" in |

| A.  U.S. 9,849,998 | AerSale's Proposed Construction | Jetaire's Proposed Construction[1] | Intrinsic and Extrinsic Evidence |
|---|---|---|---|
| | | | level flight, any fuel remaining in the fuel tank cannot be used safely in flight; (f) ***Information on the total quantity of usable fuel for each fuel tank must be furnished***.)<br><br>Extrinsic Evidence: 14 CFR § 25.959 - Unusable fuel supply ("***The unusable fuel quantity for each fuel tank and its fuel system components must be established at not less than the quantity at which the first evidence of engine malfunction occurs*** under the most adverse fuel feed condition for all intended operations and flight maneuvers involving fuel feeding from that tank. Fuel system component failures need not be considered.").<br><br>Extrinsic Evidence: 14 CFR § 25.1553 - Fuel quantity indicator ("If the unusable fuel supply for any tank exceeds one gallon, or five percent of the tank capacity, whichever is greater, a red arc must be marked on its indicator extending from the ***calibrated zero reading*** to the lowest reading obtainable in level flight.")<br><br>Extrinsic Evidence Alexander Decl., at ¶32 ("Furthermore, a skilled artisan would know to use ***the current FAA approved*** |

| A.  U.S. 9,849,998 | AerSale's Proposed Construction | Jetaire's Proposed Construction[1] | Intrinsic and Extrinsic Evidence |
|---|---|---|---|
| | | | ***version (as of the time of installation)*** of such documentation to ensure that the aircraft that includes the system complies with the then-current FAA standards.") <br><br> Extrinsic Evidence: The Aviation Dictionary For Pilots and Aviation Maintenance Technicians, Jeppesen, 2012 (defining "calibrate" as "[a] procedure in which the ***indication of an instrument is compared with a standard value in order to inspect and correct*** the graduations of a measuring device." ***See*** Exhibit G, at p. 58. |
| A8.  "FAA-certified fuel gauge calibrating procedures for the subject aircraft" (claim 2) | Indefinite | 1.  <u>Proposed construction</u>. <br><br>     No construction necessary. <br><br> 2.  <u>Primary alternative construction</u>. <br><br>     Plain and ordinary meaning. <br><br> 3.  <u>Secondary alternative construction</u>. <br><br>     re-fueling the fuel tank and ascertaining the [fuel] tank's maximum fuel quantity in accordance | --See evidence cited in term A7-- |

| A.  U.S. 9,849,998 | AerSale's Proposed Construction | Jetaire's Proposed Construction[1] | Intrinsic and Extrinsic Evidence |
|---|---|---|---|
| | | with the operative FAA-certified fuel gauge calibrating procedures for the particular aircraft in which the RFP blocks were installed | |
| A9.  "performing an inspection of the installed RPF blocks" (claims 1-3) | "inspecting each RPF block after all of the RPF blocks have been installed" | 1.  Proposed construction.<br><br>   No construction necessary.<br><br>2.  Primary alternative construction.<br><br>   Plain and ordinary meaning.<br><br>3.  Secondary alternative construction.<br><br>   inspecting the aggregate of RFP blocks to ensure they fill the [fuel] tank as set forth in the instructions | *E.g.*, '998 Patent, Claim 1 (g) (i),, (k), (m) and (n):<br><br>   g) sequentially packaging said ***aggregate of RPF blocks*** into groupings containing a specified number of RPF blocks per grouping;<br><br>   i) parking the aircraft on a level surface, and emptying and purging the tank;<br><br>   k) inspecting the internal surfaces of the tank to ensure cleanliness and accessibility by the installers;<br><br>   . . .<br><br>   m) ***placing each successively-ordered RPF block at its designated location*** within the fuel tank, ***as set forth in the instructions, until said fuel tank is filled*** in accordance with the previously determined ***aggregate of RPF blocks***; |

| A.  U.S. 9,849,998 | AerSale's Proposed Construction | Jetaire's Proposed Construction[1] | Intrinsic and Extrinsic Evidence |
|---|---|---|---|
| | | | n) performing an inspection of the installed RPF blocks, and afterwards, closing any previously opened fuel tank access panel; and<br><br>*See also* Claim 2 and 3 (stating similar elements with respect to the inspection of the installed aggregate of RFP blocks)<br><br>Extrinsic Evidence: Oxford English Dictionary (Online Edition, December 2021), defining "inspection" as "[t]he action of inspecting or looking narrowly into; careful scrutiny or survey; close or critical examination."  *See* Exhibit F, at F-28. |
| A10.  "emptying and purging the tank" (claim 1) | Indefinite | 1.  Proposed construction.<br><br>    No construction necessary.<br><br>2.  Primary alternative construction.<br><br>    Plain and ordinary meaning.<br><br>3.  Secondary alternative construction.<br><br>    defueling and flushing the fuel tank | '998 Patent, 8:56-59 ("Generally, the installation of the RPF blocks 50 is accomplished by technicians entering through existing fuel tank access bays and openings, along with the uploading of the RPF blocks 50 into the tank 112.").<br><br>*See In re: Buchner*, 929 F.2d 660, 661 (Fed. Cir. 1991) ("The specification need not disclose what is well known in the art"). |

| A.  U.S. 9,849,998 | AerSale's Proposed Construction | Jetaire's Proposed Construction[1] | Intrinsic and Extrinsic Evidence |
|---|---|---|---|
| | | | Extrinsic Evidence: The Aviation Dictionary For Pilots and Aviation Maintenance Technicians, Jeppesen, 2012 (defining "purge" as "***to cleanse a system by flushing***."  *See* Exhibit G, at p. 251. |
| A11.   "emptying and purging all compartments of the fuel tank" (claim 2) | Indefinite | 1.  Proposed construction.<br><br>No construction necessary.<br><br>2.  Primary alternative construction.<br><br>Plain and ordinary meaning.<br><br>3.  Secondary alternative construction.<br><br>defueling and flushing all compartments of the fuel tank | --See evidence cited in term A10-- |
| A12.   "emptying and purging all compartments of the center wing tank" (claim 3) | Indefinite | 1.  Proposed construction.<br><br>No construction necessary.<br><br>2.  Primary alternative construction.<br><br>Plain and ordinary meaning. | --See evidence cited in term A10-- |

| A.  U.S. 9,849,998 | AerSale's Proposed Construction | Jetaire's Proposed Construction[1] | Intrinsic and Extrinsic Evidence |
|---|---|---|---|
| | | 3.  Secondary alternative construction.<br><br>defueling and flushing all compartments of the center wing tank | |
| A13.  "each" ("each of") (claims 1-3) | "every" / "every one of" | 1.  Proposed construction.<br><br>No construction necessary.<br><br>2.  Primary alternative construction.<br><br>Plain and ordinary meaning.<br><br>3.  Secondary alternative construction.<br><br>None. | **see plain language of claims** |
| A14.  "verifying the [fuel] tank's maximum fuel quantity (claims 1-3) | Indefinite | 1.  Proposed construction.<br><br>No construction necessary.<br><br>2.  Primary alternative construction.<br><br>Plain and ordinary meaning.<br><br>3.  Secondary alternative construction.<br><br>re-fueling the fuel tank and ascertaining the [fuel] tank's | 998 Patent, Abstract ("After the foam insertion is complete, the fuel tank is filled with purging fluid, drained through a filter until no debris is found, and *the new maximum fuel quantity is recalibrated*.")<br><br>*See In re: Buchner*, 929 F.2d 660, 661 (Fed. Cir. 1991) ("The specification need not disclose what is well known in the art"). |

| A.  U.S. 9,849,998 | AerSale's Proposed Construction | Jetaire's Proposed Construction[1] | Intrinsic and Extrinsic Evidence |
|---|---|---|---|
| | | maximum fuel quantity in accordance with the operative FAA-certified fuel gauge calibrating procedures for the particular aircraft in which the RFP blocks were installed | <u>Extrinsic Evidence</u>: 14 CFR § 25.1581 – Airplane Flight Manual ("(a) Furnishing information. ***An Airplane Flight Manual must be furnished with each airplane, and it must contain*** the following: (1) Information required by §§ 25.1583 through 25.1587; (2) Other information that is necessary for safe operation because of design, operating, or handling characteristics.")<br><br><u>Extrinsic Evidence</u>: 14 CFR § 25.1585 – Operating Procedures. (e) Information must be furnished that indicates that when the fuel quantity indicator reads "zero" in level flight, any fuel remaining in the fuel tank cannot be used safely in flight; (f) ***Information on the total quantity of usable fuel for each fuel tank must be furnished***.)<br><br><u>Extrinsic Evidence</u>: 14 CFR § 25.959 - Unusable fuel supply ("***The unusable fuel quantity for each fuel tank and its fuel system components must be established at not less than the quantity at which the first evidence of engine malfunction occurs*** under the most adverse fuel feed condition for all intended operations and flight maneuvers involving fuel feeding |

| A.  U.S. 9,849,998 | AerSale's Proposed Construction | Jetaire's Proposed Construction[1] | Intrinsic and Extrinsic Evidence |
|---|---|---|---|
| | | | from that tank. Fuel system component failures need not be considered."). |
| | | | Extrinsic Evidence: 14 CFR § 25.1553 - Fuel quantity indicator ("If the unusable fuel supply for any tank exceeds one gallon, or five percent of the tank capacity, whichever is greater, a red arc must be marked on its indicator extending **from the calibrated zero reading** to the lowest reading obtainable in level flight.") |
| | | | Extrinsic Evidence: Alexander Decl., at ¶32. |
| | | | Extrinsic Evidence:  Excerpts of Boeing 737-300/400/500 Aircraft Maintenance Manual, 28-41-30, p.1. ("***The fuel quantity indicating system measures the weight of usable fuel in the fuel tanks***. Fuel quantity indicators on the pilots' instrument panels and refuel quantity indicators at the refuel station on the wing supply visual indication of the fuel weight in each fuel tank. . . . ***The overall accuracy of the system is + /- 2.5 percent of the maximum fuel quantity***."). *See* Exhibit H, at H-2. |

| A.  U.S. 9,849,998 | AerSale's Proposed Construction | Jetaire's Proposed Construction[1] | Intrinsic and Extrinsic Evidence |
|---|---|---|---|
| | | | Extrinsic Evidence: Oxford English Dictionary (Online Edition, December 2021), defining "verify" as "*[t]o ascertain* or test the accuracy or correctness of (*something*), *esp. by examination* or by comparison with known data, an original, or some standard; to check or correct in this way."  *See* Exhibit F, at F-52. |

| B.  U.S. 10,633,109 | AerSale's Proposed Construction | Jetaire's Proposed Construction[2] | Intrinsic and Extrinsic Evidence |
|---|---|---|---|
| B1. "determining interior dimensions of the fuel tank" (claims 1-14) | "measuring the interior profile of the fuel tank at regularly-spaced increments" | 1.  Proposed construction.<br><br>    No construction necessary.<br><br>2.  Primary alternative construction.<br><br>    Plain and ordinary meaning.<br><br>3.  Secondary alternative construction.<br><br>    determining interior dimensions, contour, and precise locations of structural members of the fuel tank | '109 Patent, 10:4:16 ("***By way of example only***, in the case of the center wing tank 112 of a –300 series Boeing® 737 aircraft, engineering drawings are executed in a sequential series of scaled renderings of volumetric sectors of, for instance, the forward compartment 131 of the center wing tank 112. The profile of the compartment is measured and scaled at regularly spaced increments along a line extending from a selected wall, tank floor, or the ceiling of the forward compartment 131. The measurements also take into consideration the placement of tank structural components and equipment. In the same manner, engineering drawings are rendered for the interrelated sectors and contour of the center compartment 132 and aft compartment 133 of the center wing tank 112.")<br><br>'109 Patent, 9:45-50 ("***The contours of the aggregate of all foam blocks 50 are a culmination of determinations made of*** |

---

[2] Each "primary alternative construction" and "secondary alternative construction" is provided pursuant to the order and directive of the Special Master and does not reflect Plaintiff Jetaire's belief that there is a dispute as to the construction of these terms or that these terms must or should be construed. AerSale alleges that all terms it proposed be construed in the '109 Patent (except B1 and B2) are indefinite, and it otherwise provided no construction for any of the terms.  For that reason, Jetaire contends there is no dispute as to construction on those terms; the only dispute centers on the validity of the claims that include the subject terms.

| B.  U.S. 10,633,109 | AerSale's Proposed Construction | Jetaire's Proposed Construction[2] | Intrinsic and Extrinsic Evidence |
|---|---|---|---|
| | | | ***the dimensions profile, connections, attachments, and integral components of the inner surfaces of the fuel tank*** at the specifically designated sectors internal to each the forward, center, and aft compartments 131, 132, 133 of the center wing tank 112."). <br><br> '109 Patent, 12:49-51 ("All flexible foam blocks must be kept clear of the tank components such as the fuel ports, fuel probes, float switches, and tank vents"). <br><br> '998 Patent, Claims 1, 2, and 3 ("determining dimensions, contour, and precise locations of structural members of the fuel tank") |
| B2. "providing a bulk quantity of foam material" (claims 1-30) | "manufacturing and delivering a pre-determined quantity of bulk foam material" | 1.  Underline Proposed construction. <br><br>    No construction necessary. <br><br> 2.  Primary alternative construction. <br><br>    Plain and ordinary meaning. <br><br> 3.  Secondary alternative construction. | '109 Patent, 9:54-57 ("In planning a project for installation of foam blocks in the center wing tank 112, the initial process requires the manufacture and delivery of a pre-determined quantity of bulk foam material.") <br><br> '998 Patent, 7:44-46 ("In preparing for installation of RPF blocks in the center wing tank 112, a plurality of planar sheets |

| B. U.S. 10,633,109 | AerSale's Proposed Construction | Jetaire's Proposed Construction[2] | Intrinsic and Extrinsic Evidence |
|---|---|---|---|
| | | supply a bulk quantity of foam material | of reticulated polyurethane foam (RPF) material is manufactured.")<br><br>Extrinsic Evidence: Oxford English Dictionary (Online Edition, December 2021), defining "provide" as ***"[t]o supply (something) for use; to make available***; to yield, afford. Frequently with for, to, indicating the beneficiary. Also occasionally with indirect object without to.." *See* Exhibit F, at F-41. |
| B3.  "a first foam block among the plurality of foam blocks comprises the upper cutout … a second foam block among the plurality of foam blocks comprises the lower cutout … the first foam block and the second foam block are stacked in a vertically-oriented column within the | Indefinite | 1.   Proposed construction.<br><br>       No construction necessary.<br><br>2.   Primary alternative construction.<br><br>       Plain and ordinary meaning.<br><br>3.   Secondary alternative construction.<br><br>       a first foam block among the plurality of foam blocks [*such plurality of blocks including at least one block with the upper cutout*] comprises the upper cutout; | '109 Patent, 5:38-44 ("Another aspect of the present inventive concept is the utilization of a "fully packed" design concept. A fully packed system is defined as one where all potential fuel tank ullage is filled with reticulated polyurethane foam with cutouts for internal tank components only. This system is most desirable where minimal or no tank over-pressure can be tolerated.")<br><br>'109 Patent, 8:61-9:6 ("In viewing FIG. 5, the topmost edge shows four upper cutouts 52 which provide clearance for upper stiffeners 129 of the forward compartment 131 as previously shown in |

| B.  U.S. 10,633,109 | AerSale's Proposed Construction | Jetaire's Proposed Construction[2] | Intrinsic and Extrinsic Evidence |
|---|---|---|---|
| fuel tank" (claims 1-30) | | a second foam block among the plurality of foam blocks [*such plurality of blocks including* at least *one block with the lower cutout*] comprises the lower cutout; <br><br> the first foam block and the second foam block are stacked in a vertically-oriented column within the fuel tank | FIG. 4. The left edge 55 of the foam block 51 is fabricated so as to correspond to the forward tank wall 123, and further shows an arcuate cutout 53 which provides clearance for a tank fuel pump, or other tank component. The bottommost section of the forward compartment foam block 51 illustrates three cutouts 54 which allow clearance for the three lower stiffeners 130 of the forward compartment 131, as shown in FIG. 4. Thus, the sector into which this foam block is placed manifests upper stiffeners 129, lower softeners 130, the forward tank wall 123, and a portion of a fuel pump.") <br><br>  <br> FIG. 4 |

| B.  U.S. 10,633,109 | AerSale's Proposed Construction | Jetaire's Proposed Construction[2] | Intrinsic and Extrinsic Evidence |
|---|---|---|---|
| | | | '109 Patent, Figure 4 <br><br>  <br> FIG. 5    FIG. 5A <br><br> '109 Patent, Figure 5 and 5A <br><br> '109 Patent, 10:17-29 ("A plurality of cutouts of foam blocks 50 is made from the manufactured bulk foam, each block cut and sculpted according to the previously-described scaled renderings and further, each block cutout is progressively identified with a part number (P/N). Further, orientating symbols or text, such as "UP," "DOWN," "REAR," or "FORWARD," may be printed thereon. Cutting and shaping of the individual foam block cutouts from the bulk material may be accomplished by use of several optional means. These options include, but are not limited to mechanical blade type-cutting, specially designated/manufactured smooth blade |

| B.  U.S. 10,633,109 | AerSale's Proposed Construction | Jetaire's Proposed Construction[2] | Intrinsic and Extrinsic Evidence |
|---|---|---|---|
| | | | type cutting tools, an extremely fine-toothed band saw-type blade, or a hot-wire type cutting tool."). <br><br>  <br> FIG. 10 <br><br> '109 Patent, Fig. 10. |
| B4. "the plurality of foam blocks further comprises a third foam block placed between the first foam block and the | Indefinite | 1.  Proposed construction. <br><br>   No construction necessary. <br><br> 2.  Primary alternative construction. | **See evidence cited in Term B3** |

| B.  U.S. 10,633,109 | AerSale's Proposed Construction | Jetaire's Proposed Construction[2] | Intrinsic and Extrinsic Evidence |
|---|---|---|---|
| second foam block in the vertically-oriented column" (claims 1-30) | | Plain and ordinary meaning.<br><br>3.  Secondary alternative construction.<br><br>a first foam block among the plurality of foam blocks [*such plurality of blocks including* at least one block with the upper cutout] comprises the upper cutout;<br><br>a second foam block among the plurality of foam blocks [*such plurality of blocks including* at least one block with the lower cutout] comprises the lower cutout;<br><br>the first foam block and the second foam block are stacked in a vertically-oriented column within the fuel tank;<br><br>the plurality of foam blocks [*such plurality of blocks including* at least one block with the arcuate cutout] further comprises a third foam block [*such third block not having that arcuate cutout*] placed between the first foam block and the second foam block in the vertically-oriented column | <br>FIG. 11<br><br>109 Patent, Figure 11<br><br><br>FIG. 12<br>Second Center Wing Box Cavity 212<br>First Center Wing Box Cavity 211<br><br>'109 Patent, Figure 12 |

| B.  U.S. 10,633,109 | AerSale's Proposed Construction | Jetaire's Proposed Construction[2] | Intrinsic and Extrinsic Evidence |
|---|---|---|---|
| B5. "verifying a quantity of the fuel in the fuel tank" (claims 1-14 and 21) | Indefinite | 1. <u>Proposed construction</u>.<br><br>No construction necessary.<br><br>2. <u>Primary alternative construction</u>.<br><br>Plain and ordinary meaning.<br><br>3. <u>Secondary alternative construction</u>.<br><br>filling the fuel tank with fuel and ascertaining a quantity of the fuel in the fuel tank | '109 Patent, Abstract ("Upon completion of foam insertion, the fuel tank is filled with purging fluid , drained through a filter until no debris is found , and a new maximum fuel quantity recalibrated.")<br><br>*See In re: Buchner*, 929 F.2d 660, 661 (Fed. Cir. 1991) ("The specification need not disclose what is well known in the art").<br><br><u>Extrinsic Evidence</u>: 14 CFR § 25.1581 – Airplane Flight Manual ("(a) Furnishing information. *An Airplane Flight Manual must be furnished with each airplane*, *and it must contain* the following: (1) Information required by §§ 25.1583 through 25.1587; (2) Other information that is necessary for safe operation because of design, operating, or handling characteristics.")<br><br><u>Extrinsic Evidence</u>: 14 CFR § 25.1585 – Operating Procedures. (e) Information must be furnished that indicates that when the fuel quantity indicator reads "zero" in level flight, any fuel remaining in the fuel tank cannot be used safely in flight; (f) *Information on the total quantity of* |

| B.  U.S. 10,633,109 | AerSale's Proposed Construction | Jetaire's Proposed Construction[2] | Intrinsic and Extrinsic Evidence |
|---|---|---|---|
| | | | *usable fuel for each fuel tank must be furnished*.) |
| | | | Extrinsic Evidence: 14 CFR § 25.959 - Unusable fuel supply ("***The unusable fuel quantity for each fuel tank and its fuel system components must be established at not less than the quantity at which the first evidence of engine malfunction occurs*** under the most adverse fuel feed condition for all intended operations and flight maneuvers involving fuel feeding from that tank. Fuel system component failures need not be considered."). |
| | | | Extrinsic Evidence: 14 CFR § 25.1553 - Fuel quantity indicator ("If the unusable fuel supply for any tank exceeds one gallon, or five percent of the tank capacity, whichever is greater, a red arc must be marked on its indicator extending **from the calibrated zero reading** to the lowest reading obtainable in level flight.") |
| | | | Extrinsic Evidence: Alexander Decl., at ¶32. |
| | | | Extrinsic Evidence:  Excerpts of Boeing 737-300/400/500 Aircraft Maintenance Manual, 28-41-30, p.1. ("***The fuel*** |

| B.  U.S. 10,633,109 | AerSale's Proposed Construction | Jetaire's Proposed Construction[2] | Intrinsic and Extrinsic Evidence |
|---|---|---|---|
| | | | *quantity indicating system measures the weight of usable fuel in the fuel tanks*. Fuel quantity indicators on the pilots' instrument panels and refuel quantity indicators at the refuel station on the wing supply visual indication of the fuel weight in each fuel tank. . . . *The overall accuracy of the system is + /- 2.5 percent of the maximum fuel quantity*."). *See* Exhibit H, at H-2<br><br>Extrinsic Evidence: Oxford English Dictionary (Online Edition, December 2021), defining "verify" as "*[t]o ascertain* or test the accuracy or correctness of (*something*), *esp. by examination* or by comparison with known data, an original, or some standard; to check or correct in this way."  *See* Exhibit F, at F-52. |

| C.  U.S. 10,800,541 | AerSale's Proposed Construction | Jetaire's Proposed Construction[3] | Intrinsic and Extrinsic Evidence |
|---|---|---|---|
| C1. "at least one foam block among the first plurality of foam blocks comprises an upper cutout in a top surface for clearance around an upper stiffener of the fuel tank, an arcuate cutout in a side surface for clearance around a fuel pump of the fuel tank, and a lower cutout in a bottom surface for clearance around a lower stiffener of the fuel tank" (claims 1-5 and 7-18) | Indefinite | 1. Proposed construction.<br><br>No construction necessary.<br><br>2. Primary alternative construction.<br><br>Plain and ordinary meaning.<br><br>3. Secondary alternative construction.<br><br>at least one foam block among the first plurality of foam blocks comprises an upper cutout in a top surface for clearance around an upper stiffener of the fuel tank, [*at least one foam block among the first plurality of foam blocks comprises*] an arcuate cutout in a side surface for clearance around a fuel pump of the fuel tank, and [*at least one foam block among the first plurality of foam blocks comprises*] a lower cutout in a bottom | '541 Patent, 5:22-28 ("Another aspect of the present inventive concept is the utilization of a "fully packed" design concept. A fully packed system is defined as one where all potential fuel tank ullage is filled with reticulated polyurethane foam with cutouts for internal tank components only. This system is most desirable where minimal or no tank over-pressure can be tolerated.")<br><br>'541 Patent, 8:41-53 ("In viewing FIG. 5, the topmost edge shows four upper cutouts 52 which provide clearance for upper stiffeners 129 of the forward compartment 131 as previously shown in FIG. 4. The left edge 55 of the foam block 51 is fabricated so as to correspond to the forward tank wall 123, and further shows an arcuate cutout 53 which provides clearance for a tank fuel pump, or other tank component. The bottommost section of the forward compartment foam block 51 illustrates three cutouts 54 which allow |

---

[3] Each "primary alternative construction" and "secondary alternative construction" is provided pursuant to the order and directive of the Special Master and does not reflect Plaintiff Jetaire's belief that there is a dispute as to the construction of these terms or that these terms must or should be construed.  AerSale alleges that each of terms that it proposed for the '541 Patent (C1 and C2) are indefinite, and it otherwise provided no construction for any of the terms.  For that reason, Jetaire contends there is no dispute as to construction on those terms; the only dispute centers on the validity of the claims that include the subject terms.

| C.   U.S. 10,800,541 | AerSale's Proposed Construction | Jetaire's Proposed Construction[3] | Intrinsic and Extrinsic Evidence |
|---|---|---|---|
| | | surface for clearance around a lower stiffener of the fuel tank | clearance for the three lower stiffeners 130 of the forward compartment 131, as shown in FIG. 4. Thus, the sector into which this foam block is placed manifests upper stiffeners 129, lower softeners 130, the forward tank wall 123, and a portion of a fuel pump.")  FIG. 4 '541 Patent, Figure 4 |

| C.   U.S. 10,800,541 | AerSale's Proposed Construction | Jetaire's Proposed Construction[3] | Intrinsic and Extrinsic Evidence |
|---|---|---|---|
| | | |  '541 Patent, Figure 5 and 5A<br><br>'541 Patent, 9:62-10:7 ("A plurality of cutouts of foam blocks 50 is made from the manufactured bulk foam, each block cut and sculpted according to the previously-described scaled renderings and further, each block cutout is progressively identified with a part number (P/N). Further, orientating symbols or text, such as "UP," "DOWN," "REAR," or "FORWARD," may be printed thereon. Cutting and shaping of the individual foam block cutouts from the bulk material may be accomplished by use of several optional means. These options include, but are not limited to mechanical blade type-cutting, specially designated/manufactured smooth blade |

| C.   U.S. 10,800,541 | AerSale's Proposed Construction | Jetaire's Proposed Construction[3] | Intrinsic and Extrinsic Evidence |
|---|---|---|---|
| | | | type cutting tools, an extremely fine-toothed band saw-type blade, or a hot-wire type cutting tool.") |
| C2. "flexible foam material" (claims 13-15) | Indefinite | 1.   Proposed construction. No construction necessary. 2.   Primary alternative construction. Plain and ordinary meaning. 3.   Secondary alternative construction. foam material capable of being bent and returning to its original shape after compression down to at least 40% of its original volume | '541 Patent, Abstract ("The use of flexible foam material to provide ignition mitigation in fuel tanks is described. In one example, a system for ignition mitigation includes a number of foam blocks, wherein each foam block is pre-cut from a flexible foam material.") '541 Patent, 4:60-5:4 ("A preferred material for this inventive concept is *polyurethane safety foam, which is a reticulated flexible foam composed of a skeletal matrix of lightweight interconnecting strands*. For purposes of this disclosure, this particular material is referred to as "Reticulated Polyurethane Foam" ("RPF"). The RPF is also a biofuel-compatible material. There are also other varieties of foam material currently in existence, or that may be developed, which will function as well as RPF, including, but not limited to, polyether. *Among these materials are polyethers, in which the repeating chemical unit contains a carbon-oxygen* |

| C.   U.S. 10,800,541 | AerSale's Proposed Construction | Jetaire's Proposed Construction[3] | Intrinsic and Extrinsic Evidence |
|---|---|---|---|
| | | | *bond derived especially from an aldehyde or an epoxide*.") |
| | | | '541 Patent, 5:7-9 ("One such aspect would be use of foam of sufficient porosity and ignition mitigation properties composed of a synthetic or naturally occurring material other than polyurethane.") |
| | | | '541 Patent, 7:7-15 ("The flexible foam material referred to in this document may be comprised of any of a variety of different foam materials, including different structures, textures, chemical compositions, and constituent qualities. *A preferred foam material is reticulated polyurethane*. Additionally, *any material selected from the group consisting of polyethers in which the repeating unit contains a carbon-oxygen bond derived especially from an aldehyde or an epoxide may be used in the method set forth in this inventive concept*.") |
| | | | *"[t]he foam material selected for this disclosed method is considered to be 'memory foam.' Memory foam generally returns to its original shape after compression down to 40% of its original* |

| C.   U.S. 10,800,541 | AerSale's Proposed Construction | Jetaire's Proposed Construction[3] | Intrinsic and Extrinsic Evidence |
|---|---|---|---|
| | | | *volume. A key feature of the present inventive concept* is that the design and structure of the shaped block foam pieces *allows them to be bent or slightly compressed in order to fit through existing access bays or ports* of various aircraft fuel tanks." '541 Patent, 11:19-27.<br><br>Claim 14 recites that "the flexible foam material comprises reticulated polyurethane foam."<br><br>Claim 15 recites that "the flexible foam material comprises polyether foam."<br><br>Extrinsic Evidence: Oxford English Dictionary (Online Edition, December 2021), defining "flexible" as "*[c]apable of being bent*, admitting of change in figure without breaking; yielding to pressure, pliable, pliant." *See* Exhibit F, at F-24.<br><br>Extrinsic Evidence: Alexander Decl., at ¶33. |

| D. Appear In Multiple Asserted Patents | AerSale's Proposed Construction | Jetaire's Proposed Construction[4] | Intrinsic and Extrinsic Evidence |
|---|---|---|---|
| D1. "cutout(s)"<br><br>• '998 Patent (claims 1-3)<br>• '109 Patent (claims 1-30)<br>• '541 Patent (claims 1-5 and 7-18) | Indefinite | 1. Proposed construction.<br><br>No construction necessary.<br><br>2. Primary alternative construction.<br><br>Plain and ordinary meaning.<br><br>3. Secondary alternative construction.<br><br>• For the '998 Patent<br><br>cutout(s) of RFP block(s) [*from the planar sheets of RPF*]<br><br>• For the '109 and '541 Patents<br><br>cutout(s) [*in the foam block(s)*] | ***see plain language of claims***<br><br>'998 Patent, 4:38-43 ("Another aspect of the present inventive concept is the utilization of a "fully packed" design concept. A fully packed system is defined as one where all potential fuel tank ullage is filled with reticulated polyurethane foam with cutouts for components only. This system is most desirable where minimal or no tank over-pressure can be tolerated.")<br><br>'998 Patent, 6:57-7:5 ("FIG. 5 shows a profile view of a forward compartment RPF block 51. This forward compartment RPF block 51 is designated as such due to the fact that the contour of its outer perimeter corresponds to the location of a specific, vertically-oriented cross-section of the forward compartment 131 of the center wing tank 112. In examining FIG. 5, the topmost section shows four upper cutouts 52 which provide clearance for the upper stiffeners 129 of the forward compartment 131 as shown in FIG. 4. The |

---

[4] Each "primary alternative construction" and "secondary alternative construction" is provided pursuant to the order and directive of the Special Master and does not reflect Plaintiff Jetaire's belief that there is a dispute as to the construction of these terms or that these terms must or should be construed. AerSale alleges that each of terms that it proposed for the '541 Patent (D1 and D2) are indefinite, and it otherwise provided no construction for any of the terms. For that reason, Jetaire contends there is no dispute as to construction on those terms; the only dispute centers on the validity of the claims that include the subject terms.

| D. Appear In Multiple Asserted Patents | AerSale's Proposed Construction | Jetaire's Proposed Construction[4] | Intrinsic and Extrinsic Evidence |
|---|---|---|---|
| | | | left edge 55 of RPF block 51 is fabricated so as to correspond to the forward tank wall 123, and further shows an arcuate cutout 53 which provides clearance for a tank fuel pump, or other tank component. The bottommost section of the forward compartment RPF block 51 illustrates three cutouts 54 which allow clearance for the three lower stiffeners 130 of the forward compartment 131, as shown in FIG. 4.")<br><br><br><br>'998 Patent, Figure 4 |

| D. Appear In Multiple Asserted Patents | AerSale's Proposed Construction | Jetaire's Proposed Construction[4] | Intrinsic and Extrinsic Evidence |
|---|---|---|---|
| | | |  '998 Patent, Figure 5 and 5A '998 Patent, 8:1-12 ("A plurality of cutouts of RPF blocks 50 is made from the manufactured sheets of RPF, each block cutout excised according to the previously-described scaled renderings and further, each RPF block cutout is progressively identified 5 with a part number and an orientating UP arrow and FORWARD arrow is printed thereon. Cutting and shaping of the individual RPF block cutouts from the RPF sheets is accomplished by use of several optional means: a mechanical blade type cutting, specially designated/manufactured smooth blade type cutting tools, an extremely fine-toothed band saw-type blade, or a |

| D. Appear In Multiple Asserted Patents | AerSale's Proposed Construction | Jetaire's Proposed Construction[4] | Intrinsic and Extrinsic Evidence |
|---|---|---|---|
| | | | hot-wire type cutting tool per SAE AIR4170A.") |
| | | | '998 Patent 8:13-19 ("Once the entirety of the aggregate RPF blocks 50 required for the center wing tank 112 have been excised, each cutout is painted with a part number (P/N) and numerical sequencing corresponding to the sequential placement of each RPF block cutout along the line of measured increments within each of the forward, center, or aft compartments 131, 132, 133.") |
| | | | '109 Patent, 5:38-44 ("Another aspect of the present inventive concept is the utilization of a "fully packed" design concept. A fully packed system is defined as one where all potential fuel tank ullage is filled with reticulated polyurethane foam with cutouts for internal tank components only. This system is most desirable where minimal or no tank over-pressure can be tolerated.") |
| | | | '109 Patent, 8:61-9:6 ("In viewing FIG. 5, the topmost edge shows four upper cutouts 52 which provide clearance for upper stiffeners 129 of the forward compartment 131 as previously shown in |

| D. Appear In Multiple Asserted Patents | AerSale's Proposed Construction | Jetaire's Proposed Construction[4] | Intrinsic and Extrinsic Evidence |
|---|---|---|---|
| | | | FIG. 4. The left edge 55 of the foam block 51 is fabricated so as to correspond to the forward tank wall 123, and further shows an arcuate cutout 53 which provides clearance for a tank fuel pump, or other tank component. The bottommost section of the forward compartment foam block 51 illustrates three cutouts 54 which allow clearance for the three lower stiffeners 130 of the forward compartment 131, as shown in FIG. 4. Thus, the sector into which this foam block is placed manifests upper stiffeners 129, lower softeners 130, the forward tank wall 123, and a portion of a fuel pump.")<br><br><br><br>FIG. 4<br><br>'109 Patent, Figure 4 |

| D. Appear In Multiple Asserted Patents | AerSale's Proposed Construction | Jetaire's Proposed Construction[4] | Intrinsic and Extrinsic Evidence |
|---|---|---|---|
| | | | <br><br>'109 Patent, Figure 5 and 5A<br><br>'109 Patent, 10:17-29 ("A plurality of cutouts of foam blocks 50 is made from the manufactured bulk foam, each block cut and sculpted according to the previously-described scaled renderings and further, each block cutout is progressively identified with a part number (P/N). Further, orientating symbols or text, such as "UP," "DOWN," "REAR," or "FORWARD," may be printed thereon. Cutting and shaping of the individual foam block cutouts from the bulk material may be accomplished by |

| D. Appear In Multiple Asserted Patents | AerSale's Proposed Construction | Jetaire's Proposed Construction[4] | Intrinsic and Extrinsic Evidence |
|---|---|---|---|
| | | | use of several optional means. These options include, but are not limited to mechanical blade type-cutting, specially designated/manufactured smooth blade type cutting tools, an extremely fine-toothed band saw-type blade, or a hot-wire type cutting tool.") '109 Patent, 10:30-36 ("Once the entirety of the aggregate foam blocks 50 required for the center wing tank 112 have been sculpted, each block is identified with a part number (P/N) and numerical or alphabetical sequencing corresponding to the sequential placement of the foam block into its corresponding, sector within each of the forward, center, or aft compartments 131, 132, 133.") '109 Patent, 12:23-34 ("Beginning with FIG. 10, there is shown an exploded view of a column of ten foam blocks 64-73 which comprise one of twelve (12) vertically-oriented columns designed to fill contiguous sectors of the first center wing box cavity 211 of the Boeing 767® ER aircraft 200. Each block 64-73 manifests cutouts and a shape to fit the first center wing box cavity 211 contour and/or structural components |

| D. Appear In Multiple Asserted Patents | AerSale's Proposed Construction | Jetaire's Proposed Construction[4] | Intrinsic and Extrinsic Evidence |
|---|---|---|---|
| | | | corresponding to the sector into which the blocks 64-73 are sculpted to fit. FIG. 11 depicts an exploded view of the aggregate of all foam blocks (circled numbers 001-108) which are necessary to comprise a complete filling of foam material into the first center wing box cavity 211.") |



FIG. 10

'109 Patent, Fig. 10

| D. Appear In Multiple Asserted Patents | AerSale's Proposed Construction | Jetaire's Proposed Construction[4] | Intrinsic and Extrinsic Evidence |
|---|---|---|---|
| | | |   FIG. 11  '109 Patent, Figure 11  Extrinsic Evidence: Alexander Decl., at ¶30 ("Given the teachings of the specification, it is clear that steps (d) to (f) of ***Claims 1, 2, and 3 of the '998 patent refer to the "cutouts" that form the RPF blocks from the RPF sheets (each also referring to "part numbers" the "planar sheets," and conformity to the "scaled engineering drawings"). It is clear that this use is separate from the "cutouts" in the RPF blocks themselves.***")  Extrinsic Evidence: Alexander Decl., at ¶29 ("The claims of ***the '109 Patent and*** |

| D. Appear In Multiple Asserted Patents | AerSale's Proposed Construction | Jetaire's Proposed Construction[4] | Intrinsic and Extrinsic Evidence |
|---|---|---|---|
| | | | *'541 Patent clearly refer to the 'cutouts' taught in this part of the specification (claiming 'upper cutouts,' 'lower cutouts,' and 'acuate cutouts')*. That disclosure and the referenced Figures would have given ample context to a skilled artisan such that the scope of the term 'cutout' as used in the claims of the '109 Patent and '541 Patent are plainly ascertainable.") |
| D2. "channel void to reduce weight"<br>• '109 Patent (claims 1-30)<br>• '541 Patent (claims 5 and 18) | Indefinite | 1. Proposed construction.<br><br>   No construction necessary.<br><br>2. Primary alternative construction.<br><br>   Plain and ordinary meaning.<br><br>3. Secondary alternative construction.<br><br>   a groove in a foam block left by design that reduces the collective weight of the installed foam blocks | '109 Patent, 5:15-21 ("Experience in the aviation industry has shown that any fuel tank can be filled to maximum of about 85% capacity (not including a fuel swell of 12 %) with the internal presence of reticulated polyurethane foam, not including any planned voids. The foam blocks should be kept clear of tank components such as the fuel inlets, fuel sensors, valves, float switches, and tank vents.")<br><br>'109 Patent, 5:30-51 ("An important aspect of the present invention is the frequent requirement to use alternate access ports of an aircraft fuel tank to insert the foam or foam blocks and |

| D. Appear In Multiple Asserted Patents | AerSale's Proposed Construction | Jetaire's Proposed Construction[4] | Intrinsic and Extrinsic Evidence |
|---|---|---|---|
| | | | position them in a distinct pattern to minimize any voids along tank walls. In the case of aircraft having internal fuel tanks integral to the wing, fuselage, cargo bays, or tail structure, it may be necessary to detach certain segments of the aircraft skin to provide access to the tank. *Another aspect of the present inventive concept is the utilization of a "fully packed" design concept. A fully packed system is defined as one where all potential fuel tank ullage is filled with reticulated polyurethane foam with cutouts for internal tank components only. This system is most desirable where minimal or no tank over-pressure can be tolerated. An important objective of the present inventive concept is the utilization of a grossly "voided" design concept. A grossly voided system is defined as one where the fuel tank contains strategically positioned reticulated foam for explosion suppression. This method provides for minimal weight penalty and fuel retention, and is best suited for a fuel system that can withstand substantial overpressures.*") |

| D.  Appear In Multiple Asserted Patents | AerSale's Proposed Construction | Jetaire's Proposed Construction[4] | Intrinsic and Extrinsic Evidence |
|---|---|---|---|
| | | | '109 Patent, 10:63-67 ("As stated previously, a very specific order of insertion of the foam blocks 50 must be followed so that all spaces that are intended to be filled in the center wing tank 112 are indeed filled. *Empty spaces in the tank can only be those left by design*, which is referred to as "planned voiding."). <br><br> '109 Patent, 12:45-57 ("When conducting any of the above described methods and procedures, *the fitted size shape and installation of any aggregate of flexible foam material should be such that no internal tank voids longer than 2.5 feet exist* (with the internal tank fuel probes installed *). All flexible foam blocks must be kept clear of the tank components such as the fuel ports, fuel probes, float switches, and tank vents. The "planned" voiding areas around these structures should not exceed a volume of 10 % of the total fuel tank volume and there should be no additional connecting voids between any of the planned void spaces.* The minimum space of foam filled area required between the planned void areas is |

| D. Appear In Multiple Asserted Patents | AerSale's Proposed Construction | Jetaire's Proposed Construction[4] | Intrinsic and Extrinsic Evidence |
|---|---|---|---|
| | | | three (3.0) inches if maximum void size is used.") <br><br> Dkt. 92-6, at p. 9 (alleging channel void in Cragel US 2013/0240539 Al)) <br><br> <u>Extrinsic Evidence</u>: Oxford English Dictionary (Online Edition, December 2021), defining "channel" as "***[a] groove, furrow, or track***."  *See* Exhibit F, at F-11. |

# EXHIBIT F

# OED

**RELAUNCHED**

# Oxford English Dictionary
The definitive record of the English language

The *Oxford English Dictionary* is widely acknowledged to be the most authoritative and comprehensive record of the English language in the world, tracing the evolution and use of more than 600,000 words through 3 million quotations. *OED Online* gives you not only **the latest text of the full *Oxford English Dictionary***, but also, from December 2010, the ***Historical Thesaurus of the OED***, and new ways to explore the English language.

'An essential acquisition for all libraries. The range of possibilities and enhanced value over the print is astonishing.'

**LIBRARY JOURNAL**

### DID YOU KNOW?



**The *OED* contains words derived from over 400 languages, including 400 words from Chinese, 300 words from Maori, 170 words from Australian Aboriginal languages, and 30 words from Inuit.**

- **NEW** – now incorporating the *Historical Thesaurus of the OED*, allowing users to explore themes, meanings, and ideas through the history of English

- **NEW** – **working database published for the first time:** the most modern, accurate, and readable version of the dictionary ever made available

- Details **more than 600,000 meanings** of words, using more than **3 million quotations** to show how words have been used over the **complete history of the English language**

- The only English dictionary that aims to trace the **first known use** of every sense of every word, to show when it entered the language

- **Etymological analysis,** listings of **variant spellings,** and **pronunciations** using the International Phonetic Alphabet are provided

- Covers **British, American, and other varieties of English,** and all types of use, **from formal to slang**

- **Updated every quarter** with about 7,500 new and revised meanings, from the major research and editing project that is rewriting the *OED*

- **Only in *OED Online*** can you find the **full, latest text of Oxford's largest dictionary** – always growing, and already the equivalent of 25 large printed volumes. It includes **tens of thousands of new and revised entries only available online,** the data from the *Historical Thesaurus of the OED* (first published in print in 2009), and previous versions of entries from the **20-volume Second Edition (1989)**



www.oed.com

**OXFORD**
UNIVERSITY PRESS

F-1



## Explore the English language and the *OED* **as never before** …

- Instantly **search and browse** by subject, region, usage, or language of origin

- Explore the **major sources** of the *OED* (writers and works) and trace the role they've had in shaping the language

- Follow **links** from each entry to related articles in the *Oxford Dictionary of National Biography*, *Oxford Dictionaries Online*, and other online resources

- See **summary information** about each entry, including timelines of sense development, quotation evidence, and links to related entries

- **Explore by time** — display search results as a timeline to see when words came into the language: for example, when words were borrowed from Japanese, or marked advances in astronomy

- **Create your own profile** to save entries and searches in the new 'My *OED*' feature

- **Print, email**, and **cite** entries

- Navigate easily through a **user-friendly new design** — quick clicks take you from each definition to the thesaurus, related words, sources, targeted searches, browsable lists, and other online resources

### Subscriber services include

- **COUNTER**-compliant usage statistics

- Extensive online **help** and excellent customer and technical support



### DID YOU KNOW?



The *Historical Thesaurus* shows that the *OED* contains more than 300 words for 'excellent', 270 words for 'tired', and 170 words for 'child'.

### Join our email alert list!

Keep up to date with the latest information about the *Oxford English Dictionary Online*, including new content and functionality updates, by joining our mailing list at:
www.oup.com/online/emailnews/

### How to subscribe

The *Oxford English Dictionary Online* is available by subscription to institutions and individuals worldwide.

**Institutions**: Subscription prices are based on the size and type of institution. Please contact us for a price quotation (see right for details)

**Individuals**: To subscribe online and gain instant access, go to: www.oup.com/online/subscribe

### Free trials

Free trials of all our online products are available to institutions. Librarians and central resource coordinators can register for a trial at www.oup.com/online/freetrials

### How to contact us

For further information about all online resources from Oxford University Press, to request institutional free trials, and for price quotations, please contact us:

**Customers outside North and South America**

E: onlineproducts@oup.com
T: +44 (0)1865 353705
F: +44 (0)1865 353308

**Customers in North and South America**

E: oxfordonline@oup.com
T: 1 800 624 0153
F: 1 919 677 8877

**OXFORD**
UNIVERSITY PRESS

A.00EDRSF10



**New words notes:** Learn more about the words added to the *OED* this quarter in our new words notes by *OED* Senior Editor, Jonathan Dent.

**Release notes**: *OED* Executive Editor, Kate Wild, also explores the category for 'trousers' in the Historical Thesaurus of the *OED* in this blog post.

**Release notes:** Learn about the etymological discoveries of this update in a note on etymology from OED Chief Etymologist, Philip Durkin.







Copyright © 2021 Oxford University Press. All rights reserved.  |   Cookie Policy  |  Privacy Policy  |  Legal Notice  |  Accessibility

F-4

channel, n.1 : Oxford English Dictionary

Oxford English Dictionary : The definitive record of the English language

# channel, *n.1*

**Pronunciation:** Brit. ▶/'tʃanl/, U.S. ▶/'tʃæn(ə)l/

**Forms:** Middle English **chanayle**, Middle English–1500s **chanelle**, Middle English–1600s **chanell**, Middle English–1700s **chanel**, 1500s **channelle**, 1500s–1600s **chenell**, 1500s–1600s **chennell**, 1500s–1700s **channell**, 1500s– **channel**, 1600s–1700s **chanall**, 1600s–1700s **channal**, 1600s (1800s *English regional* (*northern* and *midlands*)) **chennel**; *English regional* (*northern*) 1800s **chanil**, 1800s **chinnel**; also *Scottish* pre-1700 **channale**, 1900s **chennel**.

**Frequency (in current use):** ●●●●●●

**Origin:** A borrowing from French. **Etymon:** French *chanel*.

**Etymology:** < Anglo-Norman *chanell*, *chanelle*, *chanele*, Anglo-Norman and Middle French *chanel*, *chanal* (compare Old French (northern) *chanel* , Old French, Middle French *chenal* ; French *chenal* ) hollow bed of a river or stream (beginning of the 12th cent. in Old French), gutter (13th cent.), (in anatomy) passage, tube (13th cent.), any of various kinds of artificial watercourse (14th cent.), navigable passage in an otherwise unsafe stretch of water, giving access to a port (late 14th cent.) < classical Latin *canālis* CANAL *n.*

Compare later CANAL *n.* and CANNEL *n.²*, and (with sense 3a) also KENNEL *n.³*

Compare post-classical Latin *chenella* , *chanellum* , *chanellus* (natural or artificial) watercourse (from 13th cent. in British sources; < French).

The later semantic development is influenced by classical Latin *canālis* CANAL *n.*

Sense 9 may in origin show a different word; compare earlier CANNEL *n.²* 3 and see discussion at that entry.

In sense 10a(a) after Italian *canaletto* (1542 in the passage translated in quot. 1611, in a German context), lit. 'small channel'.

In sense 10b after the corresponding specific use of French *canal* CANAL *n.* (1611 in Cotgrave).

**I.** A watercourse, and related senses.

**1.** The hollow bed of a river, stream, or other body of running water; the course through which a river or stream flows. Formerly also: †the seabed (*obsolete*). Cf. CANNEL *n.²* 1a.

*overflow channel, rill channel, river channel*, etc.: see the first element.

- *a*1387 J. TREVISA tr. R. Higden *Polychron.* (St. John's Cambr.) (1869) II. 29 Þat ryuer..leueþ ofte þe chanel [L. *alveo relicto*].
- *a*1398 J. TREVISA tr. Bartholomaeus Anglicus *De Proprietatibus Rerum* (BL Add. 27944) (1975) I. XIII. iii. 654 Sometyme by grete reyne..the water ariseþ and passeþ þe chanayle and brymmes.
- *a*1400 (▸ *a*1325) *Cursor Mundi* (Vesp.) 22563 Of hir chanel þe see sal rise.
- 1563 W. BALDWIN et al. *Myrrour for Magistrates* (new ed.) Hastings xlii Flye from thy chanell Thames.
- 1692 R. BENTLEY *Boyle Lect.* IV. 24 The Chanels of Rivers [will be] corroded by the Streams.
- 1698 J. KEILL *Exam. Theory Earth* (1734) 129 They would fill the great Channel of the Ocean if it were empty.
- *a*1701 H. MAUNDRELL *Journey Aleppo to Jerusalem* (1703) 19 A River or rather a Channel of a River, for it was now almost dry.

F-5

channel, n.1 : Oxford English Dictionary

1790   R. Burns in J. Johnson *Scots Musical Museum* III. 288   As streams their channels deeper wear.

1847   C. Lyell *Princ. Geol.* (ed. 7) xix. 263   During other seasons of the year, the ocean makes reprisals, scouring out the channels.

1858   *Mining & Statistic Mag.* June 468   In this way only a small part of any gold which was in the channel could have been obtained.

1932   W. C. Alden *Physiogr. & Glacial Geol. E. Montana* p. vii/2   The Keewatin ice sheet covered most of the area north of the present channel of the Missouri River.

2005   W. H. Doleman in B. J. Vierra *Late Archaic across Borderlands* v. 117   Streams went from occupying incised channels to meandering across fertile, aggrading floodplains.

**2.**

**a.** A length of water wider than a strait, joining two larger areas of water, esp. two seas.

1427   *Petition* (P.R.O.: SC 8/25/1232)   Vesselx and men..be lost and perisshid..for defaute of a bekyn þᵗ shud teche þe poeple to holde þe right chanell.

?c1475   in J. Gairdner *Sailing Direct.* (1889) 22 (*MED*)   Yif it be stremy grounde, it is betwene Huschaunt and cille in the entry in the Chanell of Flaundres.

1553   R. Eden tr. S. Münster *Treat. Newe India* sig. Eiijᵛ   The sea in certaine chanels is of such heigth and depth, that no anker may come to the bottome.

1617   F. Moryson *Itinerary* I. iii. iv. 258   This channell running from the blacke sea, called Euxinus, into Propontis, and so..to these said two Castles, and from hence into the Aegean sea.

a1678   A. Marvell *Last Instr. to Painter* in *Coll. Poems Affairs of State* (1689) III. sig. D   Those Oaken Gyants of the ancient Race,That rul'd all Seas, and did our Channel grace.

1723   D. Defoe *Hist. Col. Jack* (ed. 2) 225   We had tollerable Weather..till we came into the Soundings, so they call the Mouth of the British Channel.

a1781   R. Watson *Hist. Reign Philip III* (1783) II. 151   The island [in the Rhine]..is separated by a narrow channel from the town.

1839   C. Darwin in R. Fitzroy & C. Darwin *Narr. Surv. Voy. H.M.S. Adventure & Beagle* III. xi. 237   This [Beagle] channel which was discovered by Captain FitzRoy during the last voyage.

1876   F. Martin *Hist. Lloyd's* xi. 183   Ever since that time the channels connecting the ocean and the former inland lake have been multiplying and shifting.

1902   H. J. Mackinder *Brit. & Brit. Seas* ii. 23   Outside, beyond the relatively broad channel of the Minch, is a mountain ridge striking north-north-eastward.

1938   *Geogr. Rev.* **28** 209   The channel between Oahu and Kauai, seventy miles in width, is the only one between inhabited islands the shores of which are not intervisible.

2010   *Western Mail* (Nexis) 26 Mar. 15   The ship was sailing up the channel between Ireland and Wales.

**b.** *the Channel*: *spec.* the English Channel.

*English Channel* first occurs at around the same time: cf. quot. 1589.

1588   *Packe of Spanish Lyes* 9   Hee came to the Channell, six leagues from Plimmouth: where vnderstanding the enemies were, hee gathered together and set in order all the fleete.

[1589   *Declar. Causes Arrest of Shippes* 11   They couenanted in plaine words, with the shipmasters, that they should not passe into Spaine & Portingall through the English Channel & vsuall way.]

1633   Earl of Strafford *Let.* 7 Sept. (1739) I. 109   We may no more admit this Course of Prize taking, to the disquieting the Trades of His Majesty's Subjects here in the Channel, than in the River of Thames.

1694   *London Gaz.* No. 2961/1   The Weymouth..left the rest of the homeward bound..Fleet..off the Lizard, making up the Channel.

1711   *Atlas Geographus* II. 1071/1   The Port [sc. Brest] is much frequented by French Privateers, who infest the Channel in Time of War.

F-6

channel, n.1 : Oxford English Dictionary

1762  *New & Gen. Biogr. Dict.* VII. 265   They passed through Lorrain into France, from thence crossed the channel into England, and made Holland the last stage of their travels.

1837  T. Carlyle *French Revol.* I. ii. vi. 70   Swindlery and Blackguardism have stretched hands across the Channel, and saluted mutually.

1877  *Judy* 26 Dec. 112/1   I have not yet swam across the Channel, or bicycled from Paris to Vienna.

1933  *Radio Times* 14 Apr. 75/1   The war was newly over... There was a tremendous fuss of coming and going across the Channel.

2004  *Daily Tel.* 13 Aug. 36/1   'The Froggies' were discouraging Britons from taking booze'n'fags cruises across the Channel.

**3.**

**a.** An artificial watercourse running at the side or (less commonly) along the middle of a street or road, to carry away the surface water; a gutter. Cf. cannel *n.*[2] 1b, kennel *n.*[2]

In later use *Scottish*, *English regional*, or simply a contextual use of sense 3b.

‣ 1440  *Promptorium Parvulorum* (Harl. 221) 69   Chanelle of a strete, *canalis, aquagium*.

a1500  (‣ ?a1390)   J. Mirk *Festial* (Gough) (1905) 195 (*MED*)   Goo downe ynto þe strete, and se þer a pylgrym lyyng yn þe chanell.

1578  J. Lyly *Euphues* f. 3ᵛ   Dronken sottes wallowinge.., in euery channell.

1617  Bp. J. Hall *Quo Vadis?* (new ed.) xx. 74   Euery obscure Holy-day takes the wall of it, and thrusts it into the channell.

?1689  *Articles Charge of Wardmote Inquest* (first sheet)   If any person...sweep any Dung, Ordure, Rubbish, Rushes, Seacoal-Dust, or any other thing noyant, down into the Channel of any Street or Lane.

a1726  J. Vanbrugh *Journey to London* (1728) iii. i. 40   Overturn'd in the Channel, as we were going to the Play-house.

?1746  'T. Bobbin' *View Lancs. Dial.* (Gloss.) sig. D5ᵛ   *Riggot*, Channel or Gutter.

1843  'T. Treddlehoyle' *Bairnsla Foaks' Ann.* (E.D.D.) 12   Swept him reight aght a doors intat chanil.

1882  J. O. Halliwell *Outl. Life Shakespeare* (ed. 2) 18   House slops were recklessly thrown into ill-kept channels that lined the sides of unmetalled roads.

1911  *Munic. Engin.* **41** 47/1   If such open channels in the street can not be used, closed channels or culverts may be used.

1995  J. M. Sims-Kimbrey *Wodds & Doggerybaw: Lincs. Dial. Dict.* 55/1   *Channels*, roadside gutters.

2002  *Church Times* 1 Nov. 32/3   As I thought, the grigs, i.e. those little channels cut in the sides of roads to let the water run away, are blocked.

**b.** *gen.* Any artificial watercourse, esp. one constructed for irrigation. Cf. canal *n.* 4.

1581  L. Mascall *Husbandlye Ordring & Gouernment Poultrie* xli. f.viiv   Yee must make a channell for to conuay the running water.

1593  T. Danett tr. L. Guicciardini *Descr. Low Countreys* sig. N3ᵛ   Neerer to Terouenne..is a great chanell called the new Fosse or dike, made as some hold opinion by mens hands,..to stop the courses of the Enimies.

1600  J. Taverner *Certaine Exper. conc. Fish & Fruite* 3   Hauing a place conuenient..and some small brooke or rill running through the same, you are to dig a channell or pond as it were from the one hill to the other.

1660  F. Brooke tr. V. Le Blanc *World Surveyed* 377   From this Lake they draw a Channell that sets certain Leather-Engines at worke.

1721  *New Gen. Atlas* 119   The Dykegrave and his Assistants meet to take care of the Dykes, Sluices, Banks, and Channels..in the Rhineland.

1781  M. Flinders *Diary* 2 May in *Grateful to Providence* (2007) I. 110   I..have also had the Causway and Channell widened & repaired.

F-7

channel, n.1 : Oxford English Dictionary

1875   L. D'A. Jackson *Hydraul. Man.* (ed. 3) 136   Hydraulic engineers not having yet arrived at a perfect module for measuring the amount of water drawn off in an open channel for irrigation.

1937   S. W. Wooldridge & R. S. Morgan *Physical Basis Geogr.* xiv. 189   The..surface will be resolved into slopes leading down to drainage channels.

1987   *Stock & Land (Melbourne)* 12 Mar. 39/2   Farmland east of Lake Tyrrell would be the first to benefit from piping of the stock and domestic supply, now in open channels.

2012   *New Scientist* 25 Aug. 30/3   A few species [of algae] are cultivated commercially on a small scale, in shallow channels called raceways or in enclosures called photobioreactors.

**c.** A trough or conduit used in smelting to conduct molten metal to several moulds. Also: any of the moulds themselves; = pig *n.¹* 11d. Now *historical*.

1679   *Philos. Trans. 1677* (Royal Soc.) **12** 1049   A small Channel in that end..is most remote from the blast, for the running off of the baser Metals.

1730   *Philos. Trans. 1729–30* (Royal Soc.) **36** 32   When the Ore is melted, it runs out at an Opening in the Bottom Part of the Front of the Furnace, through a small Channel made for that Purpose.

1806   R. Forsyth *Beauties Scotl.* III. 104   The lateral moulds or channels are called *pigs*.

1901   *Shop & Foundry Pract.* (Colliery Engineer Co.) IV. xxxv. 20   The metal will run into the vent channels..and fill them with iron.

?1949   *Simple Guide Basic Processes Iron & Steel Industry* 17   The iron was run out of the furnace along channels in the ground to a series of open sand moulds.

1992   A. Fisher *Day Trips in Delmarva* xiv. 199   The main pouring channel and the row of similar molds were noted to resemble a sow with suckling pigs; hence the term *pig iron*.

†**4.** A small river; a stream, a brook. Also in extended use. *Obsolete*.

1478   in W. Fraser *Chiefs of Colquhoun* (1869) II. 296   Fra the crag..to the channale at the end of the said Schir Johnnis land.

1483   W. Caxton tr. J. de Voragine *Golden Legende* f. ccccxxii/1   They came to a ruysel or chanel.

?1533   G. Du Wes *Introductorie for to lerne Frenche* sig. Diiⱽ   The broke or chenell, *le ruisseau*.

1587   R. Scot in A. Fleming et al. *Holinshed's Chron.* (new ed.) III. Contin. 1546/1   When the flood came, the chanell did so suddenlie swell.

1630   Br. J. Hall *Occas. Medit.* §xix   Many drops fill the Channels, and many channels swell up the brookes.

a1649   S. Crook Τα Διαφεροντα (1658) II. xi. 594   If he restraine some brook of anger, It breaks out by lust, or some such like channel or rivulet.

a1727   W. Pattison *Cupid's Metamorph.* (1728) 206   At thy Command do roaring Channels rise, Sweep away Plains, and thunder thro' the Woods?

1773   J. Robertson *Poems* (rev. ed.) 147   United now in one pure stream, The crimson channels flow.

**5.**

**a.** A navigable passage in a stretch of water otherwise unsafe for vessels; *esp.* one between shallows in an estuary.

navigation channel, reef channel, ship-channel, etc.: see the first element.

1536   R. Copland tr. P. Garcie *Rutter of See* (new ed.) sig. b.iiii   Yf ye wyll entre with in the nedles of the yle of wyght, go harde aborde yᵉ nedles ryght in, & beware of the rocke in the myddes of the chanell.

F-8

channel, n.1 : Oxford English Dictionary

?1574   W. BOURNE *Regiment for Sea* xxii. f.60v   Firste (if you knowe how the channell doth lie right betweene any .2. sandes) you must view the land to take some markes for it.

1600   E. BLOUNT tr. G. F. di Conestaggio *Hist. Uniting Portugall to Castill* v. 140   The nauigation or entrie thereof..lying betwixt the Iland and the left shoare (hauing but a shallow chanell) is not nauigable but at a full sea.

1695   tr. M. Misson *New Voy. Italy* I. xvi. 149   The Doge's Ships steer'd their Course through the navigable Chanels, without meeting with any Misfortunes.

1716   *Eng. Pilot* IV. i. 3/1   The South Channel is navigable for Boats or small vessels to go in at.

1798   T. PENNANT *View of Hindoostan* I. 148   The isles..attended with reefs, and the channels between them..very deep.

1833   *Dublin Penny Jrnl.* 27 July 32/2   Directions were given to mariners how to steer up this channel so as to clear some rocks which lay in the middle of it.

1895   H. N. BURDEN *Manitoulin* xi. 82   For many years a portage path has existed for the convenience of Indians and others navigating the inner channel with their canoes.

1940   *Sun* (Baltimore) 23 Apr. 15/6   The army district engineer..is prepared to make a survey of the channel through the 'muds' at the mouth of the Pocomoke river.

2016   *Liverpool Echo* (Nexis) 8 Feb. 27   They rescued him from a 32ft yacht between Askew Spit and Taylors Bank, in the main channel of the River Mersey.

†**b.** An artificial waterway constructed to allow the passage of boats or ships inland; = CANAL *n.* 5a. *Obsolete.*

1579   T. NORTH tr. Plutarch *Liues* 573   So did Xerxes..cause..a channell to be digged there to passe his shippes through.

1622   M. DRAYTON *2nd Pt. Poly-olbion* xxvi. 117   And her [*sc.* the Soare] a Channell call, because she is so slow.

a1684   J. EVELYN *Diary* anno 1645 (1955) II. 432   The Channells [at Venice], which are as our Streetes.

1703   *Universal, Hist., Geogr., Chronol. & Poet. Dict.* II. at *Toulouse*   The present K. of France had taken up a Design to make a Channel for Boats from this C. to the Lake of Maqueton.

†**6.** *Scottish* and *English regional* (*northern*). Gravel. Cf. CHANNELLY *adj. Obsolete.*

Probably with reference to its being commonly found in the bed of a stream or river; cf. sense I.

1592   in J. Stuart *Extracts Council Reg. Aberdeen* (1848) II. 76   That na channell, stanes, sand..be cassin in the trink of the watter.

1743   *Sel. Trans. Soc. Improvers Knowl. Agric. Scotl.* xii. 109   Having only sand and channell below it.

1770   J. COOK *Voy. & Trav. Russ. Empire* I. xvii. 68   The bottom is of channel, interspersed with a very great number of small pipes, imperceptible to the unwary stranger.

1878   *Borings & Sinkings* (N. Eng. Inst. Mining & Mech. Engineers) I. 45   Channel and coarse sand with water.

1893   'G. SETOUN' *Barncraig* vii   That would be i' March..for Tammy was drivin' channel to the gardens o' the big house.

**7.** *figurative.* The course in which something proceeds; a direction, a line. Frequently with verbs of turning.

In quot. 1631   with reference to a person's way of life.

1631   T. HEYWOOD *Londons Ius Honorarium* sig. Bᵛ   Keepe the even Channell, and be neither swayde, To the right hand nor left.

c1680   W. BEVERIDGE *Serm.* (1729) II. 518   Their affections so turned into their proper chanels.

1732   *True & Faithful Narr.* in J. Swift *Misc.* III. II. 276   The World went on in the old Channel.

1779   J. MOORE *View Society & Manners France* I. xxix. 268   The conversation happening to turn into this channel.

1857   D. LIVINGSTONE *Missionary Trav. S. Afr.* ii. 34   Turning [his] abilities..into that channel in which he was most likely to excel.

1889   *Official Rep. Ann. Convent. National Assoc. Builders U.S.A.* 40   It is said that great minds run in the same channel.

1963   M. MCCARTHY *Group* iii. 62   She managed to steer the conversation into safer channels by getting him to talk to Dottie about recipes and cooking.

2006   *Intelligencer Jrnl. (*Lancaster, Pa.*)* (Nexis) 9 Dec. A4   This statement completely altered my channel of thought.

**II.** A pipe, tube, or groove.

**8.**

**a.** A pipe, duct, tube, or tubular cavity, natural or artificial, often used for conveying liquid; *spec.* a tubular cavity in the body of an animal or in the tissues of a plant. Cf. CANAL *n.* 1a, 2a.

In anatomical use, now usually less technical than *canal.*

▸ *a*1387   J. TREVISA tr. R. Higden *Polychron.* (St. John's Cambr.) (1874) V. 389   A greet pestilence of evel in þe chanelles of men at þe neþer ende [L. *pestis inguinaria*].

?1541   R. COPLAND *Guy de Chauliac's Questyonary Cyrurgyens* II. sig. E. iv   By the whiche chanels is drawen the fumous vaporacyon to the said places.

1578   T. TYMME tr. J. Calvin *Comm. Genesis* 199   Certain chanels or veins of the earth.

?1608   W. B. tr. A. Ortelius *Theatrum Orbis Terrarum* f. xjᵛ   When they drinke, the drinke will run down as it were through a pipe or channel.

1664   H. POWER *Exper. Philos.* I. 4   The Stings in all Bees are hollow..so that when they prick the flesh, they do also, through that channel, transfuse the poyson into it.

1704   J. HARRIS *Lexicon Technicum* I   *Ductus Pancreaticus*, is a little Channel, which arises from the Pancreas or sweet-bread, running all along the middle of it.

1767   *Sel. Ess. Husb.* 49   The plants do not solely subsist on the juices extracted from the earth, by the channels and veins of the roots, the wood, and the bark.

1839   C. DARWIN in R. Fitzroy & C. Darwin *Narr. Surv. Voy. H.M.S. Adventure & Beagle* III. v. 114   The poison channel in its [*sc.* a snake] fangs.

1854   E. RONALDS & T. RICHARDSON *Knapp's Chem. Technol.* I. 266   *E*, a door for the introduction of coke through the channel *F*.

1875   A. W. BENNETT & W. T. T. DYER tr. J. von Sachs *Text-bk. Bot.* II. v. 498   The style..may be penetrated by a channel consisting of a narrow elongation of the cavity of the ovary.

1958   *Appl. Mech. Reviews* **11** 518/1   If the channel walls are built removable then the separated aerosol can be collected.

2008   *Best Life* Oct. 96/1   Cholesterol-based plaques develop between the inner and middle layers of an artery's three-layered wall, forcing the interior layer inward and shrinking the channel through which blood flows.

**b.** *Mining.* A shaft serving as an airway in a mine.

1816   *Ann. Philos.* **7** 119   Wherever the workings of the mine..should render it impossible to form these channels of connexion with established air shafts, a new air shaft should be formed.

1886   J. BARROWMAN *Gloss. Sc. Mining Terms* 53   *Raggling*, a channel cut in the side of a mine and covered with boarding to serve as an airway.

1919   *Trans. Amer. Soc. Heating & Ventilating Engineers* **24** 308   At the foot of the air shaft two or more separate channels or airways branch off in different directions.

2015   R. STEINZOR *Why Not Jail?* 130   These channels are fed by gigantic fans drawing air from the surface.

†**9.** The neck; the throat. Cf. CANNEL *n.*² 3, CANNEL-BONE *n.*, CHANNEL-BONE *n.* *Obsolete.*

c1425   (▸ *c*1400)   *Laud Troy-bk.* l. 5538 (*MED*)   Here armes vayled not an hoppe, He smot In-two bothe chanel and choppe.

1590   C. MARLOWE *Tamburlaine: 2nd Pt.* sig. G   I will strike, And cleaue him to the channell with my sword.

F-10

channel, n.1 : Oxford English Dictionary

**10.** A groove, furrow, or track.

**a.** A (long) groove, furrow, or recess in any surface; *spec.* *(a) Architecture* a flute (FLUTE *n.¹* 4), a glyph; *(b)* (in quarrying and stonework) a groove or furrow cut in the line along which a stone or rock is to be split.

1611   R. PEAKE tr. S. Serlio *4th Bk. Archit.* v. f. 4ᵛ   In the Corona you may cut channels or hollowings [Ger. *Canaleti*].

1682   G. WHELER *Journey into Greece* I. 48   [Pillars with] their Fusts cut into Angles, about the breadth of an usual Channel.

1765   T. H. CROKER et al. *Compl. Dict. Arts & Sci.* II. at *Groove   Groove*, among joiners, implies the channel made by their plough in the edge of a moulding, &c.

1795   J. C. MURPHY *Trav. Portugal* 307   The number of channels in each column is but sixteen.

1861   A. PRATT *Flowering Plants & Ferns Great Brit.* III. 2   Each carpel is marked by five vertical ridges..these ridges..are separated by channels.

1884   F. W. SPERR in *Rep. Building Stones U.S. 1880* 37 in S. F. Peckham *Rep. Production Petroleum* (U.S. Dept. Interior, Census Office)   In the softer sandstones channels about 18 inches in width..are dug around the sides of the quarry with sharp steel picks.

1907   *Canad. Patent Office Rec.* Aug. 1928/1   A thumb clearance groove and a channel in the bed thereof, an ink pad in said channel.

1963   E. H. EDWARDS *Saddlery* xv. 107   Normally the width of the channel in a well-made saddle is sufficient, but if it is too narrow.., pressure will occur on the sides of the vertebrae.

1990   *Pract. Householder* Apr. 14/2   Steel profiles attached to the side walls, which have channels into which the blocks are set.

2014   *N. Y. Times* (Nexis) 9 Feb. (Real Estate section) 8   The fluting on the columns is unlike anything seen in antiquity,..its concave channels in a luxurious mosaic of vinelike styling.

**†b.** In a horse: the concave space between the two bones of the lower jaw. *Obsolete.*

1696   W. HOPE tr. J. de Solleysel *Parfait Mareschal* I. i. 3   The Channel [Fr. *canal*]..is the hollow betwixt the two Barrs or nether jaw-bones, in which the Tongue is lodged.

1753   *Chambers's Cycl.* Suppl.   *Channel*, in the manege, is used for that concavity in the middle of the lower jaw of a horse, where the tongue lies.

1835   *Dublin Penny Jrnl.* 25 Apr. 338/2   The space between the branches of the lower jaw, called the channel, should be wide.

1911   *Country Life in Amer.* 1 May 59/3   The 'channel' or cavity in which the tongue reposes between the branches of the lower jaw is wide in the young horse.

**c.** A groove in the wheel of a pulley along which a rope, cable, etc., runs; (also) the area of the frame of a pulley in which the wheel sits.

1728   E. CHAMBERS *Cycl.* at *Pulley*   A little Wheel, or Rundle, having a Channel around it, and turning on an Axis.

1784   W. FALCONER *Universal Dict. Marine* (new ed.)   *Canal*, or *Creux autour d'une poulie*, the channel of a block through which the rope passes, over the sheave or wheel.

1808   *Repertory Arts, Manuf., & Agric.* Mar. 246   The frames carrying the pullies x and y may have..small wheels on any proper part of the sliding frame, to pass up and down in a channel, so as to prevent friction.

1967   *Hesperia* **36** 390   The concave channels on the edges of the sheaves ('gorges'), where the rope would slide, are at their maximum depth 0.007 m.

2000   *Austral. Financial Rev.* (Nexis) 2 Dec. 10   The belt, called the variator, sits inside the tapered channel of each pulley wheel.

F-11

channel, n.1 : Oxford English Dictionary

**d.** *Shoemaking*. A groove cut around the edge of the sole of a shoe or boot, into which the seam joining the sole and upper is sunk.

Recorded earliest with modifying word, in attributive use.

1763   *Lloyd's Evening Post* 27 Apr. (*advt.*)   Double and Single Channel Shoes.

1834   J. O'SULLIVAN *Art & Myst. Gentle Craft* 50   Cut the channel as near to the edge of the top piece as you think the point of the heel awl will come out with ease.

1922   *Shoemaking* (Retail Shoemen's Inst., Boston) (Sci. Shoe Retailing: Text Material Vol. IV) vi. 115   While the shoe is being made the edge of the channel is turned back and the stitches buried in the channel.

1989   R. THOMPSON *Path to Mechanized Shoe Production in U.S.* III. xiii. 204   Channeling required great accuracy; the channel had to be deep enough to cover the stitches yet not so deep that the stitch could pull through the sole.

2013   J. A. BINGHAM et al. *Basic Shoemaking* 241/2   Either a simple incision can be made and the stitching laid in the incision (channel) or, in addition, a groove can be cut at the base of the channel to accommodate the thread.

**e.** A bar or beam shaped to form a channel on one side (= *channel bar n.* at Compounds 2); also as a mass noun.

1844   G. B. AIRY *Acct. Northumberland Equatoreal & Dome* 9   Figure 3..is a plan of the top of the walls, shewing the wall-curb, the iron channel [etc.]... The arrangement of the channel and balls will be seen in section in Figure 6.

1885   *Catal. Work Executed* (Wilson Brothers & Co., Philadelphia) 36/2   The stress in the outer fibres of..beams, channels, etc.,..shall not exceed the tensile working stress..for rolled shape iron.

1904   *Westm. Gaz.* 22 Aug. 5/1   Structural material, such as joists, channels, and other sectional bars.

1970   *Financial Times* 13 Apr. 21/3   Small orders for special rollings—for, perhaps, 100 tons of 6-inch by 3-inch channel.

2016   *South China Morning Post (*Hong Kong*)* (Nexis) 10 Jan.   He made sure there was sufficient space at the side to mount the structural steel channel accommodating the glass.

**11.** *Cell Biology*. A specialized pore in a membrane, allowing and controlling the passage of a specific inorganic ion; the protein structures forming a pore of this kind.

Frequently with distinguishing word, as **potassium channel**, **calcium channel**, etc.

1958   A. L. HODGKIN in *Proc. Royal Soc.* B. **148** 32   In parallel with this [secretory] system are the special channels which allow sodium and potassium ions to move at varying rates down their concentration gradients.

1964   *Proc. National Acad. Sci. U.S.A.* **52** 1178   The channels (or paths) by which cations may pass through a membrane are of two types, those suitable for well-hydrated ions such as $Na^+$ and $Ca^{++}$, and those suitable for moderately hydrated ions such as $K^+$.

1974   *Proc. National Acad. Sci. U.S.A.* **71** 2858/2   Pharmacological data are indicative of a spatial separation of both sodium and potassium channels.

1983   B. ALBERTS et al. *Molecular Biol. Cell* xviii. 1025 (*caption*)   Recording of the current through individual voltage-gated $Na^+$ channels in a patch of membrane.

2002   *Guardian* 16 May (Online section) 10/4   The batrachotoxins..are powerful activators of proteins found in the cell wall known as sodium ion channels.

**III.** Figurative and extended (technical) uses.

**12.**

F-12

channel, n.1 : Oxford English Dictionary

**a.** *figurative*. A medium of communication, transmission, or distribution; that through which information, news, trade, etc., is conveyed.

See also *usual channels* at USUAL *adj.* 3a(b). With quot. 2004   cf. sense 12b.

1537   tr. H. Latimer *Serm. to Clergie* sig. B.vii[v]   A foule filthy chanell of al myscheues [*sc.* the devil].

1549   T. CHALONER tr. Erasmus *Praise of Folie* sig. Liv[v]   By what chanels sinne was deriued into Adams posteritee.

1639   G. DIGBY in G. Digby & K. Digby *Lett. conc. Relig.* (1651) 86   There cannot be admitted..unto the avowed channell of the Church, any corrupt Rivolet of erroneous Doctrine.

1690   T. BURNET *Theory of Earth* iv. 174   Another chanel wherein this doctrine is traditionally deriv'd from St. John.

1718   W. WOOD *Surv. Trade* Ded. p. xi   The Preservation of the great Channels of Trade.

1785   T. REID *Ess. Intellect. Powers* 277   Knowledge..comes by another channel.

1848   J. S. MILL *Princ. Polit. Econ.* II. 194   No new..channel for investment has been opened.

1890   H. ADAMS *Hist. U.S.A. during 1st Admin. J. Madison* xx. 437   The President decided upon the conflicting claims of politicians to act as channels for dispensing his power.

1934   C. D. BOHANNAN *Cooperatives as Factor in Distribution Agric. Commodities* i. 1   Data..on the channels of distribution for sales channels used by manufacturers.

1958   M. L. KING *Stride toward Freedom* xi. 208   The church..must seek to keep channels of communication open between the Negro and white community.

2004   *San Diego* July 46/2   The school received word the event was cancelled by the student..who initially went through proper channels to get permission.

**b.** ***through channels***: (originally *U.S. Military*) in accordance with official or established procedures, esp. that of a bureaucracy or chain of command. Esp. in ***to go through channels***: (of a person) to follow such procedures, typically in contrast to more direct (informal or unauthorized) means of action or communication (cf. BACK CHANNEL *n.* 2).

1935   *Boston Daily Globe* 19 Apr. 17/4   The ruling of the department which compels officers to go through channels and obtain permission from their superior in order to take any matter to the commissioner.

1972   *Atlanta Constit.* 29 Dec. 1 B/1   He was ordered to 'go through channels' and lodge any protest with the admiral who ordered his demotion.

1984   *Guardian* (Nexis) 19 July   The staff of the Assessment Office will begin what is described as a 'process of consultations through channels..to establish the range and quality of opinions.'

1994   S. K. SARKER *Rise & Fall of Communism* 147   Strong tried to plead not guilty for Stalin..she said, Stalin acted 'through channels' (through the Central Committee of the Party).

2010   L. L. ADAMS *Spectacular State* iv. 157   We couldn't get a hall for the concert because we didn't 'go through channels', so the director of the hall..refused.

**c.** A person believed to be in contact with the spirits of the dead or other supernatural entities and to communicate between the dead and the living; a medium. Cf. CHANNELLER *n.*[2] 2.

[1970   J. ROBERTS *Seth Material* xx. 268   Seth is my channel to revelational knowledge.]

F-13

channel, n.1 : Oxford English Dictionary

1976 U. GELLER in *Corpus Christi (*Texas*) Times* 19 Feb. 8 c/3   The Arthur Ford Academy defines the word [*sc.* medium] in this way: 'A highly ethical person who causes himself to be come a conscious, spiritual and psychic channel.'

1978 M. PROPHET & E. C. PROPHET *Prayer & Medit.* xxvi. 246   Not a channel, not a medium, the messenger of the Great White Brotherhood has perceived the Christ as the inner Light.

1988 *Times* 30 May 18/2   The best known American channel is a Mrs J. Z. Knight who says she is taken over by the spirit of Ramtha, a 35,000-year-old warrior.

2015 *Blackpool Gaz.* (Nexis) 17 June   Helen Chadwick acts as a channel for spirit guides, angels and loved ones.

**13.** *Electronics*. In a field-effect transistor: the semiconductor region forming a path through which current passes from the source terminal to the drain terminal. More fully **conducting channel**.

Frequently with a prefixed letter distinguishing positive from negative channels, see *p-channel* at P *n.* 8, *n-channel* at N *n.* 15h.

1952 *Proc. IRE* **40** 1365/2   The current flows in a *channel* of *p*-type material bounded by the space-charge regions.

1986 *Science* 24 Jan. 347/2   As the current and field are increased, a voltage drop builds up along the conducting channel.

2014 E. L. WOLF *Applic. Graphene* iv. 51   Graphene has good conduction properties suitable for the channel of such devices.

**14.** *Nuclear Physics*. Any of the possible outcomes of a particular nuclear reaction or instance of decay of a particle or nucleus.

1955 F. L. FRIEDMAN & V. F. WEISSKOPF in W. Pauli *Niels Bohr & Devel. Physics* 137   The decay through a given channel is the inverse of the formation of a compound nucleus through the same channel.

1971 *Proc. Royal Soc.* A. **323** 105   Three real structure parameters and three real amplitude paraters for each channel..describe the totality of all neutral kaon decays.

2007 C. ILIADIS *Nuclear Physics Stars* ii. 141   Recall that $\alpha$ denotes a pair of particles (including their state of excitation) in a particular channel.

**15.** *Association Football*. In *plural*. The areas between opposing players, exploited as a route to goal; *spec.* (frequently with *the*) the spaces between opposing fullbacks and central defenders, exploited as a means of getting the ball wide and behind the opposing defence.

1990 *Times* 14 Feb. 47/1   McCall..in particular caught the eye as he stroked some passes into channels so accurately one half expected Alan Brazil, former Ipswich player, to materialize on the end of them.

1995 *Daily Mirror* 6 Nov. 2   I don't ask the players to pass the ball during the week in training and then play through the channels on match days.

2000 *Evening Standard* (Electronic ed.) 6 Mar.   He runs into the channels and gets balls that most of the time, he's got no right to get.

**IV.** Senses relating to the transmission or exchange of electrical signals, data, etc.

**16.** *Telecommunications*. A signal path in an electronic circuit, used for transmitting communications; *esp.* (in later use) one occupying a particular frequency band or time block in a multiplexing telecommunications system.

1848 H. HIGHTON & E. HIGHTON *Brit. Patent 12,039* (1857) 17   Each of the three circuits..is then split as it were into three different channels.

1922 *Telegr. & Teleph. Jrnl.* Oct. 8/1   The whole telegraph position in this country is changed by the fact that eight channels..can be equipped on one wire.

channel, n.1 : Oxford English Dictionary

1959   *Wire & Radio Communication* **12** 7/2   The 36 message channels in the deep sea cable.

2005   R. L. Freeman *Fund. Telecommunications* (ed. 2) iv. 78   The number of channels that can be multiplexed on a particular circuit depends on the bandwidth of the transmission medium involved.

**17.**

**a.** A band of frequencies in the electromagnetic spectrum, used for the transmission of a radio or television signal.

1923   *Proc. IRE* **11** 40   The number of independent channels is at best very limited.

1928   *Television* **1** No. ii. 20/2   A very short wavelength was chosen for broadcasting these 'pictures' because a channel 40 kilocycles wide is needed.

1935   *Discovery* Aug. 240/2   Automatic transmitting and high-speed recording is provided for one transmitting and one receiving channel.

1960   in *Rep. Comm. Broadcasting* (1962) 334   We feel that the 625-line standard with a total channel width of 8 Mc/s represents the best compromise.

2013   E. E. Johnson et al. *Third-generation & Wideband HF Radio Communications* vii. 231   An integrated adaptive control process..might manage all of the preceding options, as well as determine the optimal bandwidth and frequency offset within an allocated channel.

**b.** A television broadcast transmitted over a particular frequency band or (in later use also) internet stream. Also: an organization or group providing a transmission of this kind.

In early use sometimes difficult to distinguish from sense 17a.

1952   *Billboard* 12 July 51/2   Parely Baer..had special slide pictures on all seven television channels.

1977   *Times* 25 Mar. 4/3   There should be an open broadcasting authority to take responsibility for the fourth television channel.

2005   *Denver Post* (Nexis) 25 Feb. FF2   Massey says ManiaTV is the only live 24-hour channel on the Internet but it's just the beginning.

2011   *Daily Tel.* 21 July 6/1   Rupert Murdoch's Fox News television channel had a 'black ops' department that may have illegally hacked private telephone records.

**c.** An account on a video sharing or streaming website, used to host content from a particular user, group, or organization.

2006   *NBC, YouTube announce partnership* in *rec.arts.tv* (Usenet newsgroup) 27 June   NBC will create an official NBC Channel on YouTube to house its Fall Preview area with exclusive clips to promote NBC's 'The Office'.

2010   *Hutchinson (Kansas) News* 30 Jan. B4/5   Last year it [*sc.* the Vatican] opened a YouTube channel as well as a portal dedicated to the pope.

2016   N. Kardaras *Glow Kids* xiii. 232   Some gamers with channels on Twitch struggle to make enough change to buy their weekly supply of Mountain Dew.

**18.** A signal path in an electronic device; *esp.* one which is used for providing input or output, or for allowing one of several signals to be processed individually.

Frequently with distinguishing word.

1931   *U.S. Patent 1,833,373* 1/1   The system is carried out typically by providing a double amplifying system of the push-pull circuit, both channels being connected to a single three-wire microphone at the input end, and each being connected to a separate sound wave recording means at the output end.

channel, n.1 : Oxford English Dictionary

1933  *Proc. IRE* **21** 7   A cut-off of the audio channel was based on a specific degree of detuning from the carrier.

1946  *Pop. Mech.* Jan. 143/1   Volume controls R8 and R9 control each input channel separately.

1968  *Brit. Med. Bull.* **24** 255/1   In the digital averager we have designed and built, only 1,024 bits are available for each of four channels.

1985  *Yuma (Arizona) Daily Sun* 4 Aug. (Family Weekly Suppl.) 9/1   The salesperson may say that a deck puts out a certain number of 'watts per side.' That's the amount of power fed to each of the two output channels.

2015  V. J. Manzo & W. Kuhn *Interactive Composition* ii. 32   You would probably want to connect a microphone to one channel to record voice and use another channel to record your guitar.

**19.** *Computing.* A path along which data can be transmitted between a central processing unit and one or more hardware components or peripheral devices; (also) a specialized processor used to control this transmission.

1946  H. H. Goldstine & A. Goldstine in *Math. Tables & Other Aids Computation* **2** 106   The five separate digit input channels on an accumulator make it possible for an accumulator to receive from any one of 5 different digit trunks.

1977  *Computerworld* 31 Oct. 6/4   The basic I/O configuration includes six channels (one byte multiplexer, one block multiplexer and four word channels).

2008  B. Jacob et al. *Memory Syst.* 44/1   A narrow, high-speed channel connects the master memory controller to the DIMM-level memory controllers.

**20.** *Computing.* An internet chat room, *esp.* one hosted on an Internet Relay Chat server.

[1992  *Computer Shopper* (Nexis) Feb. 697   Talk Channel is a multiuser chatting system serving users in both Dallas and Forth Worth.]

1993  E. S. Raymond *New Hacker's Dict.* (ed. 2) 103   *Channel op*, someone who is endowed with privileges on a particular IRC channel.

1995  *.net* Feb. 50/3   Also 6,000 channels of simultaneous conversation can sometimes cause serious lag, and be horribly confusing to the uninitiated.

2014  *Age (Melbourne)* (Nexis) 15 Feb. 14   Spaces for file-sharing, some blogs, and lively IRC channels.

---

### Compounds

**C1.** General *attributive.*

**a.** In sense 1, as ***channel-bed***, ***channel-bottom***, ***channel-way***, etc.

1604  E. Grimeston tr. J. de Acosta *Nat. & Morall Hist. Indies* vii. xix. 552   Others sacrificed quailes, and with the bloud of them sprinckled the channell bankes.

1796  *Star* 27 Sept.   The necessary preparations are making to weigh the wreck, at it lies quite in the Channel way.

1819  *Descr. of Coasts of Northumberland & Durham* 12   Here spring-tides run very strongly in the channel-way, but quite true.

1889  *Science* 15 Feb. 131/1   The only springs now flowing are small oozes of water issuing from the base of these slopes, or from the channel-bed.

1934  R. W. Bailey et al. *Floods & Accelerated Erosion in N. Utah* 7   Both the channel bottom and the sides were covered with a dense growth of trees and shrubs.

1950  H. A. Einstein *Bed-load Function for Sedim. Transportation in Open Channel Flows* U.S. Dept. Agric. Technical Bull. No. 1026. 2   The clear water released will tend to erode the channel bed downstream from the dam.

2015  H. Depeweg et al. *Sedim. Transport in Irrigation Canals* 282   Building of silt layers on channel sides is referred to as silting.

F-16

channel, n.1 : Oxford English Dictionary

**b.** In sense 2, as **channel crossing**, **channel ferry**, **channel trip**, etc.

Chiefly (often with capital initial) with reference to the English Channel.

?1698   R. COLEPEPYR *Proposal to prevent Decay Harbours* 2   A strong Efflux doth carry out Sand from a Channel Barr, and Deepen, and Cleanse Channels and Harbours.

a1702   A. GREY *Deb. House of Commons 1667–94* anno 1677 (1763) V. 167   Can you spare your Coast and Channel trade?

1787   *Inq. Justice & Policy Union Great Brit. & Ireland* 77   Our ports lying more convenient for trade, and the dangers of a coast or channel voyage removed, would lessen the rate of insurance.

1836   *Bristol Mercury* 6 Aug.   At present, the small Channel steamers land their passengers at the steps.

1888   *Standard* 14 Aug. 3   The prospects of a Channel trip were brighter for the rest [of the passengers].

1914   *Pop. Mech.* Feb. 200/2   A channel ferry between England and Ireland for the conveyance of cargo to Blacksod.

1967   *Economist* 16 Sept. p. ix/1   The North Sea and Channel ports form the biggest frontiers in world trade.

2016   *Gloucestershire Echo* (Nexis) 5 July 29 (*advt.*)   Our price includes..Return Channel crossings by ferry/Eurotunnel.

†**c.** In sense 3a, as **channel-dirt**, **channel mud**, **channel-water**, etc. *Obsolete.*

With quot. 1598   cf. GUTTER *n.¹* Compounds 3.

1570   J. FOXE *Actes & Monumentes* (rev. ed.) I. 131/2   For dead falling to the ground, [he] sprauleth in the chanel durt.

a1593   C. MARLOWE *Edward II* (1594) sig. K4   Here's channell water.

1598   J. MARSTON *Scourge of Villanie* I. iii. sig. D˅   Shall I..taske bitterly Romes filth? scraping base channell rogarie?

1688   T. SHADWELL *Squire of Alsatia* v. i. 71   A Lather made of Channel-dirt.

?1746   'T. BOBBIN' *View Lancs. Dial.* Gloss.   *Sinkdurt*, channel-mud.

1785   *Particulars Life & Experiences of Nicholas Manners* 37   They collected great quantities of channel dirt and water to throw upon me.

1817   *Act 57 George III* c. 29 §73 in *Statutes U.K.* 639   Whosoever..fills any vehicle so as to turn over or cast any night-soil, ammoniacal liquor, slop, mire, or channel dirt, or filth, in or upon, or near to, any street or public place, shall be liable to a penalty not exceeding five pounds.

1851   T. H. TURNER *Some Acct. Domest. Archit.* I. p. xxviii   Among the varieties of tile mentioned [in the accounts of the works at St George's chapel in the time of Edward III], are channel-tiles, paving-tiles, and rug-tiles.

**d.** In sense 11, as **channel ion**, **channel opening**, **channel protein**, etc.

1964   *Proc. National Acad. Sci. U.S.A.* **52** 1178   The locking of an ion as 'cameo' into a channel site as 'intaglio' does not..totally exhaust the locking power of that site.

1971   *Proc. National Acad. Sci. U.S.A.* **68** 1711/2   The subunit conformation change..necessary for channel opening.

1984   *Proc. Royal Soc. London* B. **223** 49   Channel ion binding sites.

2007   *N.Y. Times* 14 Aug. (Washington Final ed.) D4/4   This channel protein lets positive ions stream into cells when exposed to blue light.

**C2.**

**channel bar**  *n.* a beam or bar having upturned sides that form a channel along its length.

*channel bar iron* in quot. 1855   probably refers to bar-iron having this form.

F-17

channel, n.1 : Oxford English Dictionary

[1855   W. CLAY *Brit. Patent 1366* 2   Single or double grooved or channel bar iron.]

1862   *Illus. London News* 9 Aug. 166/2   The compression-bars are formed of two angle irons riveted to the inner sides of the trough, and cross-braced by light channel bars.

1904   G. P. NEELE *Railway Reminisc.* 219   Some channel bars of iron on a down goods train..had gradually shifted.

2002   B. ASHABRANNER *Washington Monument* v. 49   I-beams and channel bars were strongly fastened into the columns of the framework.

**channel bass**  *n.* *U.S.* the red drum, *Sciaenops ocellatus.*

1873   *Columbus Bartholomew (Indiana) Democrat* 25 Apr. 3/6   Channel bass throng the inlets like buffaloes on the prairie.

1955   F. G. ASHBROOK *Butchering* xii.265   The roe of haddock, cod, hake, 'Florida' or jumping mullet, and channel bass makes an excellent canned product.

2013   T. EARNHARDT *Crossroads Nat. World* 7   North Carolina's Official State Saltwater Fish is the Channel Bass.

**channelbill**  *n.* now *rare* (more fully **channel-bill cuckoo**) = *channel-billed cuckoo n.*

1801   J. LATHAM *Gen. Synopsis Birds* Suppl. II. 96   N. Holland Channel-Bill..is not very common, and first appears about *Port Jackson* in *October.*

1914   *Bulletin (Sydney)* 15 Jan. 24/2   The so-called storm-bird—who can't predict storms worth a cuss—is a cuckoo, the channel-bill cuckoo.

1941   *Rotarian* Dec. 60/3   Studies were made of the channelbill, a large cuckoo whose habits include the laying of eggs in the nests of other birds.

2006   *Townsville (Queensland) Bull.* (Nexis) 27 May 30   The couple had long been wildlife carers to all kinds of unusual feathered creatures, including jabirus, magpies, hawks, owls and channelbill cuckoos.

**channel-billed cuckoo**  *n.* a large species of cuckoo native to Australia, Papua New Guinea, and Indonesia, *Scythrops novaehollandiae*, having predominantly grey plumage and a large downwardly curving bill.

1887   C. C. ABBOTT *Cycl. Natural Hist.* xxiii. 382   In Australia occurs one of the very largest [cuckoos], the channel-billed cuckoo.

1951   *Beaudesert (Queensland) Times* 20 Apr. 7/2   He had found defendant..carrying a pea rifle and a dead channel billed cuckoo, which is a protected bird throughout the State.

2016   B. THOMSON & M. ROBINSON *Australian Wildlife After Dark* iv. 74   Channel-billed Cuckoos are mainly fruit and berry eaters as adults.

**channel capacity**  *n.*  *(a)* the maximum rate at which water can flow through a waterway;  *(b)* the maximum rate at which a signal can be transmitted reliably over a communications channel without a loss of information.

1869   *Galveston (Texas) Daily News* 15 July   The channel capacity would be equal to 4 additional feet of depth.

1935   *Bell Telephone Q.* **14** 175   The discovery of wire transmission by which intelligence could be conveyed from point to point, secretly.., would have appeared an even greater marvel, when contrasted to a system of limited channel capacity and no privacy.

2005   A. GOLDSMITH *Wireless Communications* xiv. 469   When multiple users share the same channel, the channel capacity can no longer be characterized by a single number.

2010   *Plant Ecol.* **211** 221/1   Due to a restricted channel capacity upstream of Barmah Forest (10,400 Ml day$^{-1}$), water already released results in overbank flooding.

F-18

channel, n.1 : Oxford English Dictionary

**channel cat**  *n. U.S.* any of several North American catfish, esp. of the genus *Ictalurus*; *spec.* a medium-sized catfish, *Ictalurus punctatus*, native to eastern North America and widely introduced elsewhere as a food and game fish.

1847  *Boston Jrnl. Nat. Hist.* **5** 333   In the Cincinnati market, at this age, it is known under the name of 'channel-cat'.

1913  W. CATHER *O Pioneers!* I. ii. 29   Twice every summer she sent the boys to the river..to fish for channel cat.

2014  S. GRIFFIN LLANAS *Catfish* 24   Channel cats like dead baits.

**channel cat-fish**  *n.* = *channel cat n.*

1838  J. P. KIRTLAND in *2nd Ann. Rep. Geol. Surv. Ohio* 169   *Pimelobus pallidus,*..Channel cat-fish.

1914  L. L. LINDSAY *Ponds, Pond Fish, & Pond Fish Culture* 186   While the Channel catfish were being handled, in the transfer tanks, they would spit up fish that they had swallowed.

2015  *Philadelphia Inquirer* (Nexis) 2 Aug. (City-D ed.) A2   They left without catching any common carp, but they did nab a channel catfish just before noon.

**channel changer**  *n.* originally *U.S.* a remote control for a television.

[1955  *Pop. Mech. Mag.* Feb. 70/2 (*advt.*)   Build mechanical remote control TV channel changer.]

1955  *Silsbee* (Texas) *Bee* 21 July 2/2   Channel changer... The gadget..shoots a beam of light at slots on the front of the TV set.

1988  J. MCINERNEY *Story of my Life* v. 78   I grab the channel-changer by the bed and flip on 'All My Children'.

2004  D. F. WALLACE *Oblivion* 33   He..sat with his satellite TV's channel changer in his left hand switching rapidly from channel to channel to channel.

**Channel Country**  *n.* (also with lower-case initials) an area of south-west Queensland and adjoining parts of South Australia, Northern Territory, and New South Wales, forming part of the Lake Eyre drainage basin, which is crossed by many seasonal rivulets, with summer rains producing rich grasslands and grazing for livestock.

1892  *Queenslander* 16 Apr. 742/4   How this is to be carried out, under present arrangements, on the vast f[l]ooded channel country on the Cooper and other rivers I have yet to learn.

1947  *Proc. Royal Soc. Queensland* **59** 158   Panicum Whitei..is..sometimes..a prominent part of the pasture of the 'channel country'.

2016  *ABC Premium News* (Austral.) (Nexis) 24 Oct.   The wet weather and cooler temperatures meant the tourist season had run longer, with people making the trip out to see the Channel Country in flood.

**channel fever** *n. Nautical*  †*(a)* (in a sailor) an unwillingness to engage in duties on leaving shore, sometimes accompanied by feigned illness (*obsolete*);  *(b)* a feeling of restlessness or excitement attributed to or experienced by sailors as their vessel nears home port; (hence, more generally) homesickness.

Originally used in reference to British sailors crossing the English Channel upon departure or return.

F-19

channel, n.1 : Oxford English Dictionary

1850  *Edinb. Med. & Surg. Jrnl.* **73** 46   In a merchant ship in bad weather, as in the British Channel, the duty of the seamen becomes almost uninterrupted, and some are apt to feign indisposition; this is called by the sailors the 'Channel Fever'.

1872  *Bangor* (Maine) *Daily Whig & Courier* 23 Sept. 4/1   An alarming sickness has broken out among the yachtmen of England. Symptoms—an entire loss of pluck, a desire to keep still, and an utter aversion to cross the channel... The illness is known as the 'channel fever'.

1900  *Goshen* (Indiana) *Daily Democrat* 30 July 6/5   Mighty few of the stiffs are workers... Before they have crossed Sandy Hook they are generally sick—channel fever, we call it.

1946  *Amer. Jrnl. Sociol.* **51** 382   Look at Jones, will you, getting his blues out already. Boy oh boy, he's got channel-fever bad.

1992  J. HAMILTON-PATERSON *Seven-tenths* I. i. 25   The echo is of the 'Channel Fever' which returning British sailors used to contract on first glimpsing the south coast.

2011  J. CROWDER *Hillbilly in Coast Guard* 68   I'm glad he's getting out of here. He's had channel fever for the past six months.

**Channel Fleet**  *n.* (also with lower-case initial in the second element) now *historical* a fleet of the Royal Navy detailed for service in the English Channel; cf. *Home Fleet n.* at HOME *n.[1]* and *adj.* Compounds 2.

In 1909 the Channel Fleet became the 2nd Division of the Home Fleet.

1741  *London Daily Post* 5 Mar. 1/3   The Press for Seamen is carry'd on with the greatest Vigour, in order to Mann the Channel fleet.

1831  J. WATKINS *William the Fourth* I. ii. 36   The encounter of the channel-fleet with the combined French and Spanish squadrons.

1909  *Times* 1 Mar. 8/5   The Channel Fleet will proceed to sea the next day, returning to Portland on March 20. This will be the final cruise of the Channel Fleet.

2002  M. ESTENSEN *Life Matthew Flinders* iii. 38   Twelve days later the Channel Fleet and its prizes, six captured ships, anchored triumphantly at Spithead.

**Channel 4**  *n.* (also **Channel Four**) a (proposed) fourth national television channel in the United Kingdom, put into operation in 1982 by the Independent Broadcasting Authority to broadcast programmes, esp. those of minority interest, from independent contractors.

1964  *Spectator* 23 Oct. 544/2   Local radio should pay for itself (and indeed other services, such as Channel Four) by advertising.

1980  *Times* 30 Jan. 16 (*heading*)   Channel 4: can the big money be found?

1982  *Times* 3 Nov. 1/8   Thames Television, relaying the Channel Four programmes in London, said that all the advertising breaks had been filled.

2016  *Redditch Advertiser* (Nexis) 5 Apr.   Ahead of the 400th anniversary of William Shakespeare's death, Channel 4 recently broadcast the results of the first ever archaeological investigation of his grave in Stratford.

**channel iron**  *n.*  *(a)* (as a mass noun) metal (esp. iron or steel) in the form of channel bars;  †*(b)* a support for the guttering of a building (*obsolete rare*).

1856  *Morning Post* 21 Nov. 3/5   The bars are of channel iron, and cross each other diagonally.

a1877  E. H. KNIGHT *Pract. Dict. Mech.* I. 526/2   *Channel-iron*, a brace or hook to support the guttering.

1936  E. A. ATKINS & A. G. WALKER *Electr. Arc & Oxy-acetylene Welding* (ed. 3) iii. 27   It will be an advantage to have a Vee block of the above type welded to a piece of channel iron which can then be fitted over the top of a trestle.

F-20

channel, n.1 : Oxford English Dictionary

2011  E. KULTERMANN & W. P. SPENCE *Constr. Materials, Methods & Techniques* xv. 253/1   Hot-rolling is used for most structural shapes such as I-beams, wide-flange beams, channel iron and angle iron.

**channel-leaved** *adj. Botany* (now *rare*) having inwardly curved leaves; cf. CHANNELLED *adj.* 1b.

1758  *Philos. Trans. 1757* (Royal Soc.) **50** 679   The very species, which was most frequently used for this purpose, was the channel-leaved *lichenoides*.

1836  J. C. LOUDON *Encycl. Plants* (rev. ed.) Gloss. 1096/2   *Channel-leaved*, folded together so as to resemble a channel for conducting water.

1997  *New Zealand Jrnl. Bot.* **35** 423/1   This green- and channel-leaved sedge with three stigmas is known only from dolomite rock outcrops.

† **channel raker**   *n. Obsolete* a person employed to clean out street gutters, a scavenger (SCAVENGER *n.* 2a); (hence *derogatory*) a lower-class or contemptible person; cf. *canel raker n.* at CANNEL *n.*[2] Compounds 2, KENNEL-RAKER *n.*

1575  G. GASCOIGNE *Fruites of Warre* cxxvij, in *Posies* sig. h.viii   The Chanell raker liueth by his fee, Yet compt I him more worthie prayse than thee.

1607  R. WEST *Court of Conscience* sig. C3ᵛ   Maker of songs by euery channell raker.

1647  I. H. *Virtue & Valour Vindicated* 3   Nor sprung from the loynes of some channell raker.

**channel seam**   *n. Fashion* a type of decorative seam made by joining two parts of the same fabric with another strip of (contrasting) fabric underneath to form a channel.

1931  *Times* 12 Oct. 15 (*advt.*)   Channel seams at back and front give a semi-fitting effect.

2005  *Observer* (Nexis) 10 Apr. (Review section) 4   He talks about French vents and channel seams and pleats and flaps and side-adjusters as other men might discuss inverse-valve sprocket widgets.

**channel seaming**   *n.*  [after *channel seam n.*] (the use of) channel seams.

1948  J. AUSTIN *Royal Wedding* in *Great Brit. & East* Jan. (between pp. 46 and 47)   Equally simple was the blue crepe dress, adorned only by channel seaming in three double rows to form a cross-over bodice.

2013  B. ENGLISH *Cultural Hist. Fashion 20th & 21st Cent.* (ed. 2) 97   Distinctive finishing features such as banded hemlines, false pocket flaps and channel seaming.

**channel section**   *n.* and *adj.*  *(a) n.* = *channel bar n.*  *(b) adj.* constructed from channel bars.

1866  *Railway Times* 17 Mar. 1/3   The channel section, when viewed properly—that is, with the channel or trough in elevation—is a very handsome shape.

1884  *Iron* 16 May 441/2   The rolls for producing four-cornered channel section wire or bars are four in number... The edges of the rolls are convex rounded and form the channels in the four sides.

1910  *Westm. Gaz.* 22 Mar. 5/2   The motor..is mounted..on a channel-section underframe suspended at three points.

1930  *Engineering* 2 May 564/1   The bracket..was formed of two channel sections.

F-21

channel, n.1 : Oxford English Dictionary

1998  J. R. VINSON & Z. CHEN in G. M. Newaz & R. F. Gibson *Proc. 8th Japan–U.S. Conf. Composite Materials* 219   Plate components wherein one long edge is unsupported or free, e.g. channel sections and T-sections.

2001  *Automobile* June 30/3   The channel section chassis..was of a sound if conservative design.

**channel selector**  *n.* a switch or button which changes the channel on a radio or television set, esp. one that is integral to the set, as opposed to a remote control.

1931  *Sunday Gaz.* (Cedar Rapids, Iowa) 15 Feb. 1/7   There is..a channel selector which picks out one program from the three on the set.

1987  M. GRATTON in J. McLeod *Oxf. Bk. Canad. Polit. Anecd.* (1988) 259   He was forever fiddling with a TV channel selector to make sure he didn't miss anything.

2000  J. DEAVER *Speaking in Tongues* (2003) iv. 40   Konnie clicked the TV's channel selector. He seemed fascinated to find a TV that had no remote control.

**channel-shaped**  *adj.* shaped like or resembling a channel, esp. in having upturned sides.

1855  *Philos. Mag.* **10** 409   He was necessitated to reduce the case to that of linear currents, which necessarily demand channel-shaped bounds, if every possibility of a lateral outspreading is to be avoided.

1906  J. W. M. SOTHERN *Marine Steam Turbine* (ed. 2) II. 54   At the outer ends..the blades fit..into a channel-shaped brass ring, or 'shroud', as it is called.

1990  W. WEAVER & J. M. GERE *Matrix Anal. of Framed Structures* (ed. 3) vi. 425   Figure 6-23a shows a beam member with a channel-shaped cross section.

† **channel shoe**  *n. Obsolete* a shoe having a groove cut around the edge of the sole, into which the seam joining the sole and upper is sunk; frequently in **English channel shoe**.

[1763  *Lloyd's Evening Post* 27 Apr. (*advt.*)   Double and Single Channel Shoes.]

1845  *Dundee Courier* 25 Mar. (*advt.*)   Ladies enamelled patent walking and channel shoes.

1874  *Harper's Mag.* Sept. 802   She wore English channel shoes.

1908  *Boot & Shoe Recorder* 22 July 121/1   The Joseph Caunt Company..produces an English channel shoe, on a modified English last.

**Channel Tunnel**  *n.* (also with lower-case initial in the second element or in both elements) a (proposed) tunnel under the English Channel linking the coasts of England and France; also *figurative*.

The tunnel, 50.5 km (31.4 miles) in length, was opened on 6 May 1994, and is used by passenger and freight rail services; cf. EUROSTAR *n.*, LE SHUTTLE *n.*, CHUNNEL *n.*

1869  *Times* 25 June 5/5   The Channel Tunnel... Project for a submarine tunnel between Dover and a point near Cape Blanc-nez, on the French coast.

1889  G. M. HOPKINS *Let.* 29 Apr. (1935) 304   *Rot* about babies, a blethery bathos into which Hugo and he [*sc.* Swinburne] from opposite coasts have long driven Channel-tunnels.

1957  *Encycl. Brit.* V. 232/2   The Channel tunnel scheme was shelved again [in 1924] but the idea did not die.

1997  *Transportation Statistics Ann. Rep. 1997* (U.S. Dept. of Transportation) x. 242   In 1994, France and the United Kingdom initiated London to Paris HSR service using the privately constructed and operated channel tunnel, or chunnel.

2010  *Grocer* Feb. 11/4   Fresh produce from Spain is being rail-freighted from Valencia to the UK using the Channel Tunnel.

F-22

channel, n.1 : Oxford English Dictionary

## Derivatives

'**channelward** *adv.* = *channelwards adv.*

1847   *Sporting Rev.* Jan. 41   The strength of the fish being resolved at times into thrusts and probings channelward.

1920   *Chambers's Jrnl.* 67/2   I waved my hand Channelward.

2013   *Capital (*Annapolis, Maryland*)* 2 Oct. A5   The project is redesigned to extend farther channelward.

'**channelwards** *adv.* in the direction of a channel; *spec.* the English Channel.

1848   *Blackwood's Edinb. Mag.* Feb. 194/2   I turned my eyes channelwards, and my thoughts to passports and posthorses.

1948   *Daily Independent (*Murphysboro, Illinois*)* 5 June 4/3   The only question in the Hitlerites' mind was where the Allies would strike and when. Their feints channelwards were meant to confuse.

2001   P. W. French *Coastal Defences* 282   There is insufficient mudflat width for marshes to be sustainable..due to the..tendency for marshes to slump channelwards under gravity.

This entry has been updated (OED Third Edition, June 2017; most recently modified version published online December 2021).

F-23

flexible, adj. and n. : Oxford English Dictionary

Oxford English Dictionary : The definitive record of the English language

# flexible, *adj.* and *n.*

**Pronunciation:** ⁷ Brit. ▶/ˈflɛksɪbl/, U.S. ▶/ˈflɛksəb(ə)l/

**Forms:** Also 1500s **flexable, flexibil(l.**

**Frequency (in current use):** ●●●●●●

**Etymology:** < French *flexible*, < Latin *flexibilis*, < *flex-* participial stem of *flectĕre* to bend.

A. *adj.*

**1.**

**a.** Capable of being bent, admitting of change in figure without breaking; yielding to pressure, pliable, pliant.

1548   *Hall's Vnion: Edward IV* f. ccxij   Like a rede with euery wind is agitable & flexible.

1562   W. BULLEIN *Bk. Use Sicke Men* f. clxxxi, in *Bulwarke of Defence*   Feele also the pacient..whither the partes be pained, or flexable or haue loste their strength, and are stiffe.

1609   W. SHAKESPEARE *Troilus & Cressida* I. iii. 49   When the splitting winde, Makes flexible the knees of knotted Okes. 🖝

1626   F. BACON *Sylua Syluarum* §796   And you shall finde..the Stalke harder and less Flexible, than it was.

1664   H. POWER *Exper. Philos.* I. 42   It hath a Cartilaginous flexible Tube or Channel.

1731   J. ARBUTHNOT *Ess. Nature Aliments* ii. 18   An Animal in order to be moveable must be flexible.

1813   W. BINGLEY *Animal Biogr.* (ed. 4) II. 373   These parts, with the tail, are covered by a strong flexible skin.

1823   W. PHILLIPS *Elem. Introd. Mineral.* (ed. 3) Introd. 9   A flexible granular quartz is found in Brazil.

1869   C. BOUTELL tr. J. P. Lacombe *Arms & Armour* ii. 17   The long, flexible, and pointless weapons that are described by the Roman historians.

**b.** In modern mechanical and electrical usage (see quots.).

1859   W. J. M. RANKINE *Man. Steam Engine* iv. 126 (*caption*)   Flexible tube and diaphragm valves.

a1877   E. H. KNIGHT *Pract. Dict. Mech.* I. 882/1   Thirion's flexible coupling is used for conveying power from one shaft to another when they are not in line.

1888   *Lockwood's Dict. Mech. Engin.* 144   *Flexible crank shaft*, a crank shaft in which the strains due to the rigidity of an unyielding mass compelled to revolve under conditions of strain due to the want of alignment of its bearings, are reduced and minimised by the introduction of flexible joints in its length.

1888   *Lockwood's Dict. Mech. Engin.*   *Flexible Hose*, piping made either of india-rubber or leather.

1909   *Installation News* II. 186/1   Flexible cord surface wiring.

1909   *Daily Chron.* 24 Aug. 7/5   Another advantage of the 'flexible' engine..is the power it gives the driver to avoid accidents and collisions.

1918   E. S. FARROW *Dict. Mil. Terms*   *Flexible*, a term applied to a dirigible balloon in which a flexible gas container is held in shape only by the pressure of gas within and to which the load is hung. This characterizes the whole non-rigid system of airships.

1965   *Economist* 27 Mar. 1412/3   Flexible or 'black top' road design is also being studied.

F-24

flexible, adj. and n. : Oxford English Dictionary

1967   *Gloss. Sanitation Terms* (B.S.I.) 28   *Flexible joint*, a joint which permits some movement of the jointed parts out of their original alignment or which permits the jointing of parts which are not truly aligned.

1970   A. BYERS *Home Lighting* i. 22   Floor standards, table lamps,..and permanent lighting may all be supplied from plugs and socket outlets using a flexible cord.

†**2.** Of a fluid: Not rigid, yielding. Of winds: Variable in direction, shifting. *Obsolete.*

1612   J. SPEED *Theatre of Empire of Great Brit.* IV. v. 145/1   The quicke and flexible windes cooling the heat of Summer.

a1613   E. BREREWOOD *Enq. Langs. & Relig.* (1614) xiii. 115   Water being..heauy and flexible, will slide away at any inequalitie.

1692   J. LOCKE *Some Thoughts conc. Educ.* §1   A gentle application of the hand turns the flexible Waters into Channels.

**3.**

†**a.** That can be 'bent', inclined, or rendered favourable *to. Obsolete.*

a1420   T. HOCCLEVE *De Regimine Principum* 3358   To mercy were her hertes ay flexible.

1548   *Hall's Vnion: Edward IV* f. cxcix   If he sawe hym flexible to his purpose.

1611   J. SPEED *Hist. Great Brit.* (1632) VI. v. 38   They saw both heauen and earth flexible to their deliuerance.

1667   R. ALLESTREE *Causes Decay Christian Piety* xvi. 368   The Vulgar, who are commonly flexible to any new Impression.

**b.** Willing or disposed to yield to influence or persuasion; capable of being guided, easily led, impressionable, manageable, tractable.

?1531   J. FRITH *Disput. Purgatorye* III. sig. h8ᵛ   Oure iudge therfore must not be percayll flexible nor ignoraunte.

1595   W. SHAKESPEARE *Henry VI, Pt. 3* I. iv. 142   Women are milde, pittifull, and flexible.

1643   M. NEWCOMEN *Craft Churches Adversaries* 6   The tender and flexible age of her son.

1727   P. LONGUEVILLE *Hermit* 139   Quarll..was soon made flexible by her Tears.

1769   'JUNIUS' *Stat Nominis Umbra* (1772) II. xxxv. 40   Can you conceive that the people..will long submit to be governed by so flexible a house of commons?

1863   E. V. NEALE *Analogy Thought & Nature* 99   A directing reason, easy to be entreated, and flexible.

*absolute.*

1772   S. JOHNSON *Argt. Hastie* in J. Boswell *Life Johnson* (1848) App. II. 814/1   The flexible will be reformed by gentle discipline.

**4.**

**a.** Susceptible of modification or adaptation to various purposes or uses; pliant, supple.

1643   SIR T. BROWNE *Religio Medici* (authorized ed.) Pref.   There are many things [in the book] to be taken in a soft and flexible sense.

1769   W. ROBERTSON *Hist. Charles V* III. x. 238   His flexible genius was capable of accommodating itself to every situation.

1837   H. HALLAM *Introd. Lit. Europe* I. iii. 309   In his Latin style..he is less flexible and elegant.

1841–8   F. MYERS *Catholic Thoughts* II. III. §10. 38   To proclaim a more flexible rule of judgement.

F-25

flexible, adj. and n. : Oxford English Dictionary

1882  A. W. WARD *Dickens* iii. 55   Never was his inventive force more flexible and more at his command.

1886  J. R. LOWELL *Democracy* 226   A language at once so precise and so flexible as the Greek.

**b.** Of the voice: (see quot. 1825).

1712  J. HUGHES *Spectator* No. 541. ¶7   Sorrow and complaint demand a voice quite different, flexible, slow, interrupted.

1825  J. F. DANNELEY *Encycl. Music*   *Flexible*, a voice is said to be flexible when it can swell and diminish its tones, with such grace and power, as to give every shade of expression to the melody it executes.

1833  E. BULWER-LYTTON *Godolphin* I. xv. 123   His voice was so deep and flexible.

**c.** In depreciatory sense: Supple, complaisant.

1826  S. SMITH *Wks.* (1867) II. 118   But some have been selected for flexible politics.

**d.  flexible response**  *n.* see quot. 1966. Cf. *controlled response n.* at CONTROLLED *adj.* Compounds.

1963  *Time* (Internat. ed.) 26 July 15/3   Pentagon planning now puts relatively more emphasis than it did a few years ago on 'graduated' or 'flexible' responses.

1966  U. SCHWARZ & L. HADIK *Strategic Terminol.* 71   *Flexible response*, strategy based on the capability of reacting appropriately across the entire spectrum of possible challenge from atomic war to infiltration and subversion.

1967  *Punch* 26 Apr. 597/2   Both parties will have embarked on a policy of manufacturing anti-ballistic missiles on a scale which will cause defence costs to escalate out of all proportion, and possibly even to destroy the philosophy of flexible response, owing to the necessity to saturate enemy defences at the first stroke.

1968  *Economist* 10 Feb. 14/2   Last year Nato at long last adopted a strategy of flexible response in place of massive retaliation.

**5.** quasi-*adv.*= FLEXIBLY *adv.*

1833  *Regulations Instr. Cavalry* I. iv. 115   The sword should be held flexible.

**B.** *n. elliptical.*

= FLEX *n.*[2]

1896  H. J. DOWSING *Griffin's Electr. Engin. Price-bk.* (ed. 2) 254   In factories, mills, etc., where mechanical strength is of importance, a pendant fitting is made with iron armoured wire in place of the concentric flexible.

1907  *Installation News* May 11/1   Conductors (excepting flexibles) may be enclosed in steel conduits.

1925  *G.E.C. Publications: Wires & Cables* 77   Motor car ignition flexibles.

1942  J. W. MEARES & R. E. NEALE *Electr. Engin. Pract.* (ed. 5) II. xxii. 277   The flexible often gets caught as the sweeper is rolled along.

1971  *Engineering* Apr. 104/1 (*advt.*)   Braided flexibles.

F-26

flexible, adj. and n. : Oxford English Dictionary

This entry has not yet been fully updated (first published 1896; most recently modified version published online December 2021).

F-27

inspection, n. : Oxford English Dictionary

Oxford English Dictionary : The definitive record of the English language

# inspection, *n.*

**Pronunciation:** ⸫ ▶ /ɪnˈspɛkʃən/

**Forms:** In Middle English **-ci-**, **-cy-**, **-oun**; also Middle English **inspexion**.

**Frequency (in current use):** ●●●●●●

**Etymology:** < French *inspection, -cion* (1290 in Godefroy *Compl.*), < Latin *inspectiōn-em* , noun of action from *inspicĕre* to look into, INSPECT v.

**1.**

**a.** The action of inspecting or looking narrowly into; careful scrutiny or survey; close or critical examination;
*spec.* official investigation or oversight; see INSPECTOR *n.* 1. Const. *of.*

> *trial by inspection*: see quot. 1872. *valuation of a decimal by inspection*: a process whereby a decimal fraction of a pound sterling is by rapid scrutiny valued in shillings and pence. See also *inspectorship deed n.* at INSPECTORSHIP *n.* Compounds.

1390   J. GOWER *Confessio Amantis* III. 46   His hours of astronomy He kepeth as for that party, Which longeth to the inspection Of love and his affection.

1426   J. LYDGATE tr. G. de Guileville *Pilgrimage Life Man* 10457   Haue her ther-off inspeccyoun, And se her my commyssioun.

a1513   H. BRADSHAW *Lyfe St. Werburge* (1521) I. vi. sig. c.iᵛ   Consyder the hystory, with good inspeccyon.

1569   R. GRAFTON *Chron.* II. 353   By the inspection of which statute, the sayde newe statute or ordynaunce [etc.] were conceauld in the parliament.

1607   E. GRIMESTON tr. S. Goulart *Admirable & Memorable Hist.* 74   The olde woman thinking that the inspection of the Urine made me to divine this.

1665   R. BOYLE *Disc.* II. ii, in *Occas. Refl.* sig. C2   By the casual flights of Birds, and the Inspection of the Intrals of Beasts, to learne the Will of Heaven.

1768   W. BLACKSTONE *Comm. Laws Eng.* III. xxii. 331   Trial by inspection, or examination.

1768   W. BLACKSTONE *Comm. Laws Eng.* III. xxii. 333   Also, to ascertain any circumstances relative to a particular day past, it hath been tried by an inspection of the almanac by the court.

1830   J. GRAY *Introd. Arithm.* (1872) 79   To value the decimal of a pound sterling by inspection.

1833   H. MARTINEAU *Manch. Strike* (new ed.) xii. 128   The account book would be..open to the inspection of all who could prove themselves to belong to the Union.

1853   E. K. KANE *U.S. Grinnell Exped.* (1856) xxxiv. 298   It might, on a hurried inspection, be confounded with snow.

1860   J. TYNDALL *Glaciers of Alps* I. v. 40   During our inspection of the place.

1861   *Act 24 & 25 Victoria* c. 134 §192   Every Deed or Instrument made or entered into between a Debtor and his Creditors..relating to the Debts or Liabilities of the Debtor, and his Release therefrom, or the Distribution, Inspection, Management, and winding-up of his Estate.

1869   *Act 32 & 33 Victoria* c. 71 §125 (4)   The special resolution, together with the statement of the assets and debts of the debtor, and the name of the trustee appointed, and of the members, if any, of the committee of inspection, shall be presented to the registrar.

1872   *Wharton's Law Lexicon* (ed. 5) 488/1   *Trial by Inspection* was resorted to when, for the greater expedition of a cause, some point or issue..being evidently the object of sense, was decided by the judges of the Court upon the evidence of their own senses. Obsolete.

1876   *Athenæum* 28 Oct. 554/2   A clear distinction is drawn between inspection and examination... Inspection..undertakes the task of seeing how the school does its daily work.

1883   *Wharton's Law-lexicon* (ed. 7) 419/2   Inspection, Deed of.

F-28

inspection, n. : Oxford English Dictionary

†**b.** Formerly const. *into* (cf. INSPECT *v.* 2), *in, over, upon. Obsolete.*

1561   *X Commaundementes of Loue* in *Chaucer's Wks.* f. cccxlij$^v$/1   When ye vnto this balade haue inspeccion In my making holde me excusable.

1632   W. LITHGOW *Totall Disc. Trav.* I. 7   To have a quotidian occular inspection, in any obvious object of disastrous misfortune.

1656   O. CROMWELL *Speech* 17 Sept. in *Writings & Speeches* (1947) (modernized text) IV. 269   To have a little inspection upon the people, thus divided,..in divers interests.

1660   G. WITHERS (*title*)   Speculum Speculativum,..being an Inspection into the Present and Late Sad Condition of these Nations.

1687   A. LOVELL tr. J. de Thévenot *Trav. into Levant* III. 19   There is a Mufty at Surrat, who has the inspection over all that concerns the Mahometan Religion.

1708   F. ATTERBURY *Serm. St. James's Chapel* in *Serm. & Discourses* (1766) II. 187   Impressions of his perpetual presence with us, and inspection over us.

1710   *Life Bp. Stillingfleet* 92   To make a due Inspection into the State of his Diocess.

1739   J. TULL *Horse-hoeing Husb.* (1740) 233   This Observation..made by Inspection upon a Glass of Water with Earth in it.

1810   S. SMITH *Wks.* (1859) I. 189/1   A close inspection of the master into the studies and conduct of each individual is quite impossible.

†**2.** A sight, spectacle. *Obsolete. rare.*

c1460   ( ‣ *a*1449)   J. LYDGATE *Legend St. Austin* (Harl. 2255) l. 259 in *Minor Poems* (1911) I. 201   Of this terrible doolful inspeccioun [*sc.* a soul in flames] The peeplis hertys gretly gan abave.

†**3.** Insight, perception. *Obsolete.*

*a*1527   W. PEERIS *Prov.* in *Anglia* (1892) **14** 477   He that hathe a brym breste and litill inspexion withe all.

1650   R. STAPLETON tr. F. Strada *De Bello Belgico* I. 2   An exact knowledge of Councils, and inspection into Cabinets, could not be expected from one of a sequestred life.

1709   G. BERKELEY *Ess. New Theory of Vision* Ded. p. vii   That He shou'd manage a great Fortune with that Prudence and Inspection..as to shew Himself [etc.].

†**4.** A plan of a piece of ground, etc. which has been inspected; a design, survey, view. *Obsolete.*

1694   R. FRANCK (*title*)   Northern Memoirs, Calculated for the Meridian of Scotland..together with..several curious and industrious Inspections, lineally drawn from Antiquities and other noted and intelligible Persons.

1795   *Wythe's Decis.* (*U.S.*) 119   The line in the surveyor's plat to be the boundary dividing B's inspection and M's tenement.

**5.** A department or district under an inspector.

1888   *Pall Mall Gaz.* 4 Apr. 5/1   In France..the forests of the country are first divided into cantonments and then into about 500 inspections. In each inspection there is an inspector, a garde-général, and brigadier.

COMPOUNDS

---

F-29

inspection, n. : Oxford English Dictionary

*attributive* and in other combinations, as **inspection-car**, **inspection-class**, **inspection-day**, **inspection-district**, etc.

1753   in *Maryland Hist. Mag.* (1908) **3** 366   Which made me apprehend they intended some Opposition to the Inspection Law.

1773   in *Maryland Hist. Mag.* (1907) **2** 358   To compel all the Owners or Makers of Tobacco to send it to certain Inspection Houses whence it cannot be again removed till it is put on Board a Ship.

1791   J. BENTHAM *Panopticon* I. Postscr. 43   A Chapel..occupies upon the present plan a considerable portion of the Inspection-Tower.

1865   *Pall Mall Gaz.* 26 Sept. 7/2   Yorkshire contains more coal miners than any other inspection district in the kingdom.

a1884   E. H. KNIGHT *Pract. Dict. Mech.* Suppl. 501/2   *Inspection car*, one used by the officers of a railway while inspecting the track.

1887   *Homœopathic World* Nov. 510   Nurses' rooms, with inspection openings commanding all the beds.

1890   *Railways of Amer.* 146   It would require a separate article to give even a brief description of the different kinds of cars which are now used... Inspection-car, [etc.].

1903   *Westm. Gaz.* 12 Jan. 7/2   The covering of the electrical inspection box at the Thames-street corner of Bennett's-hill was blown off this morning by the fusing of the wires.

1904   G. F. GOODCHILD & C. F. TWENEY *Technol. & Sci. Dict.* 311/2   *Inspection chamber*, a chamber at the junction of drains to allow of inspection.

1906   *Daily Chron.* 27 Aug. 3/4   To see that these things are observed..the firm employs inspection engineers.

1907   *Westm. Gaz.* 13 Nov. 8/2   Free access to the valves and inspection-doors of the crank chamber is given.

1907   *Westm. Gaz.* 11 Dec. 3/2   I have found when towing..that the garage people have a knack of putting difficulties in the way of drivers..using the inspection pits.

1908   *Westm. Gaz.* 2 Apr. 4/2   There are two large inspection doors in the crank-case.

1908   *Installation News* **2** 87/2   The straight through type of inspection box should be inserted in the conduit run at short intervals.

1908   *Installation News* **2** 148/2   The other remarkable reductions [in price] are..Inspection Fittings [etc.].

1908   *Westm. Gaz.* 20 Nov. 4/2   At the rear it [*sc.* an automobile] has a large inspection-cover.

1909   *Daily Chron.* 18 Sept. 1/6   The houses were flooded by water and filth from the sewers through the stone slabs covering the inspection chambers being displaced by the flood.

1930   *Engineering* 21 Nov. 658/2   The front inspection lamp consists of an electric bulb with the switch above it.

1946   A. PHELPS *I couldn't care Less* x. 76   Improperly secured inspection panels blew off my wings.

1951   *Good Housek. Home Encycl.* 187/1   Cast-iron manhole covers flush with the ground, technically termed 'inspection covers'.

1967   *Gloss. Sanitation Terms* (B.S.I.) 26   *Inspection chamber*, a shallow manhole.

1972   M. GILBERT *Body of Girl* iv. 44   An open-fronted workshop..with two inspection pits.

This entry has not yet been fully updated (first published 1900; most recently modified version published online December 2021).

F-30

Oxford English Dictionary    The definitive record of the English language

# level, *adj.* and *adv.*

**Pronunciation:** ⁷ Brit. ▶ /ˈlɛvl/, U.S. ▶ /ˈlɛv(ə)l/
**Frequency (in current use):** ●●●●●
**Etymology:** < LEVEL *n.*

**A.** *adj.*
**1.**

**a.** Having an even surface; 'not having one part higher than another' (Johnson).

1538   T. ELYOT *Dict.*   *Planities*, a playne or leuell grounde.

1559   W. CUNINGHAM *Cosmogr. Glasse* 83   In any levell and plaine place, with your compasse make a circle.

1600   W. SHAKESPEARE *Henry IV, Pt. 2* (2nd issue) III. i. 46   That one might..see the reuolution of the times, Make mountaines leuell.

1638   J. MILTON *Lycidas* in *Obsequies* 23 in *Justa Edouardo King*   On the level brine.

1663   B. GERBIER *Counsel to Builders* II. 21   The Hearth of a Chimney ought to lie levell, without a border, raised hearths being dangerous.

1720   A. POPE tr. Homer *Iliad* V. xx. 272   Along the level Seas they flew.

1725   D. DEFOE *New Voy. round World* II. 90   We found the Vale fruitful, level, and inhabited.

1840   D. LARDNER *Treat. Geom.* 186   A cylindrical roller passing in one direction only will not produce a level surface.

1849   A. ALISON *Hist. Europe from French Revol.* (new ed.) IV. xxv. 429   Switzerland..comprises the undulating level surface between the Alps and the Jura.

1871   F. T. PALGRAVE *Lyrical Poems* 92   The level waves of broad Garonne.

**b.** *figurative.* Of quantities: Expressed in whole numbers. Of a race: Showing no difference between the competitors. (Cf. EVEN *adj.*' 8b.)

1826   *Sporting Mag.* **18** 316   At the close it was considered a level thing.

1883   W. S. GRESLEY *Gloss. Terms Coal Mining*   *Level Tons*, weight of mineral wrought in tons, any odd cwts. not being taken into account.

**2.** Lying in a plane coinciding with or parallel to the plane of the horizon; horizontal; perpendicular to the plumb-line. **level lines** (*Shipbuilding*): see quot. 1850.

1559   W. CUNINGHAM *Cosmogr. Glasse* 137   Placing your Instrument (which I name a Geographicall plaine Sphere) Flat, and levell.

1669   S. STURMY *Mariners Mag.* v. 70   The first..graze of the Bullet on the Level-Line, or on the Ground called the Horizontal Plain.

1679   J. MOXON *Mech. Exercises* I. VII. 126   When the Level is set flat down upon the work, the work is Level.

1728   E. CHAMBERS *Cycl.* (at cited word)   The Screw..is for raising or lowering the little Fork carrying the Hair, and making it agree with the Bubble of Air when the Instrument is level.

F-31

1850   J. Greenwood *Sailor's Sea-bk.* 129   *Level lines.* Lines determining the shape of a ship's body horizontally, or square from the middle line of the ship.

1860–4   *Dict. Archit.* (Archit. Publ. Soc.) (at cited word)   As applied to a line, this word means any which lies at right angles to one drawn to the centre of the earth, or to a plumb line; or any line which is parallel to the horizon. As applied to a plane, the term 'level' signifies any in which all lines drawn in any direction are level lines as before defined.

**3.**

**a.** Lying in the same horizontal plane as something else; on a level *with*. Also *figurative*, on an equality *with*; readily accessible or intelligible *to*.

1559   W. Cuningham *Cosmogr. Glasse* 16   So that a man inhabiting under..th' equinoctial, do perceive both..the North pole, and..the South, levell with th' earth.

1600   W. Shakespeare *Henry IV, Pt. 2* iv. iii. 7   Euery thing lies leuell to our wish.

*a*1616   W. Shakespeare *Antony & Cleopatra* (1623) iv. xvi. 68   Young Boyes and Gyrles Are leuell now with men.

1642   T. Fuller *Holy State* i. iii. 8   He overshoots such low matter as lie levell to a womans eye.

1643   J. Caryl *Nature Sacred Covenant* 14   All our actions ought to be levell with reason.

1703   W. Dampier *Voy. New Holland* i. 32   Just by the Landing-place there is a small Fort, almost level with the Sea.

1726   Bp. J. Butler *15 Serm.* xv. 307   We should..apply ourselves to that which is level to our Capacities.

1813   P. B. Shelley *Queen Mab* v. 59   When the tall trees..Lie level with the earth to moulder there.

1867   J. R. Lowell *Biglow Papers* 2nd Ser. (new ed.) Introd. p. x   Lincoln..was master..of a truly masculine English,...level at once to the highest and lowest of his countrymen.

1888   H. Sweet *Hist. Eng. Sounds* (new ed.) Pref. p. vii   I have done my best to keep level with the latest results of foreign investigation.

**b.   level crossing**   *n.* a place at which a road and a railway, or two railways, cross each other at the same level. Also *attributive*.

1841   S. C. Brees *Gloss. Civil Engin.*   *Level or Paved Crossing* (on a railway).

1851   *Official Descriptive & Illustr. Catal. Great Exhib.* I. 117   Simultaneously-acting level-crossing gates for railways.

1879   G. A. Sala in *Daily Tel.* 26 Dec.   The perils of level-crossings.

1895   *Law Times* **100** 133/2   A man who had been killed at a level crossing by a railway train.

**4.**

**a.** Of two or more things with respect to one another: Situated in the same level or plane. Also *figurative*.

*a*1616   W. Shakespeare *All's Well that ends Well* (1623) i. iii. 111   Where qualities were leuell.

1795   J. Phillips *Gen. Hist. Inland Navigation* (rev. ed.) 8   To raise or fall Vessels out of one Canal into another, where they are not level.

1820   J. Keats *Eve of St. Agnes* in *Lamia & Other Poems* 85   The level chambers..Were glowing to receive a thousand guests.

**b.** Equal in quality or position. *slang*.

F-32

level, adj. and adv. : Oxford English Dictionary

1894  J. D. ASTLEY *Fifty Years of my Life* II. 328   I'll toss yer who pays for level drinks.

**5.** Lying, moving, or directed in an (approximately) horizontal plane: esp. *poetic*, e.g. of the rays of the sun when it is low down on the horizon.

1667  J. MILTON *Paradise Lost* II. 634   He..Now shaves with level wing the Deep, then soares [etc.] .

1760  J. BEATTIE tr. Virgil *2nd Pastoral* in *Orig. Poems & Transl.* 106   The setting sun now beams more mildly bright, The shadows lengthening with the level light.

1801  T. CAMPBELL *Hohenlinden* 21   Scarce yon level sun Can pierce the war-clouds, rolling dun.

1832  H. MARTINEAU *Life in Wilds* viii. 103   The last level rays were glittering on the stream.

1840  R. BROWNING *Sordello* III. 205   The level wind carried above the firs Clouds.

1851  *Official Descriptive & Illustr. Catal. Great Exhib.* II. 375   The shafts, being bent, bring the body level when at work.

1885  R. BRIDGES *Eros & Psyche* VI. ii. 66   The level sunbeams searched the grassy ground For diamond dewdrops.

**6.**

**a.** Of even, equable, or uniform quality, tone, or style; of even tenor.

1655  T. FULLER *Church-hist. Brit.* I. 35   In which Relation we much commend the even tenour thereof, consisting of so level Lies, that no one swelling Improbability is above the rest.

1764  O. GOLDSMITH *Traveller* 12   Their level life is but a smould'ring fire.

1802  *Sketch of Paris* II. lv. 214   Her voice was formerly very full in the medium or level-speaking.

1841  L. HUNT *Seer* II. 62   A passage..delivered..all in a level tone.

1861  *Illustr. London News* 7 Dec. 569/3   The best of the pair..a nice level animal.

1873  M. ARNOLD *Lit. & Dogma* vii. 204   A very plain and level account.

1894  *Field* 1 Dec. 828/1   The owner of a beautifully level pack of hounds.

1899  T. C. ALLBUTT et al. *Syst. Med.* VI. 56   A leisured and level life.

**b.** *level-dyeing*: a method of dyeing devised to prevent unequal absorption of the colouring matter. (In recent dictionaries.)

**7.**

†**a.** 'Equipoised, steady' (Schmidt). *Obsolete.*

1600  W. SHAKESPEARE *Henry IV, Pt. 2* II. i. 115   It is not a confident brow, nor the throng of words..can thrust me from a leuel consideration.

a1616  W. SHAKESPEARE *Twelfth Night* (1623) II. iv. 30   Let still the woman take An elder then her selfe, so weares she to him; So swayes she leuell in her husbands heart.

**b.** Said of the 'head' or mental 'make up': Well balanced. So **level head**, a well-balanced person. Originally *U.S.*

F-33

level, adj. and adv. : Oxford English Dictionary

1869  'M. Twain' *Innocents Abroad* xl. 426   The wanderers were right, and the heads of the same were level.

1870  *Orchestra* 12 Aug. 331/1   To tell a woman her head is level is apparently a compliment in America.

1876  B. Harte *Gabriel Conroy* vi. vii   There is a strong feeling among men whose heads are level that this Minstrel Variety performance is a bluff.

1891  B. Harte *First Family Tasajara* ii. 71   Mrs. Ashwood's head was about as level as it was pretty.

1906  'O. Henry' *Four Million* 204   James Williams belonged among the level heads.

**8.** Plain, point-blank. *rare.*

1820  J. Keats *Lamia* ii, in *Lamia & Other Poems* 45   He look'd and look'd again a level—No!

**9.** *one's level best*: one's very best; the utmost one can possibly do. Also ***levelest*** in the same sense, and similarly ***level worst***, etc. *colloquial* or *slang* (originally *U.S.*).

Of these only **level best** is standard in the U.K.

1851  *An Arkansaw Doctor* 87   We put our horses out at their level best.

1873  E. E. Hale (*title*)   His Level Best.

1882  *Illustr. Sport. News* 29 July 467/2   His was an honest old hairy-heeled hunter, no doubt, and did her level best.

1884  'M. Twain' *Adventures Huckleberry Finn* xxviii. 249   The old man..was on hand and looking his level pisonest.

1885  H. R. Haggard *King Solomon's Mines* (1887) 102   Then came a pause, each man aiming his level best.

1891  *Harper's Mag.* July 208/2   The pony will not do his level worst again.

1898  H. S. Canfield *Maid of Frontier* 97   She told me..that she was goin' to do her levelest to make our little home comfortable.

1920  J. Galsworthy *In Chancery* ii. vii. 186   Val walked out behind his mother, chin squared, eyelids drooped, doing his level best to despise everybody.

1933  M. Lowry *Ultramarine* 205   You've been doing your level best to make life a misery to me since we left home.

1937  V. Bartlett *This is my Life* xi. 179   Everyone was doing his level best to make me feel nervous.

1953  R. Lehmann *Echoing Grove* ii. 89   When the pain nagged he thought about the relation between worry and his acid juices, and did his level best to stop worrying.

1969  *Listener* 24 Apr. 556/1   He did his level best to suppress the views of other members of the embassy.

†**B.** *adv.*

With direct aim; on a level *with*. *Obsolete.*

1601  J. Marston et al. *Iacke Drums Entertainm.* iii. sig. E   Welcome Basilisco, thou wilt carry leuell, and knock ones braines out with thy pricking wit.

1604  W. Shakespeare *Hamlet* iv. i. 39 + 3   Whose whisper ore the worlds dyameter, As leuell as the Cannon to his blanck, Transports his poysned shot.

1604  W. Shakespeare *Hamlet* iv. v. 151   It shall as leuell to your iudgement peare As day dooes to your eye. 📖

1649  E. Reynolds *Israels Prayer* (new ed.) vi. 92   If he mount a canon, and point that leuell against the enemie.

1660  R. Allestree *Gentlemans Calling* 4   If he choose either to look level on the same nature with himself, or direct his eyes upward.

F-34

level, adj. and adv. : Oxford English Dictionary

---

**Compounds**

**C1.** Chiefly parasynthetic.

### level-backed *adj.*

1926  R. Kipling *Debits & Credits* 232  Level-backed and level-bellied watch 'em move.

### level-balanced *adj.*

1917  D. H. Lawrence *Look! We have come Through!* 66  She Put back her fine, level-balanced head.

### level-bellied *adj.*

1926 Level-bellied [see *level-backed adj.*].

### level-browed *adj.*

1938  H. Belloc *Sonnets & Verse* 199  Level-browed divine Touraine.

### level-grown *adj.*

1866  G. M. Hopkins *Jrnls. & Papers* (1959) 136  Beech branches..with level~grown pieces of pale window-like green.

### level-lidded *adj.*

1926  E. Bowen *Ann Lee's* 146  Miss Phelps' blue, calm, level-lidded eyes.

### level-mouthed *adj.*

1948  C. L. B. Hubbard *Dogs in Brit.* 301  The muzzle is long, powerful and level-mouthed.

### level-ranked *adj.*

1867  G. M. Hopkins *Jrnls. & Papers* (1959) 153  Very level-ranked sunset.

### level-tempered *adj.*

1939  D. Cecil *Young Melbourne* i. 23  Level-tempered and rational, she found scenes and caprices as tiresome as they did.

F-35

level, adj. and adv. : Oxford English Dictionary

**level-topped** *adj.*

1796  W. WITHERING *Arrangem. Brit. Plants* (ed. 3) IV. 16   Crust forming cylindrical level-topped bundles.

1847  W. E. STEELE *Handbk. Field Bot.* 172   Umbel level-topped.

**C2.**

**level-compounded** *adj. Electrical Engineering* applied to a compounded generator in which the windings are such as to produce the same voltage on full load as on no load (and usually on intermediate loads also); = *flat-compounded adj.* at FLAT *adj., adv.,* and *n.*[3] Compounds 2.

1915  W. T. MACCALL *Continuous Current Electr. Engin.* viii. 204   The point, B, at which the generator is level-compounded, *i.e.* has the same P.D. as at no load, can be made to occur at any one load.

1957  A. T. STARR *Appl. Electr.* vii. 182   An over~compounded generator really acts as a level-compounded generator plus a booster.

1971  L. T. AGGER *Introd. Electr.* xvi. 298   In the level-compounded generator L the p.d. on full load is the same as on no load, and it varies only slightly in between. This is useful where the load changes rapidly, as in traction systems.

**level-handed** *adj.* having the same amount in hand.

1836  *Ann. Reg. 1835* Chron. 49/1   Now we are level-handed; you've got 5*l.* and I've got 5*l.*

**level-lander** *n.* a dweller on level land.

Apparently an isolated use.

1864  C. M. YONGE *Trial* I. 65   'Much you know of hills, you level landers!'

**level luffing** *n.* luffing in which the load is maintained at constant height; frequently *attributive*, as **level luffing crane**.

1922  H. H. BROUGHTON *Electr. Handling of Materials* III. 33   Few level-luffing arrangements have been devised by crane makers on the Continent.

1963  R. HAMMOND *Mobile & Movable Cranes* iv. 110   Level luffing is achieved by the Babcock 'swan neck' supported by a fixed guy rope.

1971  *Engineering* Apr. 65 (*advt.*)   Level luffing cranes.

---

**DRAFT ADDITIONS  1997**

F-36

level, adj. and adv. : Oxford English Dictionary

  Of a quantity, esp. a spoonful, of a dry substance or ingredient: even with the brim of the container or measure; not heaped (see HEAPED *adj.* 2).

1907   *Mrs. Beeton's All about Cookery* (new ed.) 216/2   3 level cupfuls of flour.

1936   E. CRAIG *Cookery & Househ. Managem.* 8   When measuring ingredients which are not liquid..a heaped spoonful equals 2 level or liquid spoonfuls.

1965   *Observer* 28 Mar. (Colour Suppl.) 34/1   One could be pedantic and write back: I mean 'a rounded tablespoon' unless you want a thinner soup, sauce or stew, in which case I mean 'a level tablespoon'.

1982   *N.Y. Times* 17 Mar. c7/1   Subtract two level tablespoons of flour for each cup of cake flour that the recipe calls for.

---

**DRAFT ADDITIONS JULY 2002**

**level playing field**  *n. colloquial* (originally *U.S.*) a state or condition of parity or impartiality; a situation offering equality of opportunity or in which fairness to all parties is observed.

1979   *Amer. Banker* 8 Jan. 2   [He] said the Oregon BA welcomed 'any and all competition, on a level playing field'.

1988   *Independent* 1 Sept. 5/4   The US side is opposed to subsidiaries, arguing they want 'a level playing field' if Canadians are allowed more access.

1998   P. LIVELY *Spiderweb* (1999) iii. 30   They have arrived here from very different backgrounds, too, propelled on to the level playing field of higher education by brains and application.

---

This entry has not yet been fully updated (first published 1902; most recently modified version published online September 2021).

F-37

provide, v. : Oxford English Dictionary

Oxford English Dictionary : The definitive record of the English language

# provide, *v.*

**Pronunciation:** [?] Brit. ▶/prəˈvʌɪd/, U.S. ▶/prəˈvaɪd/, ▶/prouˈvaɪd/

**Forms:** late Middle English **prouede** (past tense), late Middle English **proviyde** , late Middle English **provyde** (past tense), late Middle English **prowyde** (past tense), late Middle English–1500s **prouyde**, late Middle English–1600s **prouide**, late Middle English–1600s **provyde**, late Middle English– **provide**, 1500s–1600s **provyd**, 1600s **preuide** (*nonstandard*), 1800s– **purvide** (*regional* and *nonstandard*); *Scottish* pre-1700 **prouid**, pre-1700 **prouide**, pre-1700 **prouyd**, pre-1700 **prouyde**, pre-1700 **provaid**, pre-1700 **provayd**, pre-1700 **proveide**, pre-1700 **provid**, pre-1700 **provide** (past participle), pre-1700 **provyd**, pre-1700 **provyd** (past participle), pre-1700 **provyde** (past participle), pre-1700 **provyid**, pre-1700 **prowid**, pre-1700 **prowide**, pre-1700 **prowyd**, pre-1700 **prowyde**, pre-1700 **prowyid**, pre-1700 **proyd**, pre-1700 **prvyde**, pre-1700 1700s **provyde**, pre-1700 1700s– **provide**.

**Frequency (in current use):** ●●●●●●●

**Origin:** A borrowing from Latin. **Etymon:** Latin *prōvidēre.*

**Etymology:** < classical Latin *prōvidēre* to see in advance, to see beforehand, to foresee, to provide for, to take precautions, to make available in advance, supply, in post-classical Latin also to appoint (8th cent.), to appoint by papal provision (from 13th cent. in British sources) < *prō-* PRO- *prefix* + *vidēre* to see (see VISION *n.*). Compare Italian *provvedere* (first half of the 13th cent.), and also Anglo-Norman *provider* , *providre* to appoint (an incumbent) to by papal provision (late 14th cent. or earlier; compare sense 7). Compare earlier PROVIDENCE *n.*, PURVEY *v.*, and the Romance verbs cited at the latter entry. Compare also PREVIDE *v.*[?]

In form *purvide* apparently influenced by PURVEY *v.*

**I.** **To exercise foresight; to make provision for the future.**

**1.** *transitive* with *that*-clause.

**a.** To stipulate in a will, statute, etc.; to lay down as a provision or arrangement. Cf. PROVIDED *conj.*, PROVIDING *conj.*, PROVISION *n.* 4a.

1423   *Rolls of Parl.* VI. 256/2   Be it ordeigned..that the too half be forfet to the use of the Kyng..Provydyng evir more that thei goeth unto the koyne.

‣ a1470   T. MALORY *Morte Darthur* (Winch. Coll.) 360   There was made a provision for the day of maryaige, and by the kynges advyse hit was provyded that hit sholde be at Mychaelmasse.

a1500 (‣ c1477)   T. NORTON *Ordinal of Alchemy* (BL Add.) (1975) 419 (*MED*)   Yerly ye may se For multiplyng of herbis how nature hath prouided That al thing onyd in the seed be diuidede.

1560   J. DAUS tr. J. Sleidane *Commentaries* f. cxiiijᵛ   The Mayers wyfe of the citie prouided her in wyll, that she would be buried without any pompe or noyse.

1596   J. DALRYMPLE tr. J. Leslie *Hist. Scotl.* (1888) I. 116   Qⁿ sa our lawis provydes, that the eldest succeides.

1640   H. BURTON *Replie to Relation of Conf. between Laude & Fisher* 99   Therefore as one of your Canons provides, that your Priest that is not able to have a Long Gown, may weare a Short Cloake.

1687   *Boyds of Penkill Family Papers* No. 284 29 Dec.   I dout the lau will provaid that I sal take my mony as it war a term.

1709   W. NELSON *Rights Clergy Great Brit.* 129   The Statute provides that..it shall continue during the Lease and afterwards.

1768   W. BLACKSTONE *Comm. Laws Eng.* II. 66   By an ordinance in 27 Hen. II. called the assise of arms, it was provided that every man's armour should descend to his heir.

F-38

provide, v. : Oxford English Dictionary

1849  T. B. MACAULAY *Hist. Eng.* I. i. 13   Another regulation, providing that every person who was found slain should be supposed to be a Frenchman, unless he were proved to be a Saxon.

1891  *Law Rep.: Weekly Notes* 72/2   This clause did not provide that the costs of references..should be in the discretion of the arbitrators.

1908  *Westm Gaz.* 21 July 5/1   The new law provides that all these Seville douros shall be confiscated.

1946  *All Eng. Law Rep.* 23 Nov. 577   In that sub-clause it is provided that the wife is to support, maintain and educate the child.

2000  *Nation (N.Y.)* 9 Oct. 35/1   The Fifth Amendment..provides that private property cannot be taken for public use without just compensation.

†**b.** *gen.* To make provision for beforehand; to take measures to ensure *that* something shall not happen. *Obsolete.*

c1425  J. LYDGATE *Troyyes Bk.* (Augustus A.iv) II. 8698   Þis kyng knyȝtly gan prouide In his avis þat no þing him eskape.

a1500  (▸ ?a1410)  J. LYDGATE *Churl & Bird* (Lansd.) 191 in *Minor Poems* (1934) II. 476   I wole bewar, & a-forn provide, That of no fowler I wole no more be iapid.

1509  J. FISHER *Mornynge Remembraunce Countesse of Rychemonde* (de Worde) sig. Aᵛ   To..prouyde by her owne commaundement that nothynge sholde lacke.

a1538  T. STARKEY *Dial. Pole & Lupset* (1989) 120   We must provyd..that by no prerogatyfe he usurpe apon the pepul any such authorysyd tyranny.

1574  J. BARET *Aluearie* P 730   To *Prouide* that a thing happen not. *Præcaueo.*

1642  J. MARCH *Argument Militia* 4   The King ought..to provide that his Subjects have their passage throughout the Realme by all high wayes in safeguard.

1698  J. NORRIS *Pract. Disc. Divine Subj.* IV. 109   Is not every Man concern'd to provide that neither the Desire of Life may imbitter his Death, nor the Fear of Death discomfort his Life?

1750–2  S. JOHNSON *Rambler* I. 32   The purpose of these writings is surely not only to show mankind, but to provide that they may be seen hereafter with less hazard.

1858  A. TROLLOPE *Three Clerks* II. xii. 262   It would not be amiss to provide that the man selected should know somewhat of finance.

**2.** *intransitive.* To take appropriate measures in view of a possible event; to make adequate preparation for the future. Frequently with *against*, *for*.

c1425  J. LYDGATE *Troyyes Bk.* (Augustus A.iv) V. 563 (*MED*)   Lat hym be war & prudently prouide.

?a1475  (▸ ?a1425)  tr. R. Higden *Polychron.* (Harl. 2261) (1871) III. 47 (*MED*)   Men of Lacedemonia provide for [a1387 J. Trevisa tr. arayed; L. *instaurant*] a batelle ageyne men of Micena.

1548  *Hall's Vnion: Richard III* f. lijᵛ   To prouyde for after clappes that might happen and chaunce.

1569  R. GRAFTON *Chron.* II. 689   The olde adage, saiyng in tyme of peace, prouide for war, and in tyme of war, prouide for peace.

1607  T. RIDLEY *View of Ciuile Law* 217   Under pretence of debts unknowen which they make shew they must prouide for.

1665  R. BOYLE *Occas. Refl.* II. xi. sig. P8   We may be often sollicitous to provide against many Evils and Dangers that possibly may never reach us.

1701  M. PIX *Czar of Muscovy* III. ii. 34   To provide against the worst..as no one knows the uncertainty of Events, our provident Foresight will then be useful to us.

1748  S. RICHARDSON *Clarissa* III. 189   Every possible objection anticipated! Every accident provided against!

1796  E. BURKE *Corr.* (1844) IV. 393   The first duty of a state is to provide for its own conservation.

1818  W. SCOTT *Heart of Mid-Lothian* I. xviii. 340   A paper was slipped into her hand..which..assured her he had provided against interruption.

1878  W. S. JEVONS *Polit. Econ.* i. §2. 10   Suffering from misfortunes which could not have been provided against.

1889  *Pall Mall Gaz.* 13 July 3/1   The bill does not provide for any storage or any compensation water to be sent down the stream.

F-39

provide, v. : Oxford English Dictionary

*a*1901   J. Fiske *Ess. Hist. & Literary* (1902) I. iii. 169   The Constitution..did not provide against the indefinite reëligibility of the President.

1930   *Times* 3 July 10/5   Nature..has not provided against assaults upon the hearing, and we have no 'ear-lid' by which we can shut out noise.

1995   *Harper's Mag.* Mar. 29/1   What need did I have of money?...I didn't care to provide for my old age.

†**3.** *transitive*. To foresee. *Obsolete*.

*a*1450   (▸ ?*c*1421)   J. Lydgate *Siege Thebes* (Arun.) (1911) 2945 (*MED*)   Age provydeth euery thing Or he bygynne to casten the endyng.

*c*1450   (▸ 1410)   J. Walton tr. Boethius *De Consol. Philos.* (Linc. Cathedral 103) 293 (*MED*)   Thei seien also þat þing þat schall be-falle, In goddes sight provided it is nede.

*c*1500   (▸ ?*a*1437)   *Kingis Quair* (1939) ix   So vncouthly hir werdes sche deuidith, Namly In ȝouth, that seildin ought prouidith.

1540   R. Jonas tr. E. Roesslin *Byrth of Mankynde* I. f. xlvᵛ   Euident & sufficient signes where by maye be prouyded and foresene the aborcement before it come.

1607   B. Jonson *Volpone* Ep. Ded. sig. ¶3   Graue, and wiser Patriotes..prouiding the hurts these licentious spirits may do in a State.

1640   J. Yorke *Union of Honour* 137   Of especiall counsell and advice, in providing and fore-seeing the event of any deepe designes.

**II.** To prepare, make preparations.

†**4.** *transitive*. To prepare, get ready, or arrange beforehand. *Obsolete*.

*c*1425   J. Lydgate *Troyyes Bk.* (Augustus A.iv) II. 669   Of þe toun þe stretis large & wyde Wer by crafte so prudently prouided, And by werkemen sette so and deuided.

1488   (▸ *c*1478)   Hary *Actis & Deidis Schir William Wallace* (Adv.) (1968–9) XI. l. 620   Wallace in haist prouidyt son his ost.

*c*1500   (▸ ?*a*1475)   *Assembly of Gods* (1896) 216 (*MED*)   What pyne or greef ye for me prouyde, Without any grogyng I shall hit abyde.

1526   W. Bonde *Pylgrimage of Perfection* I. sig. Ciii   Of certayne benefytes that god hath prouided for vs.

1535   *Bible (Coverdale)* Prov. vi. A   In the sommer she prouideth hir meate, & gathereth hir foode together in yᵉ haruest.

1563   R. Reynolds *Foundacion of Rhetorike* sig. 10ᵛ   That while age is tender and young, thei maie learne by example of the Ante, to prouide in their grene and lustie youth, some meane of art and science.

1697   J. Dryden tr. Virgil *Georgics* I, in tr. Virgil *Wks.* 57   The wise Ant her wintry Store provides . 

1763   R. Goadby *Universe Displayed* 9   Every one [*sc.* beaver] provides his store for the winter.

1809   B. H. Malkin tr. A. R. Le Sage *Adventures Gil Blas* II. v. i. 398   He had provided a gown of coarse dark cloth, and a little red horse-hair beard.

†**5.**

**a.** *intransitive*. To prepare, make preparation, get ready. Frequently with infinitive. *Obsolete*.

*c*1425   J. Lydgate *Troyyes Bk.* (Augustus A.iv) II. 1454 (*MED*)   We schal lete liȝtly ouerslyde So þat ȝe beningly prouide To sende hir hom.

*c*1450   (▸ *c*1408)   J. Lydgate *Reson & Sensuallyte* (1901) 3556 (*MED*)   Ther koude no man hym prouyde To save him that he was brent.

?*c*1495   J. Lydgate *St. Petronilla* (Pynson) l. 105 in *Minor Poems* (1911) I. 158   Felticula gan afore prouyde Maugre Flaccus to lyue in maydynhede.

1569   R. Grafton *Chron.* II. 165   He prouyded to sende men and victualles to strengthen the castels of Flynt and Rutlande.

1601   R. Johnson tr. G. Botero *Trauellers Breuiat* 134   Let them not thinke to begin any long warre, much lesse to continue it, vnlesse they throughly prouide aforehand.

1631   B. Jonson *Staple of Newes* IV. i. 58 in *Wks.* II   But stay, my Princesse comes, prouide the while, I'll call for't anone.

F-40

provide, v. : Oxford English Dictionary

1692   tr. Sallust *Wks.* 116   He toyls, provides, and..sets all his Trains and Engines at work by Treachery to ruine Hiempsal.

1733   J. Swift *Thoughts on Var. Subj.* in J. Swift et al. *Misc.* I. 308   Very few Men..live at present, but are providing to live another Time.

1753   P. Gordon *Hist. Renown'd & Valiant Prince Robert* 139   Back to Angus he his Army guides, And to reduce that Pleasant Land provides.

**b.** *transitive*. With possessive and verbal noun. To prepare for. *Obsolete. rare.*

a1616   W. Shakespeare *Antony & Cleopatra* (1623) III. iv. 36   Prouide your going, Choose your owne company, and command what cost Your heart he's mind too. 🖼️

**6.** *transitive*. To supply (something) for use; to make available; to yield, afford. Frequently with *for*, *to*, indicating the beneficiary. Also occasionally with indirect object without *to*.

c1425   J. Lydgate *Troyyes Bk.* (Augustus A.iv) IV. 5598 (*MED*)   It was..a relik..prouided to þe same place, Þer tabide for a proteccioun.

1447   O. Bokenham *Lives of Saints* (Arun.) (1938) 1253 (*MED*)   Al that longyth to thy necessyte Shal be prouydyd be god and me.

a1500   *Craft of Dying* (Rawl.) in C. Horstmann *Yorkshire Writers* (1896) II. 408 (*MED*)   Almyȝty god..disposith euer finally to oure profete..& more prouideth..þan we oure-selfe may.

a1538   T. Starkey *Dial. Pole & Lupset* (1989) 7   Al thyng that god & nature hath provydyd to hym.

1552   *Bk. Common Prayer* (STC 16279) Administr. Lordes Supper sig. O.i^v   The bread and wyne for the Communion shall be prouyded by the Curate, & the churchwardens, at the charges of the Parishe.

1581   in *Confer.* (1584) III. sig. R iv   Prouide me ynke and paper, and I will write.

1637   J. Milton *Comus* 7   Such cooling fruit As the kind hospitable woods provide.

a1640   J. Fletcher et al. *Beggars Bush* II. i, in F. Beaumont & J. Fletcher *Comedies & Trag.* (1647) sig. Kk3^v/2   Except you do provide me hum enough and Lour to bouze with.

1666–7   Sir R. Pratt in R. T. Gunther *Archit. Sir R. Pratt* (1928) 155   Sollicite ye Paver to provide suffitient stone.

1694   E. Chamberlayne *Angliæ Notitia* (ed. 18) I. III. xv. 249   George Shipway, Gentleman-Harbinger to provide Lodging for them.

1756   G. G. Beekman *Let.* 8 Apr. in *Beekman Mercantile Papers* (1956) I. 278   You are to provide a passage for them to this place per the first Vessell.

1772   'Junius' *Stat Nominis Umbra* II. lxviii. 325   This very act provides a remedy for such persons.

1800   *Philos. Mag.* 7 291   I provide a few dozens of small round plates or disks of copper, brass.

1847   C. G. Addison *Treat. Law Contracts* I. i. §2   The directors must provide funds by making calls on the shareholders.

1899   W. Besant *Orange Girl* II. xxvi. 431   The contractors..do honestly provide the convicts the rations prescribed by the Government.

1910   *Encycl. Brit.* I. 108/1   A further sum was allotted to provide pensions for necessitous members of the Academy.

1942   Ld. Alanbrooke *Diary* 26 May in *War Diaries* (2001) 260   He is trying to stop deliveries of aircraft to us in order to provide sufficient aircraft to USA pilots!

1987   P. Farmer *Away from Home* (1988) 12   I pulled down the blind on my window, looping the cords round the little hooks provided for that purpose.

2006   *Gardens Monthly* Apr. 33/1   The diminutive *Oxalis* enjoys the good drainage provided by a rockery or raised bed.

F-41

provide, v. : Oxford English Dictionary

**7.** *transitive. Christian Church.* To appoint (an incumbent) *to* a vacant benefice; *esp.* (of the Pope) to appoint (a successor) *to* a benefice not yet vacant. Cf. PROVISION *n.* 2, PROVISOR *n.* 1. Now *historical.*

In quot. 1580: to appoint (a person) *to* a pension.

1426   W. PASTON in *Paston Lett. & Papers* (2004) I. 7   Ther arn ij other persones prouided to þe same bysshopriche yet lyuyng beforn my seyd aduersarie.

1580   in D. Masson *Reg. Privy Council Scotl.* (1880) 1st Ser. III. 324   His brother german, being lauchfullie providit to ane yeirlie pensioun..wes slane..in quhais place the said Alexander, being providit to the said pensioun, bruikit the samin peciabillie.

1593–4   in G. P. McNeill *Exchequer Rolls Scotl.* (1903) XXII. 393   Johnne Balfour, providit of auld to the chapellanie of Sanct Thomas.

a1639   J. SPOTTISWOOD *Hist. Church Scotl.* (1677) II. 59   Shevez posted to Rome..and was himself provided to the Archbishoprick.

1693   A. HARMER *Specim. Errors Hist. Reformation Church of Eng.* I. 4   Wolsey therefore being provided to the Bishoprick of Lincoln by the Pope on the 6th of Febr.

1711   J. ANDERSON *Countrey-man's Let. to Curat* 51   John Rough..fled to England..and was afterwards Provided to a Benefice by the Archbishop of York.

1771   E. KIMBER & R. JOHNSON *Wotton's Baronetage of Eng.* III. 85   Provided to the bishopric of Chichester, by the pope, and consecrated by the holy father himself, on the first Sunday in Lent, anno 1247.

1887   J. H. LUPTON *Life Colet* 121   He was provided, in 1504, to the vacant see of St. David's.

1899   G. M. TREVELYAN *Eng. Age Wycliffe* 120   The Papal power of 'providing' to benefices.

1953   E. F. JACOB *Ess. in Conciliar Epoch* 234   Thomas de Bingham..was provided to a benefice in the gift of the prior and convent of Spalding.

1987   R. R. DAVIES *Age of Conquest* (2000) vii. 192   In 1219..Pandulf, the papal legate, provided William, prior of Goldcliff, to the see of Llandaff.

**III.** To supply someone; to equip with the necessary resources.

**8.**

**a.** *intransitive.* To make provision *for* a person or animal, esp. with regard to maintenance; to supply the necessary resources. Frequently in prepositional passive.

c1425   J. LYDGATE *Troyyes Bk.* (Augustus A.iv) v. 2640 (*MED*)   I wil now for my silf prouide.

▸ a1470   T. MALORY *Morte Darthur* (Winch. Coll.) 1171   I was there nerehonde slayne, but as Jesu provyded for me.

1535   *Bible (Coverdale)* 1 Chron. xxiii. A   Therfore wyl I prouyde for him.

1577   B. GOOGE tr. C. Heresbach *Foure Bks. Husbandry* f. 138ᵛ   Sheepe..must be well prouided for in winter.

1600   W. SHAKESPEARE *Henry IV, Pt. 2* v. v. 97   His wonted followers Shall all be very well prouided for.

1632   J. HAYWARD tr. G. F. Biondi *Eromena* 194   The old King seeing his sonnes thus well match'd, and Polimero so well provided for and setled.

1697   J. DRYDEN tr. Virgil *Georgics* III, in tr. Virgil *Wks.* 103   When she has calv'd, then set the Dam aside; And for the tender Progeny provide .

a1715   BP. G. BURNET *Hist. Own Time* (1724) I. 19   Lady Margaret Dowglas was the child so provided for.

1748   S. RICHARDSON *Clarissa* V. xxxviii. 283   I will provide for Dorcas Martindale in a gentlewoman-like manner.

1764   R. BURN *Hist. Poor Laws* 202   Thus hath the wisdom of the nation..been employed for ages, in providing properly for the poor, and yet they are not properly provided for.

1801   S. T. COLERIDGE *Coll. Lett.* (1956) II. 767   I do it in the earnest desire to provide for her..that while I live, she may enjoy the comforts of life.

1856   J. A. FROUDE *Hist. Eng.* I. i. 44   The essential duty of every man being to provide honestly for himself and his family.

1883   M. OLIPHANT *Hester* (1984) xxi. 208   It was good of her brother..to take upon himself the responsibility of providing for Emma.

F-42

1909  T. JOHNSTON *Our Scots Noble Families* 90   King Robert..looked well after his fly-by-night progeny, and to provide for this son of his.., he erected in 1385 the Islands of Bute, Arran, and Cumbrae.

1949  M. MEAD *Male & Female* ix. 190   Man, the heir of tradition, provides for women and children.

1991  *Moneywise* Sept. 67/1   Accumulation and maintenance trusts..are designed to provide for children or grandchildren under 25.

**b.** *intransitive*. To supply the necessary resources *for* a thing to happen or exist.

1550  R. CROWLEY *One & Thyrtye Epigrammes* sig. Av   What occasion was here, To provide for learninge and make pouertye chere?

1583  B. MELBANCKE *Philotimus* (new ed.) sig. P4ᵛ   Your father in his life time did not meanely provide for your marriage.

1653  E. WATERHOUSE *Humble Apol. Learning* Pref.   Nothing..is so great a security to the main-guard of Religion, as well to provide for her out-ports & lines of learning.

a1677  I. BARROW *Of Love of God* (1680) 50   The..bounty and munificence with which this great paterfamilias hath provided for the necessary sustenance..of his creatures.

1702  C. MATHER *Magnalia Christi* v. II. vii. 28/1   The..Work of a Deacon is..to serve the tables, which the Church is to provide for; as the Lord's-Table, the Table of the Ministers.

1865  G. MEREDITH *Rhoda Fleming* xxix   There was something desperately amusing to him in the thought that he had not even money enough to..provide for a repast.

1919  J. L. GARVIN *Econ. Found. Peace* 145   Government..has to provide for re-absorbing most of the disbanded munition workers into civil occupations.

1975  *Countryman* Autumn 79   She was supposed to provide for the housekeeping from the egg money.

2000  *N.Y. Rev. Bks.* 15 June 18/1   Harry..darts away and will return with money which will provide for an astonishing trip to London.

†**9.**

**a.** *transitive*. To equip or fit out (a person, nation, etc.) with what is necessary for a certain purpose; to supply with something implied. *Obsolete*.

In quot. 1628: to furnish with a lodging.

1465  in J. Stuart & G. Burnett *Exchequer Rolls Scotl.* (1884) VII. 321   Gevin..in parte of sustentacione of him unto the tyme that he be bettir providit, ten poundis.

1536  *Accts. St. John's Hosp., Canterbury* (Canterbury Cathedral Archives: CCA-U13/4)   Payd to Colney for to provide hym selfe away xij*d*.

1588  R. PARKE tr. J. G. de Mendoza *Hist. Kingdome of China* 121   They do take so much fish, that they do prouide the whole kingdome for all the yeare.

1628  EARL OF MANCHESTER in *Buccleuch MSS* (Hist. MSS Comm.) (1899) I. 268   Werden tells me he hath provided you not far from the Parliament.

1656  H. PHILLIPPES *Purchasers Pattern* (1676) B ix b   The first Builder is sufficiently provided by his workman to testifie his cost.

1672  J. DRYDEN *Conquest Granada* I. v. i. 53   We are not provided for a siege... The foe is strong without, we weak within.

1701  C. DAVENANT *Ess.* 146   When he should be fully provided for the Expedition, That he would not put a stop to it, till all was ended one way or other.

**b.** *transitive* (*reflexive*). To equip or prepare oneself; to make oneself ready. Occasionally with *against*, or with infinitive. Cf. senses 4, 5. *Obsolete*.

1490  *Caxton's Blanchardyn & Eglantine* (1962) xlvii. 182   [They] ordeyned & prouyded theym self soo, that they fered but lytyl Subyon or nouȝte.

1591  *Protocol Bk. J. Inglis* 9 Apr.   James protestit that he meycht ramane in the said tak..to the effect he meycht prouid hym self.

F-43

provide, v. : Oxford English Dictionary

c1595  Capt. Wyatt in G. F. Warner *Voy. R. Dudley to W. Indies* (1899) 2   A speciall commaundement..that they should generallie provide themselves to goe with him the Sonday followinge..to the church.

1604  W. Shakespeare *Hamlet* iii. iii. 7   *King*... Therefore prepare you... *Guyl*. We will our selues prouide.

1650  T. Fuller *Pisgah-sight of Palestine* ii. x. 212   Hence the sea running southward provides it self to entertain a nameless brook.

a1652  J. Smith *Select Disc.* (1660) x. ii. 461   If we will provide our selves against the Devil, who never misseth any opportunity..to tempt us.

1721  C. Cibber *Refusal* iii. 50   As for my Lady, the Devil would not live with her; and so, Madam, I desire you will provide yourself.

1776  S. Foote *Bankrupt* iii. 69   I shall quit the mortality walk, so provide yourself as soon as you can.

1839  C. Dickens *Nicholas Nickleby* xliii. 423   I..mean to look out for another situation; so provide yourselves, gentlemen, if you please.

1847  C. Dickens *Dombey & Son* (1848) xxxix. 389   If you could be so good as provide yourself soon, Captain, it would be a great convenience to me.

**10.** *transitive*. To supply (a person, animal, place, etc.) with something. Frequently in *passive*.

†**a.** With *of*. *Obsolete*.

c1485  (‣ 1456)   G. Hay *Bk. Gouernaunce of Princis* (1993) xii. 77   And se yat thou ger thy providouris..be ay..providit of cornis and othir prouisiouns nedefull.

a1549  A. Borde *Fyrst Bk. Introd. Knowl.* (1870) xiv. 160   Howbeit the good townes be prouyded of vitels.

1556  tr. J. de Flores *Histoire de Aurelio & Isabelle* sig. P8   Prouyde you of trew contricion and patience.

1577  B. Googe tr. C. Heresbach *Foure Bks. Husbandry* f. 129   You must prouide them of warme pastures for the winter, and in sommer, very coole.

1618  W. Lawson *New Orchard & Garden* i. 1   Whosoever desireth..to haue a pleasant, and profitable Orchard, must..prouide himselfe of a Fruiterer..Skilfull in that facultie.

1657  W. Rand tr. P. Gassendi *Mirrour of Nobility* iii. 172   Viassius..providing him of a ship, sent him away.

1671  J. Caryll *Sir Salomon* v. 84   I'm already provided of a wiser Governor then your Worship.

1723  E. Chambers tr. S. Le Clerc *Treat. Archit.* I. 142   When an Architect is not provided of an able Painter fit to manage a Work of this kind.

1728  J. Morgan *Compl. Hist. Algiers* I. iv. 260   Provided of all requisite Entertainment for at least a Twelvemonth.

1819  W. Scott *Legend of Montrose* p. xv. in *Waverley Novels* XV.   Being provided of more [boots] of the same kind, I made myselfe reddie, and rode to the head-quarters.

**b.** With *with*.

a1500  (‣ ?a1422)   J. Lydgate *Life Our Lady* (Adv.) in W. B. D. D. Turnbull *Visions of Tundale* (1843) 98   With help of her..So prudently with vertu hus to provyde.

1568  (‣ ?a1513)   W. Dunbar in W. T. Ritchie *Bannatyne MS* (1928) II. 147   How þat this realme, with nobillis owt of nummer gydit, provydit, sa mony ȝeiris hes bene.

1605  W. Camden *Remaines* i. 1   Prouided with all complete provisions of Warre.

1675  in M. Wood *Extracts Rec. Burgh Edinb.* (1950) X. 253   The masters..to proyd him with a chamber haveing a fyre.

1707  G. Farquhar *Beaux Stratagem* i. 7   We are an inland Town, and indifferently provided with Fish.

1753  J. Hanway *Hist. Acct. Brit. Trade Caspian Sea* I. xi. 78   I provided myself with a sleeping waggon, and..took post for St. Petersburg.

1798  S. Lee *Young Lady's Tale* in H. Lee *Canterbury Tales* II. 167   His valet [was] provided with phosphoric matches, by which he had now lit a taper.

1841  E. W. Lane tr. *Thousand & One Nights* I. 71   They..provide themselves with sweet cakes, bread, dates.

1860  J. Tyndall *Glaciers of Alps* I. xxii. 151   The waiter then provided me with a ham sandwich.

F-44

provide, v. : Oxford English Dictionary

1892   *Daily News* 13 May 5/4   It is the object of the League to provide them with a place in which to spend this off-time.

1913   C. Grahame-White *Aviation* 214   The pilot and his passenger are provided with a completely covered body, which they enter through a small door.

1954   J. Corbett *Temple Tiger* 115   I have repeatedly asserted that tigers have no sense of smell, and the cubs were providing me with ample proof of that assertion.

1990   S. Fraser in M. Kurc *That reminds Me* xi. 45   Since we were all so famous, no one had provided us with namecards.


†**c.** *Scottish*. With *in*. *Obsolete.*

1586–7   in G. P. McNeill *Exchequer Rolls Scotl.* (1901) XXI. 61   [He] sall..provyid and furneis his majesteis hous and haill tabillis..in naiprie, fyireweschell, and tyneveschell.

1786   R. Burns *Tam o' Shanter* 107 in *Poems & Songs* (1968) I. 141   Chance an' fortune are sae guided, They're ay in less or mair provided.

---

This entry has been updated (OED Third Edition, September 2007; most recently modified version published online December 2021).

Oxford English Dictionary : The definitive record of the English language

# proximate, *adj.*

**Pronunciation:** Brit. ▶ /'prɒksɪmət/, U.S. ▶ /'prɑksəmət/

**Frequency (in current use):** ●●●●●

**Origin:** A borrowing from Latin. **Etymons:** Latin *proximātus*, *proximāre*.

**Etymology:** < classical Latin *proximātus*, past participle of *proximāre* PROXIMATE v. Compare earlier PROXIMATE v., PROXIMATELY adv.

**1.**

**a.** Coming immediately before or after in a chain of causation, agency, reasoning, or other relation; immediate, short-term. Frequently in **proximate cause**. Opposed to *remote* or *ultimate*.

1641  LD. DIGBY *Speeches High Court Parl.* 16  Wicked Ministers have bin the proximate causes of our miseries.

1661  J. GLANVILL *Vanity of Dogmatizing* xii. 114  We hastily conclude that impossible, which we see not in the proximate capacity of its Efficient.

1713  R. NELSON *Life Dr. George Bull* xxxiii. 190  Whether one call this Power the *remote* and fundamental, or the *proximate* Power of Free-will.

1771  T. SMOLLETT *Humphry Clinker* I. 127  The proximate cause of her breach with Sir Ulic Mackilligut.

1792  G. CRABBE *Let.* 5 Sept. in *Sel. Lett. & Jrnls.* (1985) I. 45  The discovery of the cause (the proximate cause) of muscular motion which has so long puzzled physiologists, is an important communication.

1825  *Lancet* 10 Dec. 373/1  The proximate cause of cholic is said to be spasm of the intestine.

1881  B. F. WESTCOTT & F. J. A. HORT *New Test. in Orig. Greek* II. Introd. III. 219  Readings that are explicable by the supposition of a common proximate original.

1927  *Jrnl. Amer. Chem. Soc.* 49 3061  Our work indicates that the proximate cause of superacidity in a solution is an abnormally high value of the hydrogen-ion activity.

1969  *Jrnl. Biol. Chem.* 244 4075/2  Present evidence does not favor 3-hydroxyuric acid as a proximate oneogen.

2002  *Econ. & Polit. Weekly* 20 Apr. 1525/3  The proximate trigger was the Gulf war in the second half of 1990–91, which jacked up international oil prices.

**b.** *Chemistry.* Designating or relating to the components of a substance which are identifiable or separable by an initial or relatively crude procedure. Frequently in **proximate analysis**, **proximate principle**.

1784  E. CULLEN tr. T. Bergman *Physical & Chem. Ess.* I. p. xxxix  The marine acid...contains phlogiston as a proximate principle [L. *principii proximi*].

1831  T. P. JONES *New Conversat. Chem.* xviii. 282  Sugar, starch, and gum are proximate principles, and these we obtain by proximate analysis.

1848  H. WATTS tr. L. Gmelin *Hand-bk. Chem.* I. 110  Metamerism. This term is applied by Berzelius to the case in which the compound atoms of two chemical compounds containing the same elementary atoms...are nevertheless made up of different proximate elements.

1857  W. A. MILLER *Elements Chem.* III. i. 6  The separation of wheat flour into starch, sugar, gluten, ligneous fibre, and oily matter, affords an instance of proximate analysis.

1948  W. C. DAMPIER et al. *Introd. Biochem.* ix. 256  The proteins...are easily broken down into a number of proximate constituents known as amino-acids.

1971  M. F. MALLETTE et al. *Introd. Biochem.* ix. 314  The crude lipid of the proximate analysis found on...certain food labels refers to the nonvolatile material derived by weighing the residue after evaporation of the extraction solvent.

proximate, adj. : Oxford English Dictionary

2004 *Ambix* **51** 222   Klaproth found the following proximate principles in lapis lazuli: silica (46 %), alumina (14.5 %), [etc.].

**2.**

**a.** Closely neighbouring, immediately adjacent, next, nearest (in space, serial order, quality, etc.). Also occasionally *figurative*: close, intimate.

1657   Sɪʀ T. Bʀᴏᴡɴᴇ *Nature's Cabinet Unlock'd* ix. 175   Its [*sc.* cartilage's] use is multifarious: for first, it is a certain stay and prop, and makes the proximate parts more stable.

1725   I. Wᴀᴛᴛs *Logick* III. iii. §3   So substance is the remote genus of bird or beast; because it agrees not only to all kinds of animals, but also to things inanimate..But animal is the proximate or nearest genus of bird, because it agrees to fewest other things.

1755   S. Jᴏʜɴsᴏɴ *Dict. Eng. Lang.* Pref.   Words are seldom exactly synonimous... It was then necessary to use the proximate word, for the deficiency of single terms can very seldom be supplied by circumlocution.

1836   *Blackwood's Edinb. Mag.* **39** 138   Parts of the..valley are distinguished by [the name] of some proximate village.

1864   E. B. Pᴜsᴇʏ *Daniel* (1876) i. 27   Crete, with which both Assyria and Tyre were in proximate intercourse.

1957   G. E. Hᴜᴛᴄʜɪɴsᴏɴ *Treat. Limnol.* I. xvii. 881   The possibility will therefore be explored of considering the waters of lakes as containing two proximate organic fractions.

1985   G. T. Nᴜʀsᴇ et al. *Peoples of Southern Afr.* viii. 216   The proximate ancestors of the Ashkenazi Jews were part of an emigration which established Ashkenazi communities in several parts of the world.

1992   *Sci. Amer.* Nov. 17/3   Nobody is forgetting about the most proximate star.

**b.** Coming next, very near, or close together in time, closely approaching.

a1831   J. Sᴛᴏᴅᴅᴀʀᴛ *Gram.* in *Encycl. Metrop.* (1845) I. 61/1   A distinct form of imperative for the proximate and distant future.

1862   C. Mᴇʀɪᴠᴀʟᴇ *Hist. Romans under Empire* VII. lxiii. 197   In choosing him for their prince, the nobles..may have looked to another proximate vacancy.

1889   *Science* 4 Oct. 228   The enormous consumption of petroleum and natural gas..raises the question as to the..proximate exhaustion of the supply.

1922   J. Jᴏʏᴄᴇ *Ulysses* III. xvii. [Ithaca] 657   The cold of interstellar space, thousands of degrees below freezing point or the absolute zero of Fahrenheit, Centigrade or Réaumur: the incipient intimations of proximate dawn.

1978   *N.Y. Mag.* 3 Apr. 16/1   Donald Cammell's film takes place in the proximate future when a giant computer with a hypertrophic brain outwits the human beings running it.

1998   A. Fᴀᴅɪᴍᴀɴ *Ex Libris* 82   I ordered a chocolate cake to commemorate the closely proximate birthdays of my three co-Fadimans.

2004   P. ᴅᴇ Rᴏsᴀ *Fatal Flaw Christianity* x. 249   But in view of the proximate coming of the Lord, there was no time or need for marrying and giving in marriage.

**3.** Nearly accurate or correct; approximate. *rare.*

1796   J. Mᴏʀsᴇ *Amer. Universal Geogr.* (new ed.) I. 667   The proximate breadth behind the toes.

1863   A. W. Kɪɴɢʟᴀᴋᴇ *Invasion of Crimea* I. xiv. 281   In searching for a proximate notion of the extent of the carnage.

1997   S. B. Kᴀʏᴇ *Torres Strait* ii. 33   Bligh's hydrographic work in the Strait made it possible for ships to pass through it with at least a proximate idea of where the most dangerous stretches were.

F-47

proximate, adj. : Oxford English Dictionary

This entry has been updated (OED Third Edition, September 2007; most recently modified version published online June 2021).

F-48

verify, v. : Oxford English Dictionary

Oxford English Dictionary : The definitive record of the English language

# verify, *v.*

**Pronunciation:** ⁷ Brit. ▶/'vɛnfʌɪ/, U.S. ▶/'vɛrəˌfaɪ/

**Forms:** Middle English–1500s **veryfy**, Middle English **veryfye**, *Scottish* **weryfy**, 1500s **veryfie** ; Middle English–1600s **verifie** (Middle English, 1600s **verrifie**), 1500s **verifye**, Middle English– **verify** (Middle English **ferify**); Middle English–1500s **verefy** (Middle English **vereffy**, 1500s *Scottish* **vare-, warefy**), **verefye** (1500s *Scottish* **werafye**), Middle English–1500s **verefie**.

**Frequency (in current use):** ●●●●●○○○

**Etymology:** < Old French *verifier* (1348; = modern French *vérifier*, Spanish, Portuguese, Provençal *verificar*, Italian *verificare*), < medieval Latin *vērificāre*, < Latin *vērus* true.

**1.**

**a.** *transitive. Law.* To prove by good evidence or valid testimony; to testify or affirm formally or upon oath. Also const. *that*, and *to* with infinitive.

a1325   [implied in: *MS Rawl. B. 520* f. 47ᵛ   Wan ha bez i cleped to uerefihinge. þoru þat þulke i vochede weren in present. (at VERIFYING *n.*)].

c1450   *Godstow Reg.* 638   [The abbess appeared, denying] þat she leuied or causid ony noiinge or turnid ony course of watur as hit was presentid afore, & þat she is a-redi to verifie.

c1482   in *Cal. Proc. Chanc. Q. Eliz.* (1830) II. Pref. 65   Alle whiche maters the seid Richard is redy to verifie and prove, as this court woll awarde.

1533–4   *Act 25 Hen. VIII* c. 12 ?1   To the intent to maynteyne, upholde, and veryfie suche reporte as he had made.

1561   in A. Macdonald & J. Dennistoun *Misc. Maitland Club* (1843) III. ii. 289   The saidis George and Wiliam diaconis warefyis That thai lawfullie chergit ye said Mr. Thomas Meffen..to compeyr.

1579   W. WILKINSON *Confut. Familye of Loue* Brief Descr. sig. iijᵛ   Iohn Careles in his examination by Doctor Martin verifieth that to bee true, whiche..those two were burdened withall by Steuen Norish.

1632–3   *MS Canterbury Marriage Licences*   Catherine Whitfield..is expressly consenting to this intended marriage, as is verified by Thomas Hatcher.

1689   *Acta Parl. Scotl.* (1875) XII. 66/1   The Heraulds who denunced the viscount of Dundee at the mercat cross..did verefie þeir executiones upon oath.

[1768   W. BLACKSTONE *Comm. Laws Eng.* III. 312   In any stage of the pleadings, when either side advances or affirms any new matter, he usually..avers it to be true; 'and this he is ready to verify'.]

1786   E. BURKE *Articles of Charge against W. Hastings* in *Wks.* (1815) XII. 192   The said charge to be verified by the oath of the said Frazer.

1838   W. BELL *Dict. Law Scotl.* 1028   He must be prepared with a cautioner..at giving in his defences, unless he instantly verify a defence excluding the action.

1884   *Law Times Rep.* 10 May 320   The Court..ordered that the receiver should withdraw and verify his accounts by affidavit.

**b.** In general use: To testify to, to assert, to affirm or confirm, as true or certain. Now *rare*.

1525   LD. BERNERS tr. J. Froissart *Cronycles* II. cc. 252 b/2   The landes, seignories, lordshippes, and baronyes in Acquytayne, whiche they verifyed to pertaygne to the kynge and realme of Englande.

F-49

verify, v. : Oxford English Dictionary

1592   A. Day *2nd Pt. Eng. Secretorie* sig. D3, in *Eng. Secretorie* (rev. ed.)   Him: whose approoued fidelity for that it remayneth of no small record to my certaine knowledge, I wil presume to verefie.

1600   P. Holland tr. Livy *Rom. Hist.* xxxix. xlix. 1054   At first the tidings seemed so incredible, that the formost messenger was held..for a vaine lyar..: but after that there came one after another, and all with one voice verefied and affirmed the same.

1608   E. Topsell *Hist. Serpents* 19   So that it may as truly be verified of the Serpent as it was of Esau, that the hands of all men and beastes are against them.

1617   F. Moryson *Itinerary* I. 239   This Novice at his confession made this knowne and after verified as much to the Guardian and chiefe Friars.

1867   G. Meredith *Vittoria* III. xxxix. 130   'Does Major Weisspriess know it to be true?' The question came from Anna. Weisspriess coolly verified it, on the faith of a common servant's communication.

**c.** To support or back up by testimony.

*a*1616   W. Shakespeare *Coriolanus* (1623) v. ii. 19   I haue euer verified my Friends..with all the size that verity Would without lapsing suffer. 

**2.** To show to be true by demonstration or evidence; to confirm the truth or authenticity of; to substantiate:

**a.** Of persons. Now *rare.*

*c*1386   G. Chaucer *Canon's Yeoman's Prol. & Tale* 515   As witnessen thise olde wyse; And that ful soone I wol it verifie In this Chanon.

1406   T. Hoccleve *La Male Regle* 35   'Prosperitee is blynd':..And verifie I can wel it is so.

*c*1425   J. Audelay *XI Pains of Hell* 211 in *Old Eng. Misc.* 217   In erþ, þe fyndis þem verefyd, [The soul] Dispisid godis laus euerechon.

*c*1500   *Melusine* (1895) i. 16   Be nat you displesed yf I haue recounted vnto you this auenture, For it is for to adiouste more of feyth, & for to veryfy thistory.

1535   W. Stewart tr. H. Boethius *Bk. Cron. Scotl.* (1858) II. 250   This suith example..I verifie ma richt weill be the Britis.

1582   T. Bentley et al. *Monument of Matrones* III. 286   Verifie Lord the words on me, drawe me after thee.

*a*1616   W. Shakespeare *King John* (1623) II. i. 277   I bring you Witnesses Twice fifteene thousand hearts of Englands breed,..To verifie our title with their liues.

1627   W. Duncomb tr. V. d'Audiguier *Tragi-comicall Hist. our Times* v. 87   [He] only desired to cleer so dangerous a suspicion, and never to speake of it but when he could verifie it.

1671   J. Milton *Paradise Regain'd* I. 133   Gabriel this day by proof thou shalt behold..how I begin To verifie that solemn message late, On which I sent thee.

1782   J. Brown *Compend. View Nat. & Revealed Relig.* v. ii. 430   The covenant-form of this law is not changed; and God hath verified it in the..dreadful sufferings of his only begotten Son.

1828   N. Webster *Amer. Dict. Eng. Lang.* (at cited word)   The first act of the house of representatives is to verify the powers, by exhibiting their credentials to a committee of the house, or other proper authority.

**b.** Of things, or in passive.

▸ *c*1449   R. Pecock *Repressor* (1860) 53   Therfore neuer neither of tho ij. textis..serueth neither forto grounde neither forto verrifie the seid firste opinioun.

*c*1475   *Mankind* 9 in *Macro Plays* 1   Þat may be seyde & veryfyede: mankynde was dere bought.

1508   W. Kennedy *Flyting* (Chepman & Myllar) in *Poems W. Dunbar* (1998) I. 212   In to thy mowis and mokis, It may be verifyit that thy wit is thin.

1560   J. Daus tr. J. Sleidane *Commentaries* f. cl   If this myght be verefied of vs in dede, it were..detestable be heard of.

F-50

verify, v. : Oxford English Dictionary

1583   T. STOCKER tr. *Tragicall Hist. Ciuile Warres Lowe Countries* II. 63   The prince greatly marueileth that such great learned men..would set downe and propound such matters, as neuer can nor shalbe any way verified.

1651   T. HOBBES *Leviathan* II. xxvi. 142   The knowledge of the publique Registers, publique Counsels, publique Ministers, and publique Seales; by which all Lawes are sufficiently verified.

1756   MITCHELL in H. Ellis *Orig. Lett. Eng. Hist.* (1827) 2nd Ser. IV. 376   All which has been verified by the examination of the persons in whose company he was.

1849   T. B. MACAULAY *Hist. Eng.* I. v. 629   The strongest evidence by which the fact of a death was ever verified.

1876   J. B. MOZLEY *Univ. Serm.* (1877) iii. 55   The same scene of action which brought the rational expectation brings also the event which tests and verifies the correctness of it.

**3.**

**a.** In passive: To be proved true or correct by the result or event, or by some confirming fact or circumstance; to be fulfilled or accomplished in this way.

‣ a1387   J. TREVISA tr. R. Higden *Polychron.* (St. John's Cambr.) (1865) I. 213   So þat now beeþ ferified þe vers þat Hildebertus..made.

c1400   *Mandeville's Trav.* (Roxb.) xxxiv. 154   Þus es þe prophecy verified.

1462–3   *Pol. Poems* (Rolls) II. 268   Scripture saithe heritage holdyn wrongfully Schal never cheve..As hathe be verified late ful playne.

c1485 (‣ 1456)   G. HAY *Bk. Law of Armys* (2005) 8   That is ane office of ane angel, to..bring the hye new tydingis, the quhilk js verifyit be the haly writt.

1527   *Prose Life St. Brandan* (Percy) 49   Than the sayenge of Saynt Brandon was veryfyed.

1567   J. MAPLET *Greene Forest* f. 38   The old Prouerbe is herein verified: the ill weede ouercroppeth the good corne.

1631   W. GOUGE *Gods Three Arrowes* III. §6. 192   The like hath been verified time after time.

1667   J. MILTON *Paradise Lost* X. 182   So spake this Oracle, then verifi'd When Jesus..Saw Satan fall like Lightning down from Heav'n.

1736   Bp. J. BUTLER *Analogy of Relig.* I. vi. 115   This Reasoning from Fact is confirmed, and..verified, by other Facts.

1799   H. LEE *Canterbury Tales* (ed. 2) I. 221   Of these doubts one only was verified.

1812   H. SMITH & J. SMITH *Rejected Addr.* 55   Professions lavishly effused and parsimoniously verified are..inconsistent.

1856   C. M. YONGE *Cameos* xxxvi, in *Monthly Packet* May 321   The Pope's suspicions were verified.

1875   B. JOWETT in tr. Plato *Dialogues* (ed. 2) IV. 226   The picture..is verified in the course of the dialogue.

**b.** Const. *in*, *of*, *on*, or *upon*.

c1475 (‣ ?c1400)   *Apol. Lollard Doctr.* (1842) 8   And þe pope is Petir's vicar, þerfor it be howfiþ to trowe þat þis feiþ is verifiȝed of him.

c1485 (‣ 1456)   G. HAY *Bk. Law of Armys* (2005) 4   The prophecyes..be verifyit jn ȝour maist noble and worthy princehede.

1530   J. RASTELL *New Bk. Purgatory* I. vii. sig. a5ᵛ   Euery thynge in the worlde is verefyed vpon one of them.

1532 (‣ c1385)   *Usk's Test. Loue* in *Wks. G. Chaucer* I. f. cccxxviⁱ   God graunt that proposycion to be veryfyed in me.

?1577   J. NORTHBROOKE *Spiritus est Vicarius Christi: Treat. Dicing* 121   And as this was spoken of the Phariseys, I feare me it may be likewise verified in vs.

1597   R. HOOKER *Of Lawes Eccl. Politie* V. lxix. 191   That which is vttered of the time is verified of time it selfe, but agreeth vnto those things which are in time.

1645   J. HOWELL *Epistolæ Ho-elianæ* V. xxxix. 43   If he doth, I feare it wilbe verified in him that a 'foole and his money is soon parted'.

1719   D. DEFOE *Farther Adventures Robinson Crusoe* 92   It is true, they..made Fences; but Solomon's Words were never better verified than in them.

F-51

verify, v. : Oxford English Dictionary

1768 L. Sterne *Sentimental Journey* I. 191 I..content myself with the truth only of the remark, which is verified in every lane and by-lane of Paris.

**c.** Used actively of the circumstances, person, etc., serving as proof or confirmation.

c1430 *Hymns Virg.* 127 For soth then y sobbed Veryfyyng thys wordys.

c1450 *Mirk's Festial* 152 The fyrst [cause] ys, forto verefy þe fayþ of his resurreccyon.

1530 J. Palsgrave *Lesclarcissement* 765/2 He hath nowe verified my sayenges.

1598 R. Barclay *Disc. Felicitie of Man* II. 71 The Temple fell downe, and verified the answere of the Oracle.

1631 W. Gouge *Gods Three Arrowes* I. §25. 37 The issue verifieth thus much.

1659 J. Milton *Considerations touching Hirelings* 9 A voice [was] heard from heaven..crying aloud, This day is poison pourd into the church. Which the event soon after verifi'd.

1671 J. Milton *Paradise Regain'd* III. 177 So shalt thou best fulfrll, best verifie The Prophets old, who sung thy endless raign.

1785 J. Trusler *Mod. Times* III. 47 The case of Wheble, the bookseller, verifies this assertion.

1860 J. Tyndall *Glaciers of Alps* II. xv. 308 The measurements of Agassiz..completely verify the anticipations of Rendu.

1870 J. Bruce *Life Gideon* xiii. 229 The people themselves did verify this pregnant saying of the Lord by their own immediate conduct.

†**d.** *reflexive.* To demonstrate or prove (oneself) to be of a certain character. *Obsolete.*

c1595 Countess of Pembroke *Psalme* lxxvi. 29 in *Coll. Wks.* (1998) II. 102 And so him self [*sc.* the Lord] most terrible doth verify, In terrifying kings.

1605 M. Drayton *Poems* sig. Ff3 Fortune..Turning herselfe as she away would flie,..As what she was herselfe to verifie.

**4.**

**a.** To ascertain or test the accuracy or correctness of (something), esp. by examination or by comparison with known data, an original, or some standard; to check or correct in this way.

a1527 R. Thorne in R. Hakluyt *Divers Voy.* (1582) sig. C3 For this cause can be no certaine situation of yᵗ coast & Ilands, til this difference betwixte them be verified.

1559 W. Cuningham *Cosmogr. Glasse* 162 When you verifie your nedle..you shall use the healpe of the Sunne.

1774 M. Mackenzie *Treat. Maritim Surv.* II. i. 67 To verify these protracted Distances, go to any of the Objects, as D, take the Bearing of X and Y, to find if they agree with the Protraction.

1796 H. Hunter tr. J.-H. B. de Saint-Pierre *Stud. Nature* (1799) III. 18 Let us now proceed to verify the elongation of the Poles.

1801 M. Edgeworth *Forester* in *Moral Tales* I. 127 Hours..spent in casting up and verifying accounts.

1834 H. Martineau *Demerara* (new ed.) iii. 43 I have seen a calculation and I mean to verify it.

1848 H. H. Wilson *Hist. Brit. India 1805–35* III. v. 237 Capt. Dillon was..sent back..to verify the reported existence of some of the survivors of the wreck.

1875 *Chambers's Jrnl.* No. 133. 7 A set of instruments which have been properly verified at Kew Observatory.

**b.** To establish by investigation.

F-52

verify, v. : Oxford English Dictionary

1801  *Med. & Physical Jrnl.* **5** 386   A medical committee was appointed to verify the phænomena which precede, accompany, and follow the Vaccine Inoculation.

1854  C. D. Badham *Prose Halieutics* 537   In reading over various poetic bills of fare preserved by Athenæus, we have verified twenty-six species in one Attic supper.

1880  R. Barwell *Aneurism* 52   If..the disease [be] verified as seated on the second or third part of the subclavian vessel.

**5.** To give the appearance of truth to; to cause to appear true or authentic. *rare.*

*a*1586   [implied in: Sir P. Sidney *Apol. Poetrie* (1595) sig. E2   Zopirus..fayned himselfe in extreame disgrace of his King: for verifying of which, he caused his own nose and eares to be cut off. (at verifying *n.*)].

1768  H. Walpole *Hist. Doubts* 99   All Henry's art and power could never verify the cheat of Perkin.

1815  W. Scott *Guy Mannering* III. i. 9   He assumed the name and profession of his friend Dudley, having command enough of the pencil to verify his pretended character to his host of Allonby.

---

**Derivatives**

ˈ**verifying** *adj.*

1634  W. Wood *New Englands Prospect* I. xii. 55   A false asseveration usually winneth more beleefe than two verifying negatives can resettle.

1870  J. Bruce *Life Gideon* xxiii. 412   An appendix..of verifying deeds and documents.

1884  R. Burn in *Athenæum* 15 Nov. 630/3   Its [*i.e.* archæology's] verifying and corrective spirit in historical investigations.

---

This entry has not yet been fully updated (first published 1917; most recently modified version published online December 2021).

F-53

# EXHIBIT G



*The*

# AVIATION
# DICTIONARY

FOR PILOTS AND AVIATION MAINTENANCE TECHNICIANS



JEPPESEN.

Jeppesen® is a registered trademark of Jeppesen Sanderson, Inc. All other trademarks, registered trademarks, product names, and company names or logos mentioned herein are the property of their respective owners.



*All rights reserved.* No part of this publication may be reproduced, stored in a retrieval system, or transmitted in any form or by any means, electronic, mechanical, photocopying, recording, or otherwise, without the prior permission of the publisher.

The charts, tables, and graphs used in this publication are for illustration purposes only and cannot be used for navigation or to determine actual aircraft performance.

ISBN-13: 978-0-88487-574-1
ISBN-10: 0-88487-574-1

Jeppesen
55 Inverness Drive East
Englewood, CO 80112-5498
Web Site: www.jeppesen.com
Email: Captain@jeppesen.com
Copyright © Jeppesen
All Rights Reserved.
Published 2003, 2006, 2012



# A

**A, B, C, D, E chambers** — The five chambers that make up a diaphragm-controlled unit of a pressure type carburetor. Chamber A is regulated air-inlet pressure. Chamber B is boost venturi pressure. Chamber C contains metered fuel pressure. Chamber D contains unmetered fuel pressure. Chamber E is fuel pump pressure.

**A chamber** — One of the chambers of a pressure-type carburetor regulator unit. A chamber regulates air-inlet pressure from the air intake.

**A check** — Primarily associated with large commercial aircraft, the lowest level of inspection in a Continuous Airworthiness Maintenance Program. The entire program consists of A, C, and D checks.

**A&B system** — An emergency brake design used in some larger multiple-disc brake systems. These brakes have a number of cylinders, with alternate cylinders connected either to the aircraft's "A" system or to the aircraft's "B" system. Normal brake actuation takes over if one system fails.

**A-battery** — A dry cell battery with a voltage of 1.5 to 6.0 volts and capable of supplying a reasonable amount of current.

**abbreviated briefing** — In meteorology, a shortened briefing to supplement mass disseminated data.

**abbreviated IFR flight plans** — An authorization by ATC requiring pilots to submit only that information needed for the purpose of ATC. It includes only a small portion of the usual IFR flight plan information. In certain instances, this may be only aircraft identification, location, and pilot request. Other information may be requested if needed by ATC for separation/control purposes. It is frequently used by aircraft which are airborne and desire an instrument approach or by aircraft which are on the ground and desire a climb to VFR-on-top.

**abeam** — An aircraft is "abeam" a fix, point or object when that fix, point, or object is approximately 90 degrees to the right or left of the aircraft track. Abeam indicates a general position rather than a precise point.

**abeam fix** — A fix positioned approximately 90 degrees from a navaid along a route of flight.

**abnormal procedures training (APT)** — The use of flight training devices to teach pilots how to handle procedures such as engine failures, inflight fires, and other abnormal situations. This training is completed on the ground and is the safest means of allowing a pilot to experience abnormal procedures.

**abort** — To terminate a preplanned aircraft maneuver; e.g., an aborted takeoff.

**aborted start** — In gas turbine engines, termination of the engine starting cycle when combustion (light-off) does not occur within a prescribed time limit.

**abradable seal** — A general description of knife-edge seals which can wear away slightly and still function. Such seals in a gas turbine engine abrade slightly to produce a close fit.

**abradable shroud** — Generally a honeycomb-type turbine shroud ring set into the outer turbine case. Can abrade without engine degradation if the turbine blades creep and contact the shroud.

**abrade** — To scrape or wear away a surface or a part by mechanical or chemical action.

**abrasion** — **l.** An area of roughened scratches or marks usually caused by foreign matter between moving parts or surfaces. **2.** The wearing or rubbing away of a surface by a substance used for grinding, grating, polishing, etc.

**abrasive** — A substance used to wear away surfaces by the use of friction. In grinding wheels, the abrasives most commonly used are silicon carbide or aluminum oxide.

**abrasive blasting** — The removal of carbon and other deposits from machine parts using a high velocity blast of air that contains fine particles of abrasive sand, glass bead, or walnut shell.

**abscissa** — The horizontal reference line of a graph or curve by which a point is located with reference to a system of coordinates.

**absolute altimeter** — A radar altimeter used to indicate the exact height of an aircraft over the terrain. See also radio altimeter.

**absolute altitude** — The actual height above the surface of the earth, either land or water.

**absolute ceiling** — The maximum height above sea level at which an aircraft can maintain level flight under standard atmospheric conditions.

**absolute humidity** — The actual water vapor present in a given volume of air.

**absolute instability** — In meteorology, the state of an atmospheric layer when the actual temperature lapse rate exceeds the dry adiabatic lapse rate. An air parcel receiving an initial upward displacement in an absolute unstable layer will accelerate away from its original position.

**absolute pressure** — Pressure above zero pressure as read on a barometer type instrument, i.e. Standard Day, 14.7 psia.

**absolute pressure controller (APC)** — An instrument that regulates the maximum turbocharger compressor discharge pressure in a reciprocating engine turbocharger system. (34 + or -.5 in. Hg to critical altitude, approximately 16,000 ft)

# C

**C battery** — A small, low-voltage battery. Also referred to as a C-cell battery or C-cell.

**C check** — The intermediate level of inspection in a Continuous Airworthiness Maintenance Program. The entire program consists of A, C, and D checks.

**cabane** — An arrangement of struts used to support a wing above the fuselage of an airplane. Such an airplane wing attachment is called a parasol.

**cabin** — That portion of an aircraft used for cargo and/or passengers.

**cabin altitude** — Cabin pressure in terms of equivalent altitude above sea level.

**cabin differential pressure** — The difference between the pressure inside a cabin and the outside air pressure. The maximum cabin differential pressure is determined by the aircraft structural strength.

**cabin pressure regulator** — A means of controlling cabin pressure by regulating the outflow of air from the cabin.

**cabin pressurization safety valve** — A combination pressure and vacuum relief and dump valve used to prevent cabin pressurization exceeding safe limits.

**cabin supercharger** — Mechanical air pumps used to provide the air pressure for cabin pressurization.

**cabinet file** — A coarse file that is flat on one face, and rounded on the other face, used for metalworking and woodworking. Sometimes referred to as a half-round file.

**cable** — **1.** In common usage, any heavy conductor. **2.** In electronics, two or more conductive paths bound into a single package. **3.** A group of insulated electric conductors usually covered with rubber or plastic to form a flexible transmission line. **4.** A stranded wire generally composed of a number of wires enclosed in a single bundle or group.

**cable control** — The system of operating aircraft controls by the use of high-strength flexible steel cables.

**cable drum** — A cylindrically shaped spool around which a control cable is wound to increase the amount of cable moved each time the handle is turned.

**cable guard** — A pin installed in the flange of a control cable pulley bracket to prevent the cable from jumping out of the pulley grooves.

**cable rigging tension chart** — Charts showing the relationship between control cable tension and temperature.

**cadmium** — A bluish-white, malleable, ductile, toxic, metallic chemical element with a symbol of Cd and an atomic number of 48.

**cadmium cell** — A basic unit of the nickel-cadmium battery. It consists of positive and negative plates, separators, electrolyte, a cell vent, and a cell container. The positive plates are made from porous plaque on which nickel-hydroxide is deposited. The negative plates are made from similar plaques on which cadmium-hydroxide is deposited. The voltage that is produced by a cadmium cell at 20°C is 1.0186 volts.

**cadmium plating** — A thin coating of cadmium metal electroplated on a steel part to protect the steel from corrosion. This is accomplished by the cadmium serving as the anode in a corrosive action.

**caging device** — A mechanism used in a gyroscopic instrument to erect the rotor of a gyro to its normal operating position prior to flight or after tumbling.

**caging system** — See caging device.

**calcium** — A hard metallic element with a symbol of Ca and an atomic number of 20. Used as an alloying element with other metals.

**calcium carbide** — A combination of calcium and carbon. Reacts chemically with water to produce acetylene gas.

**calculated landing time** — A term that can be used in place of tentative or actual calculated landing time, whichever applies.

**calendar month** — The measure of time used by the Federal Aviation Administration for inspections and certification purposes. A calendar month ends at midnight of the last day of the month, regardless of the day it began.

**calendering** — The process of dipping cotton yarn or fabric into a hot solution of caustic soda to shrink the material and give it greater strength and luster.

**calibrate** — A procedure in which the indication of an instrument is compared with a standard value in order to inspect and correct the graduations of a measuring device.

**calibrated airspeed (CAS)** — The indicated airspeed of an aircraft, corrected for position and instrument error. Calibrated airspeed is equal to true airspeed in standard atmosphere at sea level.

**calibrated orifice** — A hole with a specific internal diameter used to measure or control the amount of flow through it.

**calibration** — Testing the accuracy of a measuring instrument or scale by comparing it with a known standard.

**calibration card** — A card mounted on an instrument panel near an instrument to show the errors in an instrument in order for the pilot to apply an appropriate correction.

**calibration curve, instrument** — A curve on a graph plotted to show the instrument errors at different points on the scale of the instrument. The pilot uses the curve

**pulse generator** — An electronic circuit designed to produce sharp pulses of voltage.

**pulse-echo** — An ultrasonic non-destructive inspection used to detect the presence of internal damage or faults in a construction material.

**pulse-echo method of ultrasonic inspection** — A method of detecting internal thickness or internal damage by introducing a pulse of ultrasonic energy into a part and timing its travel through the material and back to the point of injection.

**pultrusion** — In composites, a manufacturing process that pulls the resin impregnated fibers through a shaping die to form a shape. The curing process also is done while it is in the die.

**pumice** — An extremely fine natural abrasive powder used for polishing metal surfaces.

**pump** — A mechanical device used to move a fluid. A pump is not a pressure producing machine as pressure can be produced only when a flow of fluid is restricted.

**pump cavitation** — The formation of partial vacuums in a liquid caused by a moving pump rotor. Pump cavitation creates turbulence in the pump cavity, reducing pump efficiency.

**punch** — **1.** A short, tapered steel rod used for driving pins, bolts, or rivets from holes. **2.** A device used to cut holes in paper, thin metal, or gasket material by shearing the material between close-fitting male and female dies.

**punch test** — A test of the strength of aircraft fabric while it is on the airplane. A pointed, spring-loaded plunger is pushed into the fabric, and the amount of force required to penetrate the fabric indicates its strength.

**puncture** — A hole pierced in a material.

**purge** — To cleanse a system by flushing.

**push fit** — An interference fit in which the parts can be assembled by hand-pushing them together rather than having to drive or press them.

**push rod** — The component in a reciprocating engine that transmits the movement of the cam to the rocker arm to open the valves.

**push to-test light** — A light fixture for an indicator light that can be pressed to complete a circuit. Illumination of the light indicates the bulb is in operating condition.

**push–button electrical switch** — An electrical switch actuated on or off by a push button. Each time the button is pressed, it opens or closes the circuit.

**pusher propeller** — A propeller that fits onto an engine whose shaft points to the rear of the aircraft. The thrust pushes the aircraft through the air rather than pulling it.

**push-pull amplifier** — An electronic amplifier that has two output circuits whose output voltages are equal but 180° out of phase with each other. Also referred to as a balanced amplifier.

**push-pull rod** — A rigid control rod used to move a component by alternately pushing it and pulling it.

**puzzle** — A question with so many parts that it is difficult to figure out what is being asked, let alone the answer.

**pylon** — The structure that holds a turbine engine pod to the wing or fuselage of the aircraft.

**pyrometer** — A temperature measuring instrument used to indicate temperatures that are higher than can be measured with a mercury thermometer.




251

# Z

**Zahn cup** — A cup of definite size and shape, with a hole in its bottom used to measure the viscosity of a material by the number of seconds required for the cup to empty.

**Z-axis** — The vertical axis of an object. Turning the nose of the aircraft, for example, causes the aircraft to rotate about its vertical axis. Rotation of the aircraft about the vertical axis is called yawing. This motion is controlled with the rudder.

**zener diode** — A diode rectifier designed to prevent the flow of current in one direction until the voltage in the reverse direction reaches a predetermined value. At this time, the diode permits a reverse current to flow.

**zenith** — The highest point directly overhead.

**zephyr** — A west wind or a gentle breeze.

**Zeppelin** — A rigid cylindrical airship supported by internal gas cells. Invented by Count Ferdinand von Zeppelin.

**Zerk fitting** — A grease fitting with a check valve that allows grease to be pumped through the fitting into a bearing surface. Removal of the grease gun allows the check valve to reseat preventing grease from leaking out and dirt from entering the fitting.

**zero** — **1.** Numerical: 0. Having no value. Used as a reference point. **2.** Temperature: A reference point on a Fahrenheit thermometer that is 32° below the freezing point of water or the point on a Celsius thermometer where water freezes.

**zero adjustment** — The adjustment on an instrument to a zero point, or to an arbitrary point from which all negative and positive measurements are to be adjusted.

**zero bleed** — In composites, a laminate fabrication procedure that does not allow loss of resin during cure.

**zero fuel weight** — The weight of the aircraft to include all useful load except fuel. Limits the ratio of loads between the fuselage and wings. The maximum load that an airplane can carry also depends on the way the load is distributed. The weight of an airplane in flight is supported largely by the wings; therefore, as the load carried in the fuselage is increased, the bending moment on the wings is increased.

**zero fuel weight** — The weight of an aircraft that includes the entire useful load, minus the fuel.

**zero gravity** — The effect of gravity when it has been nullified by parabolic flight.

**zero lash** — A condition in a valve train in a reciprocating engine in which all of the clearance is kept out of the valve train by the use of hydraulic valve lifters.

**zero sideslip** — A control technique following an engine failure in a multi-engine aircraft where the pilot maintains an attitude that minimizes drag, alleviating the sideslip of the airplane. As bank angle exceeds the zero sideslip value, there is a sharp loss of climb performance. Zero sideslip angle varies with the airplane type. Flying at zero sideslip allows adequate directional control with the best climb performance possible.

**zero-lash valve lifter** — A hydraulic device in a reciprocating engine that reduces the slack between a valve and the valve lifter due to changes in the engine operating temperatures.

**zero-lift line** — A line through an airfoil, along which a flow of relative wind will produce no lift.

**zero-time** — An engine overhauled by the factory. Only a factory overhaul can be called a zero-time engine.

**zinc** — A bluish-white, crystalline metal with a symbol of Zn and an atomic weight of 30. Zinc is ductile in its pure state but quite brittle in its commercial form. It is used in the production of electrical batteries and for coating steel parts to protect them by means of sacrificial corrosion.

**zinc chloride cell** — In batteries, a chemical cell using powdered manganese dioxide and zinc as its pole pieces and a solution of zinc chloride as its electrolyte.

**zinc chromate primer** — An alkyd resin, corrosion-inhibiting primer that can be used on almost all metal surfaces. Moisture releases chromate ions to inhibit the formation of corrosion, and the alkyd resin forms a good bond for aircraft finishes.

**Z-marker** — A radio beacon that radiates in a vertical cone-shaped pattern. Z-markers are placed along airways or approach courses to denote specific locations.

**zone numbers** — The location marks on an aircraft drawing, both vertical and horizontal. They are used to locate detail parts on the drawing.

**Zulu time** — The proper radio phraseology when making reference to coordinated universal time.

**Zyglo Inspection** — A penetrant inspection system in which a fluorescent dye is drawn into surface defects in a material. The defects are made visible by a powder-type developer.

351




# ABBREVIATIONS/ACRONYMS

**A** — Acceleration

**A&P** — airframe and powerplant mechanic

**A/C** — aircraft

**A/FD** — Airport/Facility Directory

**A/G** — air to ground

**A/H** — altitude/height

**AAC** — Mike Monroney Aeronautical Center

**AAF** — Army Air Field

**AAI** — arrival aircraft interval

**AAM** — air-to-air missile

**AAP** — advanced automation program

**AAP** — autoflight annunciator panel

**AAR** — airport acceptance rate

**AAS** — Airport Advisory Service

**ABC** — after bottom center

**ABDIS** — Automated Data Interchange System Service B

**ABS** — anti-skid brake system

**AC** — Advisory Circular

**AC** — Air Corps

**AC** — alternating current

**AC** — convective outlook (weather)

**ACAIS** — Air Carrier Activity Information System

**ACARS** — aircraft communications addressing and reporting system

**ACAS** — aircraft collision avoidance system

**ACC** — area control center

**ACCT** — accounting records

**ACD** — automatic call distributor

**ACDO** — Air Carrier District Office

**ACF** — Area Control Facility

**ACFO** — Aircraft Certification Field Office

**ACFT** — aircraft

**ACID** — aircraft identification

**ACLS** — automatic carrier landing system

**ACLT** — actual landing time calculated

**ACM** — air cycle machine

**ACO** — Aircraft Certification Office

**ACW** — air crew warning

**AD** — Airworthiness Directive

**AD** — ashless dispersant

**ADA** — Air Defense Area

**ADAP** — Airport Development Aid Program

**ADAS** — AWOS Data Acquisition System

**ADC** — air data computer

**ADCCP** — Advanced Data Communications Control Procedure

**ADCUS** — advise customs

**ADDA** — administrative data

**ADF** — automatic direction finder

**ADI** — attitude direction indicator

**ADI** — automatic de ice and inhibitor

**ADIZ** — Air Defense Identification Zone

**ADL** — aeronautical data link

**ADLY** — arrival delay

**ADM** — aeronautical decision making

**ADO** — Airline Dispatch Office

**ADP** — automated data processing

**ADS** — automatic dependent surveillance

**ADSIM** — airfield delay simulation model

**ADSY** — administrative equipment systems

**ADTN** — administrative data transmission network

**ADTN2000** — Administrative Data Transmission Network 2000

**ADU** — attitude direction unit

**ADVO** — administrative voice

**AEG** — aircraft evaluation group

**AER** — approach end of runway

**AERA** — automated enroute air traffic control

**AEX** — automated execution

**AF** — airway facilities

**af** — audio frequency

**AFB** — Air Force Base

**AFC** — automatic frequency control

**AFCS** — automatic flight control system

**AFDS** — Autopilot Flight Director System

**AFIS** — automated flight inspection system

**AFM** — aircraft flight manual

**AFP** — area flight plan

**AFRES** — Air Force Reserve Station

**AFS** — Airways Facilities Sector

**AFSFO** — AFS Field Office

**AFSFU** — AFS Field Unit

**AFSOU** — AFS Field Office Unit (Standard is AFSFOU)

**AFSS** — Automated Flight Service Station

**AFTN** — Automated Fixed Telecommunications Network

353

**AGL** — above ground level

**AHC** — auto heading comparator

**AHRS** — attitude heading reference system

**AID** — airport information desk

**AIG** — Airbus Industries Group

**AIM** — Aeronautical Information Manual

**AIP** — Aeronautical Information Publication

**AIP** — Airport Improvement Plan

**AIRMET** — Airman's Meteorological Information

**AIRNET** — Airport Network Simulation Model

**AIS** — Aeronautical Information Service

**AIT** — automated information transfer

**ALD** — available landing distance

**ALNOT** — alert notice

**ALP** — airport layout plan

**ALS** — approach lighting system

**ALSF1** — ALS with sequenced flashers I

**ALSF2** — ALS with sequenced flashers II

**ALSIP** — approach lighting system improvement plan

**ALTRV** — altitude reservation

**AM** — amplitude modulation

**AMASS** — Airport Movement Area Safety System

**AMC** — automatic mixture control

**AMCC** — ACF/ARTCC Maintenance Control Center

**AMOS** — Automated Meteorological Observation Station

**AMP** — ARINC Message Processor

**AMP** — Airport Master Plan

**AMS** — Aeronautical Material Specification

**AMSL** — above mean sea level

**AMT** — aviation maintenance technician

**AMVER** — Automated Mutual Assistance Vessel Rescue System

**AN** — Air Force-Navy Standard

**ANC** — alternate network connectivity

**AND** — Air Force-Navy Design

**ANG** — Air National Guard

**ANGB** — Air National Guard Base

**ANMS** — automated network monitoring system

**ANP** — actual navigation performance

**ANSI** — American National Standards Institute

**AOA** — angle of attack

**AOCC** — airline operations control center

**AP** — acquisition plan

**AP** — autopilot system

**APC** — absolute pressure controller

**API** — American Petroleum Institute

**APP** — approach

**APP** — auto-pilot panel

**APS** — airport planning standard

**APU** — auxiliary power unit

**APV** — approach with vertical guidance

**AQAFO** — Aeronautical Quality Assurance Field Office

**ARAC** — Army Radar Approach Control

**ARAC** — Aviation Rulemaking Advisory Committee

**ARCTR** — FAA Aeronautical Center or Academy

**ARF** — airport reservation function

**ARFF IC** — Aircraft Rescue And Fire Fighting Incident Commander

**ARINC** — Aeronautical Radio Incorporated

**ARLNO** — airline office

**ARO** — airport reservation office

**ARP** — air data reference panel

**ARP** — airport reference point

**ARSA** — airport radar service area

**ARSR** — air route surveillance radar

**ARTCC** — Air Route Traffic Control Center

**ARTS** — Automated Radar Terminal System

**AS** — Aeronautical Standard

**ASA** — American Standards

**ASAS** — Aviation Safety Analysis System

**ASC** — AUTODIN switching center

**ASCP** — aviation system capacity plan

**ASD** — aircraft situation display

**ASDA** — accelerate-stop distance available

**ASDAR** — acft to satellite data relay

**ASDE** — airport surface detection equipment

**ASLAR** — aircraft surge launch and recovery

**ASM** — air-to-surface missile

**ASM** — available seat mile

**ASOS** — automated surface observation system

**ASP** — arrival sequencing program

**ASQP** — airline service quality performance

**ASR** — airport surveillance radar

**ASTA** — airport surface traffic automation

**ASTM** — American Society of Testing Materials

**ASV** — airline schedule vendor

**AT** — air traffic

**AT&T** — American Telephone and Telegraph

**AT&T ASDC** — AT&T Agency Service Delivery Center

354

**AT&T CSA** — AT&T Customer Support Associate

**ATA** — actual time of arrival

**ATA** — Air Transport Association

**ATAS** — Airspace and Traffic Advisory Service

**ATC** — after top center

**ATC** — air traffic control

**ATCAA** — air traffic control assigned airspace

**ATCBI** — air traffic control beacon indicator

**ATCCC** — Air Traffic Control Command Center

**ATCO** — air taxi commercial operator

**ATCRB** — air traffic control radar beacon

**ATCRBS** — Air Traffic Control Radar Beacon System

**ATCSCC** — Air Traffic Control System Command Center

**ATCT** — airport traffic control tower

**ATD** — actual time of departure

**ATD** — along track (straight line) distance

**ATE** — actual time enroute

**ATIS** — Automatic Terminal Information Service

**ATISR** — ATIS recorder

**ATM** — air traffic management

**ATM** — air turbine motor

**ATM** — asynchronous transfer mode

**ATMS** — Advanced Traffic Management System

**ATN** — Aeronautical Telecommunications Network

**ATODN** — AUTODIN terminal (functional unit or system)

**ATOMS** — Air Traffic Operations Management System

**ATOVN** — AUOTVON (facility)

**ATP** — Airline Transport Pilot

**ATR** — Airline Transport Rating

**ATS** — air traffic service

**ATS** — Air Traffic Services (FAA)

**ATSCCP** — ATS Contingency Command Post

**ATT** — attitude retention system

**ATTIS** — AT&T Information Systems

**AUL** — Approved Unserviceable List

**AUTODIN** — DoD Automatic Digital Network

**AUTOVON** — DoD Automatic Voice Network

**AVAIDS** — navigational aids

**AVC** — automatic volume control

**AVGAS** — Aviation gasoline

**AVN** — Aviation Standards National Field Office

**AVON** — AUTOVON Service

**AVTUR** — Aviation turbine fuel

**AWC** — aviation weather center

**AWG** — American Wire Gauge

**AWIS** — airport weather information

**AWOS** — Automated Weather Observing System

**AWP** — aviation weather processor

**AWPG** — aviation weather products generator

**AWS** — air weather station

**AWSS** — Automated Weather Sensor System

**BANS** — BRITE alphanumeric system

**BART** — Billing Analysis Reporting Tool (GSA software tool)

**BASIC** — basic contract observing station

**BASOP** — military base operations

**BBC** — before bottom center

**BBS** — bulletin board system

**BC** — back course

**BCA** — benefit/cost analysis

**BCD** — binary coded decimal

**BCR** — benefit/cost ratio

**BDAT** — digitized beacon data

**BDC** — bottom dead center

**BFO** — beat frequency oscillator mode of ADF

**BFO** — beat−frequency oscillator

**BHP** — brake horsepower

**BIM** — blade inspection method

**BIS** — blade inspection system

**BL** — bend tangent line

**BMEP** — brake mean−effective pressure

**BMP** — best management practices

**BOC** — Bell Operating Company

**BPCU** — bus power control unit

**bps** — bits per second

**BRI** — basic rate interface

**BRITE** — Bright Radar Indicator Terminal Equipment

**BRL** — building restriction line

**BSFC** — brake specific fuel consumption

**BTC** — before top center

**BUEC** — back-up emergency communications

**BUECE** — back-up emergency communications equipment

**C** — Celsius (Centigrade) temperature

**C/A** — coarse acquisition

**CAA** — Civil Aviation Authority

**CAB** — Civil Aeronautics Board

**CADC** — central air data comp

**CAP** — Civil Air Patrol

**CARF** — Central Altitude Reservation Facility




355

**CAS** — calibrated airspeed

**CASFO** — Civil Aviation Security Office

**CAT** — category

**CAT** — clear air turbulence

**CAT II** — Category II approach

**CAU** — crypto ancillary unit

**CAVU** — clear, and visibility unlimited

**CAWS** — central aural warning system

**CBI** — computer based instruction

**CC&O** — customer cost and obligation

**CCAS** — cockpit crew alerting system

**CCC** — communications command center

**CCCC** — staff communications

**CCCH** — central computer complex host

**CCL** — convective condensation level

**CCLD** — Core Capability Limited Deployment

**CCS-7NI** — Communication Channel Signal-7 Network Interconnect

**CCSD** — command communications service designator

**CCU** — central control unit

**CD** — common digitizer

**CD** — controller display

**CD** — Convergent-Divergent duct (venturi)

**CDI** — course deviation indicator

**CDP** — compressor discharge pressure

**CDR** — cost detail report

**CDT** — controlled departure time

**CDTI** — cockpit display of traffic information

**CDU** — central data unit

**CENTX** — central telephone exchange

**CEQ** — Council on Environmental Quality

**CERAP** — central radar approach

**CERAP** — combined Center/Rapcon

**CFA** — controlled firing area

**CFC** — central flow control

**CFCF** — central flow control facility

**CFCS** — central flow control service

**CFI** — certificated flight instructor

**CFIT** — controlled flight into terrain

**CFR** — Code of Federal Regulations

**CFR** — Cooperative Fuel Research

**CFWP** — central flow weather processor

**CFWU** — central flow weather unit

**CG** — center of gravity

**CGAS** — Coast Guard Air Station

**CGCC** — center of gravity control computer

**CIG** — ceiling

**CIT** — compressor inlet temperature

$C_L$ — coefficient of lift

**CLC** — course line computer

**CLIN** — contract line item

**CLT** — calculated landing time

**CM** — circular mils

**CM** — commercial service airport

**CMNPS** — Canadian Minimum Navigation Performance Specification Airspace

**CNS** — consolidated NOTAM system

**CNSP** — consolidated NOTAM system processor

**CO** — carbon monoxide

**CO** — central office

$CO_2$ — carbon dioxide

**COE** — U.S. Army Corps of Engineers

**COMCO** — command communications outlet

**Consol** — kind of low or medium frequency long range navigational aid

**Consolan** — a kind of low or medium frequency long range navigational aid

**CONUS** — Continental United States

**CORP** — Private Corporation other than ARINC or MITRE

**CP** — center of pressure

**CPDLC** — Controller Pilot Data Link Communications

**CPE** — customer premise equipment

**CPMIS** — consolidated personnel management information system

**CPU** — central processing unit

**CPU** — control protection unit

**CRA** — conflict resolution advisory

**CRDA** — converging runway display aid

**CRM** — crew resource management

**CRT** — cathode ray tube

**CSA** — communications service authorization

**CSD** — constant-speed drive

**CSEU** — control system electronic unit

**CSG** — slide graphic computer

**CSIS** — centralized storm information system

**CSO** — customer service office

**CSR** — communications service request

**CSS** — central site system

**CTA** — control area

**CTA** — controlled time of arrival

**CTA** — current transformer assembly

356

**CTA/FIR** — control area/flight information region

**CTAF** — Common Traffic Advisory Frequency

**CTAS** — center TRACON automation system

**CTC** — cabin turbo compressor

**CTMA** — Center Traffic Management Advisor

**CTOT** — constant torque on takeoff

**CUD** — course unit display

**CUPS** — consolidated uniform payroll system

**CVFP** — charted visual flight procedure

**CVFR** — controlled visual flight rules

**CVR** — cockpit voice recorder

**CVRS** — computerized voice reservation system

**CVTS** — compressed video transmission service

**CW** — carrier wave

**CW** — continuous wave

**CW** — continuous wave NDB signals

**CWA** — center weather advisory

**CWP** — cockpit warning panel

**CWS** — central warning system

**CWSU** — center weather service unit

**CWY** — clearway

**DA** — decision altitude

**DA** — density altitude

**DA** — descent advisor

**DA** — direct access

**DABBS** — DITCO Automated Bulletin Board System

**DADC** — digital air data computer

**DAIR** — direct altitude and identity readout

**DAR** — designated agency representative

**DARC** — direct access radar channel

**dBA** — decibels A, weighted

**DBCRC** — Defense Base Closure and Realignment Commission

**DBMS** — data base management system

**DBRITE** — digital bright radar indicator tower equipment

**DBU** — database unit

**DC** — direct current

**DC** — Divergent-Convergent duct

**DCA** — Defense Communications Agency

**DCA** — Ronald Reagan Washington National Airport

**DCAA** — dual call, automatic answer device

**DCAS** — digital core avionic system

**DCCU** — data communications control unit

**DCE** — data communications equipment

**DCP** — data collection package

**DDA** — dedicated digital access

**DDD** — direct distance dialing

**DDM** — difference in depth of modulation

**DDS** — digital data service

**DEA** — Drug Enforcement Agency

**DECM** — defensive electronic counter measures

**DECU** — digital elect control unit

**DEDS** — data entry and display system

**DEIS** — draft environmental impact statement

**DEP** — departure

**DER** — departure end of runway

**DEWIZ** — Distant Early Warning Identification Zone

**DF** — direction finder

**DFAX** — digital facsimile

**DFDR** — digital flight data recorder

**DFGC** — direct flight guidance computer

**DFGS** — direct flight guidance system

**DFI** — direction finding indicator

**DG** — directional gyro

**DGPS** — differential global positioning satellite (system)

**DH** — Decision Height

**DID** — direct inward dial

**DIN** — AUTODIN Service

**DIP** — drop and insert point

**DIRF** — direction finding

**DITCO** — Defense Information Technology Contracting Office Agency

**DME** — distance measuring equipment

**DME/N** — standard DME

**DME/P** — precision distance measuring equipment

**DME/P** — precision DME

**DMN** — data multiplexing network

**DNL** — day light equivalent sound level (also called LDN)

**DoD** — Department of Defense

**DOD** — direct outward dial

**DOI** — Department of Interior

**DOS** — Department of State

**DOT** — Department of Transportation

**DOTCC** — Department of Transportation Computer Center

**DOTS** — dynamic ocean tracking system

**DP** — instrument departure procedure

**DPDT** — double−pole, double−throw

**DPST** — double−pole, single−throw

**DPU** — data processor unit

**DR** — dead reckoning

357

**DSCS** — digital satellite compression service

**DSUA** — dynamic special use airspace

**DTS** — dedicated transmission service

**DUAT** — Direct User Access Terminal

**DUATS** — Direct User Access Terminal System

**DVA** — diverse vector area

**DVFR** — day visual flight rules

**DVFR** — defense visual flight rules

**DVOR** — doppler very high frequency omni directional range

**DVRCR** — differential voltage reverse current relay

**DYSIM** — dynamic simulator

**EADI** — electronic attitude direction indicator

**EARTS** — Enroute Automated Radar Tracking System

**EAS** — equivalent airspeed

**EC** — European Community

**ECCM** — electronic counter-countermeasures

**ECM** — electronic countermeasures

**ECOM** — enroute communications

**ECU** — electronic control unit

**ECU** — engine control unit

**ECVFP** — expanded charted visual flight procedures

**EDC** — engine driven compressor

**EDCT** — expect departure clearance time

**EDP** — engine driven pump

**EDP** — expedite departure path

**EEC** — electronic engine computer

**EEL** — emergency exit lights

**EFAS** — enroute flight advisory service

**EFC** — expect further clearance

**EFIS** — electronic flight information systems

**EFIS** — electronic flight instrument (indication) system

**EGT** — exhaust gas temperature

**EIAF** — expanded inward access features

**EICAS** — engine indication and crew alerting system

**EICAS** — engine indication central alert system

**EIS** — environmental impact statement

**ELT** — emergency locator transmitter

**ELWRT** — electrowriter

**EMF** — electromotive force (voltage)

**EMPS** — enroute maintenance processor system

**EMSAW** — Enroute Minimum Safe Altitude Warning

**ENAV** — enroute navigational aids

**EOF** — emergency operating facility

**EPA** — Environmental Protection Agency

**EPC** — external power container

**EPE** — estimated position error

**EPR** — engine pressure ratio

**EPROM** — erasable programmable read only memory

**EPS** — engineered performance standards

**EPSS** — enhanced packet switched service

**ERAD** — enroute broadband radar

**ESEC** — enroute broadband secondary radar

**ESF** — extended superframe format

**ESFC** — equivalent specific fuel consumption

**ESP** — enroute spacing program

**ESV** — expanded service volume

**ESYS** — enroute equipment systems

**ETA** — estimated time of arrival

**ETD** — estimated time of departure

**ETE** — estimated time enroute

**ETG** — enhanced target generator

**ETMS** — enhanced traffic management system

**ETN** — electronic telecommunications network

**EU** — European Union

**EVAS** — enhanced vortex advisory system

**EVBC** — engine variable bleed control

**EVC** — engine vane control

**EVCS** — emergency voice communications system

**EWCG** — empty weight center of gravity

**EWR** — Newark International Airport

**F&E** — facility and equipment

**F/F** — Fuel Flow

**FA** — aviation area forecast

**FAA** — Federal Aviation Administration

**FAAAC** — FAA Aeronautical Center

**FAACIS** — FAA Communications Information System

**FAA-PMA** — Federal Aviation Administration - Parts Manufacturing Approval

**FAATC** — FAA Technical Center

**FAATSAT** — FAA Telecommunications Satellite

**FAC** — facility

**FAD** — Fuel Advisory Departure

**FAF** — final approach fix

**FAP** — final approach point

**FAPM** — FTS2000 Associate Program Manager

**FAR** — Federal Aviation Regulation

**FAST** — final approach spacing tool

358



**FAWP** — final approach waypoint

**FAX** — facsimile equipment

**FB** — fly by

**FBO** — fixed-base operator

**FBS** — fall back switch

**FCC** — Federal Communications Commission

**FCLT** — freeze calculated landing time

**FCOM** — FSS Radio Voice Communications

**FCPU** — facility central processing unit

**FCU** — Fuel Control Unit

**FD** — flight director system

**FD** — winds and temperatures aloft forecast

**FDAT** — flight data entry and printout (FDEP) and flight data service

**FDAU** — flight data acquisition unit

**FDC** — Flight Data Center

**FDE** — flight data entry

**FDEP** — flight data entry and printout

**FDI** — integrated flight indicator

**FDIO** — flight data input/output

**FDIOC** — flight data input/output center

**FDIOR** — flight data input/output remote

**FDM** — frequency division multiplexing

**FDP** — flight data processing

**FED** — federal

**FEIS** — final environmental impact statement

**FEP** — front end processor

**FET** — field effect transistor

**FFAC** — from facility

**FFG** — fuel flow governor

**FFR** — fuel flow regulator

**FGC** — flight guidance computer

**FIFO** — flight inspection field office

**FIG** — flight inspection group

**FINO** — Flight Inspection National Field Office

**FIPS** — Federal Information Publication Standard

**FIR** — Flight Information Region

**FIRE** — fire station

**FIRMR** — Federal Information Resource Management Regulation

**FISDL** — flight information services data link

**FL** — flight level**FLIP** — flight information publication

**FLOWSIM** — traffic flow planning simulation

**FM** — fan marker

**FM** — frequency modulation

**FMA** — final monitor aid

**FMC** — flight management computer

**FMCS** — flight management computer system

**FMEP** — friction mean effective pressure

**FMF** — facility master file

**FMIS** — FTS2000 Management Information System

**FMS** — flight management system

**FMSP** — flight management system procedure

**FNMS** — FTS2000 Network Management System

**FO** — fly over

**FOB** — fuel on board

**FOD** — foreign object damage

**FOIA** — Freedom of Information Act

**FP** — flight plan

**fpm** — feet per minute

**FPNM** — feet per nautical mile

**fps** — feet per second

**FRC** — request full route clearance

**FREQ** — frequency

**FSAS** — flight service automation system

**FSDO** — Flight Standards District Office

**FSDPS** — flight service data processing system

**FSEP** — facility/service/equipment profile

**FSEU** — flap/slat electronic unit

**FSN** — Fuel Spray Nozzle

**FSP** — flight strip printer

**FSPD** — freeze speed parameter

**FSS** — Flight Service Station

**FSSA** — Flight Service Station Automated Service

**FSTS** — federal secure telephone service

**FSYS** — flight service station equipment systems

**ft/sec** — Feet per second

**FTS** — Federal Telecommunications System

**FTS2000** — Federal Telecommunications System 2000

**FUS** — functional units or systems

**FWCS** — flight watch control station

**GA** — general aviation

**GAA** — general aviation activity

**GAAA** — general aviation activity and avionics

**GADO** — General Aviation District Office

**gal** — Gallon

**GBAS** — ground based augmentation system

**GCA** — ground control approach

**GCO** — ground communication outlet

**GCU** — generator control unit

359

**GEO** — geostationary satellite

**GFP** — Ground Fine Pitch

**GLS** — GNSS landing system

**GNAS** — General National Airspace System

**GNSS** — global navigation satellite system

**GNSS** — Global Navigation Satellite System

**GNSSP** — global navigation satellite system panel

**GOES** — Geostationary Operational Environmental Satellite

**GOESF** — GOES Feed Point

**GOEST** — GOES terminal equipment

**GPA** — gas path analysis

**gph** — gallons per hour

**GPS** — global positioning satellite

**GPS** — global positioning system

**GPU** — ground power unit

**GPWS** — ground proximity warning system

**GRADE** — graphical airspace design environment

**GRI** — group repetition interval

**GS** — glide slope

**GS** — groundspeed

**GSA** — General Services Administration

**GSD** — geographical situation display

**GSE** — ground support equipment

**GSI** — glide slope indicator

**GTE** — Gas Turbine Engine

**GUS** — ground uplink station

**H** — Non Directional Radio Homing Beacon (NDB)

**HAA** — height above airport

**HAL** — height above landing

**HARS** — high altitude route system

**HASOV** — hot air shut-off valve

**HAT** — height above touchdown zone

**HAZMAT** — hazardous materials

**HCAP** — high capacity carriers

**HDME** — NDB with distance measuring equipment

**HDQ** — headquarters

**HDTA** — high density traffic airports

**HE** — High Energy

**HELI** — heliport

**HF** — high frequency

**Hg** — Mercury

**HGS** — head-up guidance system

**HH** — NDB, 2kw or more

**HI EFAS** — high altitude EFAS (enroute flight advisory service)

**HIG** — hermetically sealed integrating gyro

**HIRL** — high intensity runway lights

**HIWAS** — hazardous inflight weather advisory service

**HLDC** — high level data link control

**HMU** — hydromechanical unit

**HOC** — high oil consumption-jet engine

**HOV** — high occupancy vehicle

**HP** — High Pressure

**HP** — Horse Power

**hr** — hour

**HSI** — horizontal situation indicator

**HSTCU** — horizontal stabilizer trim control unit

**HUD** — head-up display

**HUD** — Housing and Urban Development

**HVOR** — high altitude VOR

**HWAS** — hazardous in flight weather advisory

**HYD ISO** — hydraulic isolation

**Hz** — hertz

**I/AFSS** — International AFSS

**IA** — indirect access

**IA** — inspection authorization

**IAF** — initial approach fix

**IAP** — instrument approach procedure

**IAPA** — instrument approach procedures automation

**IAS** — indicated airspeed

**IAWP** — initial approach waypoint

**IBM** — International Business Machines

**IBP** — international boundary point

**IBR** — intermediate bit rate

**IC** — integrated circuit

**ICA** — initial climb area

**ICAO** — International Civil Aviation Organization

**ICSS** — International Communications Switching Systems

**IDAT** — interfacility data

**IDG** — integrated drive generator

**IEC** — integral electronic control

**IEPR** — integrated engine pressure ratio

**IF** — intermediate fix

**if** — intermediate frequency

**IFCP** — interfacility communications processor

**IFDS** — interfacility data system

**IFEA** — in flight emergency assistance

**IFF** — Identification, Friend or Foe

**IFIM** — International Flight Information Manual

**IFO** — International Field Office

**IFR** — instrument flight rules

**IFS** — integrated flight system

**IFSS** — international flight service station

360

**IGFET** — insulated gate field effect transistor

**IGV** — inlet guide vane

**IHP** — indicated horsepower

**ILS** — instrument landing system

**IM** — inner marker

**IMC** — instrument meteorological conditions

**IMEP** — indicated mean effective pressure

**in. Hg** — inches of mercury

**INM** — integrated noise model

**INS** — inertial navigation system

**Int** — intersection

**INU** — inertial navigation unit

**IOAT** — indicated outside air temperature

**IOC** — initial operational capability

**IPB** — illustrated parts breakdown

**IPC** — illustrated parts catalog

**IPL** — illustrated parts list

**IPM** — illustrated parts manual

**IR** — IFR military training route

**IR** — infrared

**IRAN** — Inspect and Repair As Necessary

**IRBM** — intermediate−range ballistic missile

**IRMP** — information resources management plan

**IRS** — inertial reference system

**IRU** — inertial reference unit

**ISA** — International Standard Atmosphere

**ISDN** — integrated services digital network

**ISMLS** — interim standard microwave landing system

**ISOV** — isolation shutoff valve

**ISU** — inertial sensing unit

**ITI** — interactive terminal interface

**ITT** — inlet turbine temperature

**ITT** — intermediate turbine temperature

**ITWS** — integrated terminal weather system

**IVRS** — interim voice response system

**IVSI** — instant vertical speed indicator

**IVSI** — instantaneous rate of climb indicator

**IW** — inside wiring

**j** — joule (energy unit)

**JATO** — jet assisted takeoff

**JFC** — jet fuel control

**JFET** — junction field effect transistor

**JFK** — John F. Kennedy international airport

**JPT** — jet pipe temperature

**Kbps** — kilobits per second

**KE** — Kinetic Energy

**kHz** — kilohertz

**KIAS** — knots indicated airspeed

**kt** — Knot (1 nm/hr)

**KTAS** — knots true airspeed

**KVAR** — kilovolt amperes reactive

**KVDT** — keyboard video display terminal

**L/MF** — low/medium frequency

**LA** — power lever angle

**LAA** — local airport advisory

**LAAS** — local area augmentation system

**LAAS** — Low Altitude Alert System

**LABS** — leased A B service

**LABSC** — LABS GS 200 Computer

**LABSR** — LABS remote equipment

**LABSW** — LABS switch system

**LAHSO** — land and hold short operations

**LAN** — local area network

**LASCR** — light−activated silicon control rectifier

**LAT** — latitude

**LATA** — local access and transport area

**LAWRS** — limited aviation weather reporting station

**lb** — pound

**LCD** — liquid crystal display

**LCF** — local control facility

**LCN** — local communications network

**LDA** — landing directional aid

**LDA** — landing distance available

**LDIN** — lead in lights

**LEC** — local exchange carrier

**LED** — light emitting diode

**LEMAC** — leading edge of the mean aerodynamic chord

**LF** — low frequency

**LF/MF** — low/medium frequency

**LFR** — low-frequency radio range

**LGA** — LaGuardia Airport

**LH** — left−hand (threads)

**LINCS** — Leased Interfacility NAS Communications System

**LIRL** — low intensity runway lights

**LIS** — Logistics and Inventory System

**LLWAS** — Low Level Wind Shear Alert System

**LMM** — compass locator at middle marker

**LMM** — locator middle marker

**LMS** — LORAN monitor site

**LNAV** — lateral navigation

**LOC** — ILS localizer

**LOCID** — location identifier

**LOI** — letter of intent

361

**LOM** — compass locator at outer marker

**LONG** — longitude

**LOP** — line of position

**LOP** — low oil pressure

**LORAN** — long range navigation system

**LOX** — liquid oxygen

**LP** — low pressure

**LRCO** — limited remote communications outlet

**LRNAV** — long range navigation

**LRR** — long range radar

**LRRA** — low range radio altimeter

**LSB** — least significant bit

**LSI** — large scale integration

**LVOR** — low altitude VOR

**M** — mach

**MAA** — maximum authorized altitude

**MAA** — maximum authorized IFR altitude

**MAC** — mean aerodynamic chord

**MAHWP** — missed approach holding waypoint

**MALS** — medium intensity approach lighting system

**MALSF** — MALS with sequenced flashers

**MALSR** — MALS with runway alignment indicator lights

**MAP** — maintenance automation program

**MAP** — military airport program

**MAP** — missed approach point

**MAP** — modified access pricing

**MAP** — monitor alert parameter

**MAWP** — missed approach waypoint

**MB** — magnetic bearing

**MB** — marker beacon

**mb** — millibars

**Mbps** — megabits per second

**MCA** — minimum crossing altitude

**MCAS** — Marine Corps Air Station

**MCC** — Maintenance Control Center

**MCD** — metal chip detector

**MCDU** — multipurpose control display unit)

**MCL** — middle compass locater

**MCS** — maintenance and control system

**MDA** — minimum descent altitude

**MDT** — maintenance data terminal

**MEA** — minimum enroute altitude

**MEA** — minimum enroute IFR altitude

**MEC** — main engine control

**MEF** — maximum elevation figure

**MEK** — methyl-ethyl-ketone

**MEL** — minimum equipment list

**METAR** — aviation routine weather report

**METI** — meteorological information

**METO** — maximum except takeoff power

**MF** — middle frequency

**MFDU** — multi function display unit

**MFJ** — modified final judgment

**MFQ** — main fuel quantity

**MFT** — meter fix crossing time/slot time

**MH** — magnetic heading

**MHA** — minimum holding altitude

**MHz** — megahertz

**MIA** — minimum IFR altitudes

**MIDO** — Manufacturing Inspection District Office

**MIG** — metal inert  gas

**MILSPEC** — military specifications

**MIRL** — medium intensity runway lights

**MIS** — meteorological impact statement

**MISC** — miscellaneous

**MISO** — Manufacturing Inspection Satellite Office

**MIT** — miles in trail

**MITP** — metal in tail pipe

**MITRE** — Mitre Corporation

**MLS** — Microwave Landing System

**MM** — ILS Middle Marker

**MMC** — maintenance monitoring console

**mmf** — magnetomotive force

**MMS** — maintenance monitoring system

**MNPS** — minimum navigation performance specification

**MNPSA** — minimum navigation performance specifications airspace

**MOA** — memorandum of agreement

**MOA** — military operations area

**MOCA** — minimum obstruction clearance altitude

**MODE C** — altitude encoded beacon reply

**MODE S** — mode select beacon system

**MOS** — metal oxide semiconductor

**MOSFET** — metal oxide semiconductor field effect transistor

**MOU** — memorandum of understanding

**mph** — miles per hour

**MPO** — Metropolitan Planning Organization

**MPS** — maintenance processor subsystem

**MPS** — master plan supplement

**MRA** — minimum reception altitude

**MRC** — monthly recurring charge

362

**MS** — military standard

**MSA** — minimum safe altitude

**MSAW** — minimum safe altitude warning

**MSB** — most significant bit

**MSD** — most significant digit

**MSI** — medium−scale integration

**MSL** — mean sea level

**MSN** — message switching network

**MTCS** — modular terminal communications system

**MTI** — moving target indicator

**MTR** — military training route

**MULTICOM** — frequency used at airports without a tower, FSS, or UNICOM

**MUX** — multiplexer

**MVA** — minimum vectoring altitude

**MVFR** — marginal VFR

**MVFR** — marginal visual flight rules

**N** — Rotational speed, RPM

**n m.** — nautical miles

**N$_1$** — Low pressure spool

**N$_2$** — High pressure spool

**N$_2$O** — Nitrous oxide

**NAAQS** — National Ambient Air Quality Standards

**NACO** — National Aeronautical Charting Office

**NADA** — NADIN concentrator

**NADIN** — National Airspace Data Interchange Network

**NADSW** — NADIN switches

**NAF** — Naval Aircraft Factory

**NAILS** — National Airspace Integrated Logistics Support

**NAPRS** — National Airspace Performance Reporting System

**NAS** — National Aerospace Standard

**NAS** — National Aircraft Standard

**NAS** — National Airspace System

**NAS** — Naval Air Station

**NASA** — National Aeronautics and Space Administration

**NASDC** — National Aviation Safety Data

**NASP** — National Airspace System Plan

**NASPAC** — National Airspace System Performance Analysis Capability

**NATCO** — National Communications Switching Center

**NATO** — North Atlantic Treaty Organization

**NAVAID** — navigation aid

**NAVMN** — navigation monitor and control

**NAWAU** — National Aviation Weather Advisory Unit

**NAWPF** — National Aviation Weather Processing Facility

**NBCAP** — National Beacon Code Allocation Plan

**NCAR** — National Center for Atmospheric Research

**NCF** — National Control Facility

**NCIU** — NEXRAD communications interface unit

**NCS** — National Communications System

**NDB** — nondirectional radio beacon

**NDB(ADF)** — nondirectional beacon (automatic direction finder)

**NEPA** — National Environmental Policy Act

**NEXRAD** — next generation weather radar

**NFAX** — National Facsimile Service

**NFDC** — National Flight Data Center

**NFDD** — National Flight Data Digest

**NFIS** — NAS Facilities Information System

**NI** — network interface

**NICS** — National Interfacility Communications System

**NIDS** — National Institute for Discovery Sciences

**NIMA** — National Imagery and Mapping Agency

**NM** — nautical mile

**NMAC** — near mid air collision

**NMC** — National Meteorological Center

**NMCE** — network monitoring and control equipment

**NMCS** — network monitoring and control system

**NOAA** — National Oceanic and Atmospheric Administration

**NOC** — notice of completion

**NOPAC** — North Pacific

**NoPT** — no procedure turn required

**NOS** — National Ocean Service

**NOTAM** — notice to airmen

**NPA** — nonprecision approach

**NPDES** — National Pollutant Discharge Elimination System

**NPIAS** — National Plan of Integrated Airport Systems

**NPN** — negative, positive, negative transistor

**NPRM** — notice of proposed rule making

**NRC** — non recurring charge

**NRCS** — National Radio Communications Systems

**NSA** — national security area

**NSAP** — National Service Assurance Plan

**NSSFC** — National Severe Storms Forecast Center

**NSSL** — National Severe Storms Laboratory; Norman, OK

**NSW** — no significant weather

363

**NSWRH** — NWS Regional Headquarters

**NTAP** — Notices to Airmen Publication

**NTP** — National Transportation Policy

**NTS** — negative torque sensor

**NTSB** — National Transportation Safety Board

**NTZ** — no transgression zone

**NWS** — National Weather Service

**NWSR** — NWS Weather excluding NXRD

**NXRD** — advanced weather radar system

**O** — oxygen

**OAG** — Official Airline Guide

**OALT** — operational acceptable level of traffic

**OASIS** — Operation and Supportability Implementation System

**OAT** — outside air temperature

**OAW** — off airway weather station

**OBS** — omni bearing selector

**OCS** — obstacle clearance surface

**ODAL** — omnidirectional approach lighting system

**ODAPS** — Oceanic Display and Processing Station

**OEI** — one engine inoperative

**OFA** — object free area

**OFDPS** — Offshore Flight Data Processing System

**OFT** — outer fix time

**OFZ** — obstacle free zone

**OM** — ILS outer marker

**OMB** — Office of Management and Budget

**ONER** — oceanic navigational error report

**OPLT** — operational acceptable level of traffic

**OPSW** — operational switch

**OPX** — off premises exchange

**ORD** — Chicago O'Hare International Airport

**ORD** — operational readiness demonstration

**OROCA** — off-route obstruction clearance altitude

**ORTAC** — VOR combined with UHF tactical air navigation

**OTR** — oceanic transition route

**OTS** — organized track system

**P** — pressure

**p.s i.** — pounds per square inch

**P/CG** — pilot/controller glossary

**P/S** — power section

**P$_1$** — pressure at Station 1 (engine nose)

**P$_7$** — tailpipe pressure

**PA** — precision approach

**PA** — pressure altitude

**PABX** — private automated branch exchange

**PAD** — packet assembler/disassembler

**PAM** — peripheral adapter module

**PAPI** — precision approach path indicator

**PAR** — precision approach radar

**PAR** — preferential arrival route

**PAR** — preferred arrival route

**PATWAS** — pilots automatic telephone weather answering service

**PBCT** — proposed boundary crossing time

**PBRF** — pilot briefing

**PBX** — private branch exchange

**PC** — personal computer

**PCA** — positive control airspace

**PCA** — positive control area

**PCB** — printed circuit board

**PCG** — positive course guidance

**PCL** — pilot controlled lighting

**PCM** — pulse code modulation

**PCU** — prop control unit

**pd** — potential difference

**PDAR** — preferential arrival and departure route

**PDC** — performance data computer

**PDC** — pre departure clearance

**PDC** — program designator code

**PDN** — public data network

**PDR** — preferential departure route

**P-factor** — an element of asymmetrical thrust

**PFC** — passenger facility charge

**PFD** — personal flotation device

**PGB** — propeller gear box

**PIBAL** — pilot balloon observation

**PIC** — pilot in command

**PIC** — principal interexchange carrier

**PIDP** — programmable indicator data processor

**PinS** — point in space

**PIREP** — pilot weather report

**PK** — Parker-Kalon screw

**PLASI** — pulsating approach slope indicator

**PM** — phase modulation

**PMC** — power management control

**PMS** — program management system

**PNP** — positive, negative, positive transistor

**POB** — persons on board

**POH** — pilot's operating handbook

**POI** — principal operations inspector

**POLIC** — police station

**POP** — point of presence

**POT** — point of termination

**PPI** — plan-position indicator

**PPIMS** — Personal Property Information Management System

**PPS** — precise positioning service

**PR** — primary commercial service airport

**PRBCV** — pressure ratio bleed control valve

**PRI** — primary rate interface

**PRM** — precision runway monitor

**PROM** — programmable read−only memory

**PRT** — power recovery turbine

**PRV** — Pressure Relief Valve

**PSDN** — public switched data network

**PSEU** — proximity sense elect unit

**psi** — pounds per square inch

**PSN** — packet switched network

**PSS** — packet switched service

**PSTN** — public switched telephone network

**PSU** — passenger service unit

**PT** — procedure turn

**PTS** — practical test standards

**PTU** — power transfer unit

**PUB** — publication

**PUP** — principal user processor

**PV** — Pressure-Volume (diagram)

**PVC** — permanent virtual circuit

**PVC** — polyvinyl chloride

**PVD** — plan view display

**QC** — quality control

**QEC** — quick engine change

**QECA** — quick engine change assembly

**r.p m.** — revolutions per minute

**R-12** — refrigerant 12

**RA** — resolution advisory

**RAF** — Royal Air Force

**RAIL** — runway alignment indicator lights

**RAIM** — receiver autonomous integrity monitoring

**RAPCO** — Radar Approach Control (USAF)

**RAPCON** — Radar Approach Control (FAA)

**RAREP** — radar weather report

**RAT** — ram air temp

**RAT** — ram air turbine

**RATCC** — Radar Air Traffic Control Center

**RATCF** — Radar Air Traffic Control Facility (USN)

**RATO** — rocket-assisted takeoff

**RB** — relative bearing

**RBC** — rotating beam ceilometer

**RBDPE** — radar beacon data processing equipment

**RBDT** — ribbon display terminals

**RBN** — radio beacon

**RBSS** — Radar Bomb Scoring Squadron

**RCAG** — remote center air/ground

**RCAG** — remote communications air/ground

**RCC** — rescue coordination center

**RCCB** — remote control circuit breaker

**RCCC** — Regional Communications Control Centers

**RCF** — remote communication facility

**RCIU** — remote control interface unit

**RCL** — radio communications link

**RCLM** — runway centerline marking

**RCLR** — RCL repeater

**RCLS** — runway centerline lighting system

**RCLT** — RCL terminal

**RCO** — remote communications outlet

**RCU** — remote control unit

**RDAT** — digitized radar data

**RDP** — radar data processing

**RDSIM** — runway delay simulation model

**REIL** — runway end identifier lights

**RF** — radio frequency

**RFI** — radio-frequency interference

**RHI** — range-height indicator (scope)

**RII** — required inspection item

**RL** — general aviation reliever airport

**RLIM** — runway light intensity monitor

**RMCC** — remote monitor control center

**RMCF** — remote monitor control facility

**RMI** — radio magnetic indicator

**RMK** — remark

**RML** — radio microwave link

**RMLR** — RML repeater

**RMLT** — RML terminal

**RMM** — remote maintenance monitoring

**RMMS** — remote maintenance monitoring system

**RMS** — remote monitoring subsystem

**RMS** — root mean square

**RMSC** — remote monitoring subsystem concentrator

**RNAV** — area navigation

**RNP** — required navigation performance

**ROD** — record of decision

**ROSA** — report of service activity

**ROT** — runway occupancy time

**RP** — restoration priority




365

**RPC** — restoration priority code

**RPG** — radar processing group

**RPM** — Revolutions per minute

**RPZ** — runway protection zone

**RR** — low or medium frequency radio range station

**RRH** — remote reading hygrothermometer

**RRHS** — remote reading hydrometer

**RRWDS** — remote radar weather display

**RRWSS** — remote radar weather display (RWDS) sensor site

**RSS** — remote speaking system

**RT** — remote transmitter

**RT & BTL** — radar tracking and beacon tracking level

**RTAD** — remote tower alphanumeric display

**RTCA** — Radio Technical Commission for Aeronautics

**RTM** — resin transfer molding

**RTOP** — reserve takeoff power

**RTR** — remote transmitter/receiver

**RTRD** — remote tower radar display

**RVDT** — rotary variable display transmitter

**RVR** — runway visual range as measured in the touchdown zone area

**RVV** — runway visibility value

**RW** — runway

**RWDS** — remote radar weather display

**RWP** — real time weather processor

**rwy** — runway

**S/G** — starter-generator

**S/S** — sector suite

**SAA** — special activity airspace

**SAAR** — special aircraft and aircrew authorization required

**SAC** — Strategic Air Command

**SAE** — Society of Automotive Engineers

**SAFI** — semi automatic flight inspection

**SAI** — standby attitude indicator

**SALS** — short approach light system

**SAR** — search and rescue

**SAS** — stability augmentation system

**SAT** — static air temperature

**SATCOM** — satellite communications

**SAWRS** — Supplementary Aviation Weather Reporting System

**SBC** — surge bleed control

**SCAT 1 DGPS** — special category 1 differential GPS

**SCATANA** — Security Control of Air Traffic and Air Navigation Aids

**SCC** — System Command Center

**SCVTS** — Switched Compressed Video Telecommunications Service

**SD** — radar weather report

**SDF** — simplified direction finding

**SDF** — simplified directional facility

**SDF** — software defined network

**SDIS** — switched digital integrated service

**SDP** — service delivery point

**SDS** — switched data service

**sec** — second (time)

**SEL** — single event level

**SELF** — simplified short approach lighting system with sequenced flashing lights

**SER** — start end of runway

**SFAR 38** — Special Federal Aviation Regulation 38

**SFC** — Specific Fuel Consumption

**sfc** — surface

**SFL** — sequenced flashing lights

**SFR** — special flight rules

**SG** — Specific Gravity

**SHF** — super high frequency

**SHP** — Shaft Horse Power

**SHPO** — State Historic Preservation Officer

**SI** — international system of units

**SIAP** — standard instrument approach procedure

**SIC** — service initiation charge

**SID** — standard instrument departure

**SID** — station identifier

**SIF** — stall indicator failure

**SIGMET** — significant meteorological information

**SIMMOD** — airport and airspace simulation model

**SIP** — state implementation plan

**SM** — statute mile

**SMGC** — surface movement guidance and control

**SMGCS** — surface movement guidance control system

**SMPS** — sector maintenance processor subsystem

**SMS** — simulation modeling system

**SNR** — signal to-noise ratio

**SNR or S/N** — signal to noise ratio

**SOC** — service oversight center

**SODA** — statement of demonstrated ability

**SOIR** — simultaneous operations on intersecting runways

**SOIWR** — simultaneous operations on intersecting wet runways

**SPECI** — aviation selected special weather report

**SPR** — single point refueling

**SPS** — standard positioning service

366

**SRAP** — sensor receiver and processor

**SRL** — single red line (computer)

**SSALF** — SSALS with sequenced flashers

**SSALR** — simplified short approach lighting system

**SSALS** — simplified short approach light system

**SSALSR** — simplified short approach light system with runway alignment indicator lights

**SSB** — single side band

**SSB** — split system breaker

**SSI** — small−scale integration

**SSU** — Saybolt Seconds Universal

**STAR** — standard terminal arrival route

**STC** — Supplemental Type Certificate

**STD** — standard

**STMP** — special traffic management program

**STMUX** — statistical data multiplexer

**STOL** — short takeoff and landing

**STOVL** — short takeoff and vertical landing

**SURPIC** — surface picture

**SVFR** — special VFR

**SVFR** — special visual flight rules

**SWSL** — supplemental weather service

**T** — Temperature (Absolute)

**T** — Thrust

**T/R** — thrust reverser system

**T₁MUX** — T₁ multiplexer

**TA** — traffic advisory

**TAA** — terminal arrival area

**TAAS** — terminal advance automation system

**TAC** — terminal area chart

**TACAN** — tactical air navigation system

**TACR** — TACAN at VOR, TACAN only

**TAF** — aviation terminal forecast

**TAI** — tail anti-ice

**TARS** — terminal automated radar service

**TAS** — true airspeed

**TAT** — total air temperature

**TATCA** — terminal air traffic control automation

**TAVT** — terminal airspace visualization tool

**TBO** — time between overhaul

**TC** — true course

**TCA** — terminal control area

**TCA** — Traffic Control Airport or Tower Control Airport

**TCACCIS** — Transportation Coordinator Automated Command and Control Information System

**TCAS** — Traffic Alert and Collision Avoidance System

**TCAS II** — traffic collision avoidance system

**TCC** — DOT Transportation Computer Center

**TCCC** — tower control computer complex

**TCE** — tone control equipment

**TCH** — threshold crossing height

**TCLT** — tentative calculated landing time

**TCO** — Telecommunications Certification Officer

**TCOM** — terminal communications

**TCS** — tower communications system

**TD** — time difference

**TDC** — top dead center

**TDLS** — tower data link services

**TDMUX** — time division data multiplexer

**TDWR** — terminal Doppler weather radar

**TDZL** — touchdown zone lights

**TEC** — tower enroute control

**TEHP** — Thrust Equivalent Horse Power

**TELCO** — telephone company

**TELMS** — Telecommunications Management System

**TEL-TWEB** — telephone access to TWEB

**TEMAC** — trailing edge of the mean aerodynamic chord

**TERPS** — terminal instrument procedures

**TET** — Turbine Entry Temperature

**TFAC** — to facility

**TGT** — turbine gas temperature

**TH** — threshold

**THP** — Thrust Horse Power

**TIBS** — telephone information briefing service

**TIG** — tungsten inert gas

**TIMS** — telecommunications information management system

**TIPS** — terminal information processing system

**TIR** — total indicator reading

**TIT** — turbine inlet temperature

**TL** — taxilane

**TLS** — transponder landing system

**TM&O** — Telecommunications Management and Operations

**TMA** — Traffic Management Advisor

**TMC** — Traffic Management Coordinator

**TMC/MC** — Traffic Management Coordinator/Military Coordinator

**TMCC** — Terminal Information Processing System

**TMCC** — traffic management computer complex

367

**TMF** — traffic management facility

**TML** — television microwave link

**TMLI** — television microwave link indicator

**TMLR** — television microwave link repeater

**TMLT** — television microwave link terminal

**TMP** — traffic management processor

**TMS** — thrust management system

**TMS** — traffic management system

**TMSPS** — traffic management specialists

**TMU** — traffic management unit

**TNAV** — terminal navigational aids

**TODA** — takeoff distance available

**TOF** — time of flight

**TOFMS** — time of flight mass spectrometer

**TOPS** — Telecommunications Ordering and Pricing System (GSA software tool)

**TORA** — take off run available

**TPP** — terminal procedures publications

**TPU** — transit pressure unit

**TR** — telecommunications request

**TRACAB** — terminal radar approach control in tower cab

**TRACON** — terminal radar approach control

**TRAD** — terminal radar service

**TRF** — tuned radio frequency (receiver)

**TRI** — thrust rating indicator

**TRNG** — training

**TRSA** — terminal radar service area

**TRU** — transformer rectifier unit

**TSA** — taxiway safety area

**TSCU** — torque sensing control unit

**TSCU** — torque signaling condition unit

**TSEC** — terminal secondary radar service

**TSFC** — thrust specific fuel consumption

**TSO** — technical standard order

**TSP** — telecommunications service priority

**TSR** — telecommunications service request

**TSYS** — terminal equipment systems

**TTL** — total torque limiter

**TTMA** — TRACON traffic management advisor

**TTY** — teletype

**TVOR** — terminal VOR

**TW** — taxiway

**TWEB** — transcribed weather broadcast

**TWR** — tower (non controlled)

**TY** — Type (FAA Communications Information System )

**TYP** — typical (mechanical drawing)

**U.S.** — United States

**UAS** — uniform accounting system

**UBR** — utility bus relay

**UER** — unscheduled engine removal

**UFO** — unidentified flying object

**UHF** — ultra high frequency

**UNC** — United National, coarse

**UNF** — United National, fine

**UNICOM** — aeronautical advisory station

**URA** — Uniform Relocation Assistance and Real Property Acquisition Policies Act of 1970

**URET** — User Request Evaluation Tool

**URET CCLD** — User Request Evaluation Tool  Core Capability Limited Deployment

**USAF** — United States Air Force

**USAFIB** — U.S. Army Aviation Flight Information Bulletin

**USCG** — United States Coast Guard

**USOC** — Uniform Service Order Code

**USS** — United States, standard

**UTC** — coordinated universal time (Zulu time)

**UV** — Ultra Violet

**UWS** — urgent weather SIGMET

**V** — volume

**V$_1$** — maximum speed in the takeoff at which the pilot must take the first action (e.g., apply brakes, reduce thrust, deploy speed brakes) to stop the airplane within the accelerate-stop distance. V1 also means the minimum speed in the takeoff, following a failure of the critical engine at VEF, at which the pilot can continue the takeoff and achieve the required height above the takeoff surface within the takeoff distance.

**V1** — Pulse jet powered flying bomb

**V2** — Liquid fuel rocket

**V$_2$** — takeoff safety speed

**V$_2$ MIN** — minimum takeoff safety speed

**V$_A$** — design maneuvering speed

**VAC** — volts of alternating current

**VAFTAD** — volcanic ash transport and dispersion chart

**VAPC** — variable absolute pressure controller

**VAR** — volcanic activity reporting

**VAR** — volt−ampere reactive

**VASI** — visual approach slope indicator

**V$_B$** — design speed for maximum gust intensity



**VBV** — variable blade vane

$V_C$ — design cruising speed

**VCOA** — visual climb over the airport

$V_D$ — design diving speed

**VDA** — vertical descent angle

**VDC** — volts of direct current

**VDF/MDF** — demonstrated flight diving speed

**VDME** — VOR with distance measuring equipment

**VDP** — visual descent point

$V_{EF}$ — speed at which the critical engine is assumed to fail during takeoff

$V_F$ — design flap speed

**VF** — voice frequency

**VFC/MFC** — maximum speed for stability characteristics

$V_{FE}$ — maximum flap extended speed

**VFO** — variable−frequency oscillator

**VFR** — visual flight rules

**VFTO** — final takeoff speed

**VGSI** — visual glide slope indicator

$V_H$ — maximum speed in level flight with maximum continuous power

**VHF** — very high frequency

**VHF/DF** — VHF direction finder

**VIP** — very important person (dignitary)

**VIP** — video integrator and processor (thunderstorm intensity standard)

$V_{LE}$ — maximum landing gear extended speed

**VLF** — very low frequency

$V_{LO}$ — maximum landing gear operating speed

$V_{LOF}$ — lift-off speed

**VLV** — valve

$V_{MC}$ — minimum control speed with the critical engine inoperative

**VMC** — visual meteorological conditions

**Vmini** — minimum speed

$V_{MO}/M_{MO}$ — maximum operating limit speed

$V_{MU}$ — minimum unstick speed

**VNAV** — vertical navigation

$V_{NE}$ — never-exceed speed

$V_{NO}$ — maximum structural cruising speed

**VNTSC** — Volpe National Transportation System Center

**VON** — virtual on net

**VOR** — very high frequency omni directional range

**VOR/DME** — collocated VOR and DME navaids

**VORTAC** — collocated VOR and TACAN

**VOT** — VOR test facility

$V_R$ — rotation speed

**VR** — VFR military training route

$V_{REF}$ — reference landing speed

**VRS** — voice recording system

$V_S$ — stalling speed or the minimum steady flight speed at which the airplane is controllable

$V_{S0}$ — stalling speed or the minimum steady flight speed in the landing configuration

$V_{S1}$ — stalling speed or the minimum steady flight speed obtained in a specific configuration

**VSCS** — voice switching and control system

**VSI** — vertical speed indicator

$V_{SR}$ — reference stall speed

$V_{SR1}$ — reference stall speed in a specific configuration

$V_{SR0}$ — reference stall speed in the landing configuration

**VSTOL** — vertical or short takeoff and landing

**VSV** — variable stator vane

$V_{SW}$ — speed at which onset of natural or artificial stall warning occurs

**VSWR** — voltage standing−wave ratio

**VTA** — vertex time of arrival

**VTAC** — VOR collocated with TACAN

**VTOL** — vertical takeoff and landing

$V_{TOSS}$ — takeoff safety speed for Category A rotorcraft

**VTS** — voice telecommunications system

**VTVM** — vacuum−tube voltmeter

**VV** — vertical visibility

**VVI** — vertical velocity indicator

$V_X$ — speed for best angle of climb

$V_Y$ — speed for best rate of climb

**w/m** — Water/methanol coolant mix

**WA** — AIRMET

**WAAS** — wide area augmentation system

**WAC** — world aeronautical chart

**WAN** — wide area network

**WARP** — weather and radar processor

**WC** — work center

**WCA** — wind correction angle

**WCP** — weather communications processor

**WECO** — Western Electric Company

**WESCOM** — Western Electric Satellite Communications

**WEU** — warning electronic unit

**WFO** — weather forecast office

**WGS84** — World Geodetic System of 1984

369

**WH** — hurricane advisory

**whr** — watthour

**WMO** — World Meteorological Organization

**WMS** — wide area master station

**WMSC** — weather message switching center

**WMSCR** — weather message switching center replacement

**WOW** — weight on wheels (squat switch)

**WOXOF** — weather, zero visibility in fog

**WP** — waypoint

**WRS** — wide area ground reference station

**WS** — SIGMET

**WSCMO** — weather service contract meteorological observatory

**WSFO** — Weather Service Forecast Office

**WSMO** — Weather Service Meteorological Observatory

**WSO** — Weather Service Office

**WSP** — weather system processor

**WST** — convective SIGMET

**WST** — convective significant meteorological information

**WSW** — wind shear warning

**WTHR** — weather

**WW** — Severe Weather Watch Bulletin

**WX** — weather

**WXOF** — weather, zero visibility in fog

**WXR** — weather radar

370

# GREEK LETTERS

| | | | | | | |
|---|---|---|---|---|---|---|
| A | α | alpha | N | ν | nu |
| B | β | beta | Ξ | ξ | xi |
| Γ | γ | gamma | O | o | omicron |
| Δ | δ | delta | Π | π | pi |
| E | ε | epsilon | P | ρ | rho |
| Z | ζ | zeta | Σ | σ | sigma |
| H | η | eta | T | τ | tau |
| Θ | θ | theta | Y | υ | upsilon |
| I | ι | iota | Φ | φ | phi |
| K | κ | kappa | X | χ | chi |
| Λ | λ | lamda | Ψ | ψ | psi |
| M | μ | mu | Ω | ω | omega |

371

# STANDARD ABBREVIATIONS/SYMBOLS

$\alpha$ — temperature coefficient of resistance
**CO** — carbon monoxide
$CO_2$ — carbon dioxide
**Fg** — static thrust or gross thrust
**Fn** — net thrust
**Gm** — transconductance
$H_2$ — hydrogen
**HCl** — hydrochloric acid
**k** — dielectric constant
$N_f$ — RPM of a free turbine
$N_1$ — RPM of a low-pressure compressor
$N_2$ — RPM of a high-pressure compressor
**P** — power
**Pb** — lead
$P_b$ — burner pressure
$Pt_2$ — inlet pressure
$Pt_4$ — compressor discharge pressure
$PT_7$ — turbine discharge pressure
**R** — resistance
$Tt_2$ — inlet temperature
$V_1$ — takeoff decision speed
$V_2$ — minimum takeoff safety speed
$X_c$ — capacitive reactance
**Z** — impedance
**+** — positive
**-** — negative
$\Omega$ — ohm
**°** — degree
**"** — inch(es)
**'** — foot (feet)
**amp** — ampere
**Btu** — British thermal unit
**C** — Celsius
**cal** — calorie(s)
**Cal** — large calorie(s)

**cm** — centimeter
**cos** — cosine
**cu cm** — cubic centimeter(s)
**cu in** — cubic inch(es)
**cu ft** — cubic foot (feet)
**cu m** — cubic meter(s)
**dB** — decibel
**deg** — degree
**ESHP** — equivalent shaft horsepower
**f** — farad
**F** — Fahrenheit
**ft** — foot (feet)
**ft lb** — foot-pound
**ft lbs** — foot-pounds
**g** — gram
**gal** — gallon
**HP** — horsepower
**hr** — hour
**Hz** — hertz
**in** — inch(es)
**in hg** — inch(es) of mercury
**IPS** — inches per second
**k** — kilo
**K** — Kelvin
**kg** — kilogram
**kHz** — kilohertz
**km** — kilometer
**kM** — kilomega
**kw** — kilowatt
**kw-hr** — kilowatt hour
**l** — liter
**lb** — pound
**lbs** — pounds
**m** — meter
**mb** — milibar
**mf or μf** — microfarad
**mHz** — millihertz
**MHz** — megahertz

**mi** — mile(s)
**mm** — millimeter
**MPH** — miles per hour
**mv** — millivolt
**neg** — negative
**oz** — ounce(s)
**pf or μμf** — picofarad
**pos** — positive
**PPH** — pounds per hour
**PPM** — parts per million
**psi** — pounds per square inch
**PSIA** — pounds per square inch absolute pressure
**PSID** — pounds per square inch differential pressure
**PSIG** — pounds per square inch gauge
**pt** — pint
**qt** — quart
**R** — Rankine
**rev** — revolution(s)
**RPM** — revolutions per minute
**sec** — second
**SHP** — shaft horsepower
**sin** — sine
**sq cm** — square centimeter(s)
**sq in** — square inch(es)
**sq ft** — square foot (feet)
**sq m** — square meter
**sq mi** — square mile(s)
**sq mil** — square mil
**tan** — tangent
**TEHP** — thrust equivalent horsepower
**THP** — thrust horsepower
**U.S.** — United States
**V** — volt
**yd** — yard

372

# CHEMICAL ELEMENTS

actinium — Ac
aluminum — Al
americum — Am
antimony — Sb
argon — Ar
arsenic — As
astatine — At
barium — Ba
berkelium — Bk
beryllium — Be
bismuth — Bi
bohrium — Bh
boron — B
bromine — Br
cadmium — Cd
calcium — Ca
californium — Cf
carbon — C
cerium — Ce
cesium — Cs
chlorine — Cl
chromium — Cr
cobalt — Co
columbium — Cb
copper — Cu
curium — Cm
dubnium — Db
dysprosium — Dy
einsteinium — Es
emanation — Em
erbium — Er
europium — Eu
fermium — Fm
fluorine — F
francium — Fr
gadolinium — Gd
gallium — Ga
germanium — Ge
glucinium — Gl

gold — Au
hafnium — Hf
hahnium — Ha
hassium — Hs
helium — He
holmium — Ho
hydrogen — H
illnium — Il
indium — In
iodine — I
iridium — Ir
iron — Fe
joliotium — Jl
krypton — Kr
lanthanum — La
lawrencium — Lr
lead — Pb
lithium — Li
lutetium — Lu
magnesium — Mg
manganese — Mn
meitnerium — Mt
mendelevium — Md
mercury — Hg
molybdenum — Mo
neodymium — Nd
neon — Ne
neptunium — Np
nickel — Ni
niobium — Nb
nitrogen — N
nobelium — No
osmium — Os
oxygen — O
palladium — Pd
phosphorus — P
platinum — Pt
plutonium — Pu
polonium — Po

potassium — K
praseodymium — Pr
promethium — Pm
protactinium — Pa
radium — Ra
radon — Rn
rhenium — Re
rhodium — Rh
rubidium — Rb
ruthenium — Ru
rutherfordium — Rf
samarium — Sm
scandium — Sc
seaborgium — Sg
selenium — Se
silicon — Si
silver — U
sodium — Na
strontium — Sr
sulfur — S
tantalum — Ta
technetium — Tc
telllurium — Te
terbium — Tb
thallium — TI
thorium — Th
thulium — Tm
tin — Sn
titanium — Ti
tungsten — W
uranium — U
vanadium — V
wolfram — W
xenon — Xe
ytterbium — Yb
yttrium — Y
zinc — Zn
zirconium — Zr

373

# ATA/JASC CODES

**(AIR TRANSPORT ASSOCIATION [ATA]  SPECIFICATION 100 or
JOINT AIRCRAFT SYSTEM COMPONENT [JASC] CODES)**

**Note:** General Aviation is gradually beginning to use ATA/JASC Codes, but presently might also be using either GAMA (General Aviation Maintenance Association) Codes which are similar to ATA/JASC Codes, or manufacturer specific codes.

**05 MAINTENANCE CHECKS**
(OPERATOR DERIVED)

**10 PARKING AND MOORING**
(OPERATOR DERIVED)

**11 PLACARDS AND MARKINGS**

1100 — PLACARDS AND MARKINGS

**12 — SERVICING**

1210 — FUEL SERVICING

1220 — OIL SERVICING

1230 — HYDRAULIC FLUID SERVICING

1240 — COOLANT SERVICING

**18 — HELICOPTER VIBRATION**

1800 — HELICOPTER VIB/NOISE ANALYSIS

1810 — HELICOPTER VIBRATION ANALYSIS

1820 — HELICOPTER NOISE ANALYSIS

**21 — AIR CONDITIONING**

2100 — AIR CONDITIONING SYSTEM

2110 — CABIN COMPRESSOR SYSTEM

2120 — AIR DISTRIBUTION SYSTEM

2121 — AIR DISTRIBUTION FAN

2130 — CABIN PRESSURE CONTROL SYSTEM

2131 — CABIN PRESSURE CONTROLLER

2132 — CABIN PRESSURE INDICATOR

2133 — PRESSURE REGUL/ OUTFLOW VALVE

2134 — CABIN PRESSURE SENSOR

2140 — HEATING SYSTEM

2150 — CABIN COOLING SYSTEM

2160 — CABIN TEMPERATURE CONTROL SYSTEM

2161 — CABIN TEMPERATURE CONTROLLER

2162 — CABIN TEMPERATURE INDICATOR

2163 — CABIN TEMPERATURE SENSOR

2170 — HUMIDITY CONTROL SYSTEM

**22 — AUTO FLIGHT**

2200 — AUTO FLIGHT SYSTEM

2210 — AUTOPILOT SYSTEM

2211 — AUTOPILOT COMPUTER

2212 — ALTITUDE CONTROLLER

2213 — FLIGHT CONTROLLER

2214 — AUTOPILOT TRIM INDICATOR

2215 — AUTOPILOT MAIN SERVO

2216 — AUTOPILOT TRIM SERVO

2220 — SPEED-ATTITUDE CORRECT. SYSTEM

2230 — AUTO THROTTLE SYSTEM

2250 — AERODYNAMIC LOAD ALLEVIATING

**23 — COMMUNICATIONS**

2300 — COMMUNICATIONS SYSTEM

2310 — HF COMMUNICATION SYSTEM

2311 — UHF COMMUNICATION SYSTEM

2312 — VHF COMMUNICATION SYSTEM

2320 — DATA TRANSMISSION AUTO CALL

2330 — ENTERTAINMENT SYSTEM

2340 — INTERPHONE & PA SYSTEM

2350 — AUDIO INTEGRATING SYSTEM

374

2360 — STATIC DISCHARGE SYSTEM

2370 — AUDIO/VIDEO MONITORING

**24 — ELECTRICAL POWER**

2400 — ELECTRICAL POWER SYSTEM

2410 — ALTERNATOR-GENERA-TOR DRIVE

2420 — AC GENERATION SYSTEM

2421 — AC GENERATOR-ALTERNATOR

2422 — AC INVERTER

2423 — PHASE ADAPTER

2424 — AC REGULATOR

2425 — AC INDICATING SYSTEM

2430 — DC GENERATING SYSTEM

2431 — BATTERY OVERHEAT WARN. SYSTEM

2432 — BATTERY/CHARGER SYSTEM

2433 — DC RECTIFIER-CONVERTER

2434 — DC GENERATOR-ALTERNATOR

2435 — STARTER-GENERATOR

2436 — DC REGULATOR

2437 — DC INDICATING SYSTEM

2440 — EXTERNAL POWER SYSTEM

2450 — AC POWER DISTRIBU-TION SYSTEM

2460 — DC POWER/DISTRIBU-TION SYSTEM

**25 — EQUIPMENT/ FURNISHINGS**

2500 — CABIN EQUIPMENT/ FURNISHINGS

2510 — FLIGHT COMPARTMENT EQUIPMENT

2520 — PASSENGER COMPART-MENT EQUIPMENT

2530 — BUFFET/GALLEYS

2540 — LAVATORIES

2550 — CARGO COMPARTMENTS

2551 — AGRICULTURAL SPRAY SYSTEM

2560 — EMERGENCY EQUIPMENT

2561 — LIFE JACKET

2562 — EMERGENCY LOCATOR BEACON

2563 — PARACHUTE

2564 — LIFE RAFT

2565 — ESCAPE SLIDE

2570 — ACCESSORY COMPART-MENT

2571 — BATTERY BOX STRUCTURE

2572 — ELECTRONIC SHELF SECTION

**26 — FIRE PROTECTION**

2600 — FIRE PROTECTION SYSTEM

2610 — DETECTION SYSTEM

2611 — SMOKE DETECTION

2612 — FIRE DETECTION

2613 — OVERHEAT DETECTION

2620 — EXTINGUISHING SYSTEM

2621 — FIRE BOTTLE, FIXED

2622 — FIRE BOTTLE, PORTABLE

**27 — FLIGHT CONTROLS**

2700 — FLIGHT CONTROL SYSTEM

2701 — CONTROL COLUMN SECTION

2710 — AILERON CONTROL SYSTEM

2711 — AILERON TAB CONTROL SYSTEM

2720 — RUDDER CONTROL SYSTEM

2721 — RUDDER TAB CONTROL SYSTEM

2722 — RUDDER ACTUATOR

2730 — ELEVATOR CONTROL SYSTEM

2731 — ELEVATOR TAB CONTROL SYSTEM

2740 — STABILIZER CONTROL SYSTEM

2741 — STABILIZER POSITION INDICATING

2742 — STABILIZER ACTUATOR

2750 — TE FLAP CONTROL SYSTEM

2751 — TE FLAP POSITION IND. SYSTEM

2752 — TE FLAP ACTUATOR

2760 — DRAG CONTROL SYSTEM

2761 — DRAG CONTROL ACTUATOR

2770 — GUST LOCK/DAMPER SYSTEM

2780 — LE FLAP CONTROL SYSTEM

2781 — LE FLAP POSITION IND. SYSTEM

2782 — LE FLAP ACTUATOR

375

**28 — FUEL**

2800 — AIRCRAFT FUEL SYSTEM

2810 — FUEL STORAGE

2820 — ACFT FUEL DISTRIB. SYSTEM

2821 — ACFT FUEL FILTER/ STRAINER

2822 — FUEL BOOST PUMP

2823 — FUEL SELECTOR/ SHUTOFF VALVE

2824 — FUEL TRANSFER VALVE

2830 — FUEL DUMP SYSTEM

2840 — ACFT FUEL INDICATING

2841 — FUEL QUANTITY INDICATOR

2842 — FUEL QUANTITY SENSOR

2843 — FUEL TEMPERATURE INDICATING

2844 — FUEL PRESSURE INDICATOR

**29 — HYDRAULIC POWER**

2900 — HYDRAULIC POWER SYSTEM

2910 — HYDRAULIC, MAIN SYSTEM

2911 — HYDRAULIC POWER- ACCUMULATOR-MAIN

2912 — HYDRAULIC FILTER- MAIN SYSTEM

2913 — HYDRAULIC PUMP. ELECT-ENG.-MAIN

2914 — HYDRAULIC HAND- PUMP-MAIN

2915 — HYDRAULIC PRESSURE RELIEF VLV-MAIN

2916 — HYDRAULIC RESER- VOIR-MAIN

2917 — HYDRAULIC PRESSURE REGULATOR-MAIN

2920 — HYDRAULIC, AUXILIARY SYSTEM

2921 — HYDRAULIC ACCUMU- LATOR-AUXILIARY

2922 — HYDRAULIC FILTER- AUXILIARY

2923 — HYDRAULIC PUMP- AUXILIARY

2925 — HYDRAULIC PRESSURE RELIEF-AUXILIARY

2926 — HYDRAULIC RESERVOIR- AUXILIARY

2927 — HYDRAULIC PRESSURE REGULATOR-AUX.

2930 — HYDRAULIC SYSTEM INDICATING

2931 — HYDRAULIC PRESSURE INDICATOR

2932 — HYDRAULIC PRESSURE SENSOR

2933 — HYDRAULIC QUANTITY INDICATOR

2934 — HYDRAULIC QUANTITY SENSOR

**30 — ICE AND RAIN PROTECTION**

3000 — ICE/RAIN PROTECTION SYSTEM

3010 — AIRFOIL ANTI/DE-ICE SYSTEM

3020 — AIR INTAKE ANTI/ DE-ICE SYSTEM

3030 — PITOT/STATIC ANTI-ICE SYSTEM

3040 — WINDSHIELD/DOOR RAIN/ICE REMOVAL

3050 — ANTENNA/RADOME ANTI-ICE/DE-ICE SYSTEM

3060 — PROP/ROTOR ANTI-ICE/ DE-ICE SYSTEM

3070 — WATER LINE ANTI-ICE SYSTEM

3080 — ICE DETECTION

**31 — INSTRUMENTS**

3100 — INDICATING/ RECORDING SYSTEM

3110 — INSTRUMENT PANEL

3120 — INDEPENDENT INSTRU- MENTS (CLOCK, ETC.)

3130 — DATA RECORDERS (FLT/ MAINT)

3140 — CENTRAL COMPUTERS (EICAS)

3150 — CENTRAL WARNING

3160 — CENTRAL DISPLAY

3170 — AUTOMATIC DATA

**32 — LANDING GEAR**

3200 — LANDING GEAR SYSTEM

3201 — LANDING GEAR/WHEEL FAIRING

3210 — MAIN LANDING GEAR

3211 — MAIN LANDING GEAR ATTACH SECTION

3212 — EMERGENCY FLOTATION SECTION

3213 — MAIN LANDING GEAR STRUT/AXLE/TRUCK

3220 — NOSE/TAIL LANDING GEAR

3221 — NOSE/TAIL LANDING GEAR ATTACH SECTION

3222 — NOSE/TAIL LANDING GEAR STRUT/AXLE

3230 — LANDING GEAR RETRACT/EXT. SYSTEM

376

3231 — LANDING GEAR DOOR RETRACT SECTION

3232 — LANDING GEAR DOOR ACTUATOR

3233 — LANDING GEAR ACTUATOR

3234 — LANDING GEAR SELECTOR

3240 — LANDING GEAR BRAKE SYSTEM

3241 — BRAKE ANTI-SKID SECTION

3242 — BRAKE

3243 — MASTER CYL/BRAKE VALVE

3244 — TIRE

3245 — TIRE TUBE

3246 — WHEEL/SKI/FLOAT

3250 — LANDING GEAR STEERING SYSTEM

3251 — STEERING UNIT

3252 — SHIMMY DAMPER

3260 — LANDING GEAR POSITION & WARNING

3270 — AUXILIARY GEAR (TAIL SKID)

**33 — LIGHTS**

3300 — LIGHTING SYSTEM

3310 — FLIGHT COMPARTMENT LIGHTING

3320 — PASSENGER COMPART-MENT LIGHTING

3330 — CARGO COMPARTMENT LIGHTING

3340 — EXTERIOR LIGHTING

3350 — EMERGENCY LIGHTING

**34 — NAVIGATION**

3400 — NAVIGATION SYSTEM

3410 — FLIGHT ENVIRONMENT DATA

3411 — PITOT/STATIC SYSTEM

3412 — OUTSIDE AIR TEMP. IND./SENSOR

3413 — RATE OF CLIMB INDICATOR

3414 — AIRSPEED/MACH INDICATING

3415 — HIGH SPEED WARNING

3416 — ALTIMETER, BAROMET-RIC/ENCODER

3417 — AIR DATA COMPUTER

3418 — STALL WARNING SYSTEM

3420 — ATTITUDE AND DIRECTION DATA SYSTEM

3421 — ATTITUDE GYRO & IND. SYSTEM

3422 — DIRECTIONAL GYRO & IND. SYSTEM

3423 — MAGNETIC COMPASS

3424 — TURN & BANK/RATE OF TURN INDICATOR

3425 — INTEGRATED FLT. DIRECTOR SYSTEM

3430 — LANDING & TAXI AIDS

3431 — LOCALIZER/VOR SYSTEM

3432 — GLIDE SLOPE SYSTEM

3433 — MICROWAVE LANDING SYSTEM

3434 — MARKER BEACON SYSTEM

3435 — HEADS UP DISPLAY SYSTEM

3436 — WIND SHEAR DETECTION SYSTEM

3440 — INDEPENDENT POS. DETERMINING SYSTEM

3441 — INERTIAL GUIDANCE SYSTEM

3442 — WEATHER RADAR SYSTEM

3443 — DOPPLER SYSTEM

3444 — GROUND PROXIMITY SYSTEM

3445 — AIR COLLISION AVOIDANCE SYSTEM (TCAS)

3446 — NON RADAR WEATHER SYSTEM

3450 — DEPENDENT POSITION DETERMINING SYSTEM

3451 — DME/TACAN SYSTEM

3452 — ATC TRANSPONDER SYSTEM

3453 — LORAN SYSTEM

3454 — VOR SYSTEM

3455 — ADF SYSTEM

3456 — OMEGA NAVIGATION SYSTEM

3457 — GLOBAL POSITIONING SYSTEM

3460 — FLIGHT MANAGE. COMPUTING SYSTEM

**35 — OXYGEN**

3500 — OXYGEN SYSTEM

3510 — CREW OXYGEN SYSTEM

3520 — PASSENGER OXYGEN SYSTEM

3530 — PORTABLE OXYGEN SYSTEM

377

**36 — PNEUMATIC**

3600 — PNEUMATIC SYSTEM

3610 — PNEUMATIC DISTRIBU-
TION SYSTEM

3620 — PNEUMATIC INDICAT-
ING SYSTEM

**37 — VACUUM**

3700 — VACUUM SYSTEM

3710 — VACUUM DISTRIBUTION
SYSTEM

3720 — VACUUM INDICATING
SYSTEM

**38 — WATER/WASTE**

3800 — WATER & WASTE
SYSTEM

3810 — POTABLE WATER
SYSTEM

3820 — WASH WATER SYSTEM

3830 — WASTE DISPOSAL
SYSTEM

3840 — AIR SUPPLY (WATER
PRESS. SYSTEM)

**45 — CENTRAL MAINT.
SYSTEM**

4500 — CENTRAL MAINT.
COMPUTER

**49 — AIRBORNE AUXILIARY
POWER**

4900 — AIRBORNE APU SYSTEM

4910 — APU COWLING/CON-
TAINMENT

4920 — APU CORE ENGINE

4930 — APU ENGINE FUEL &
CONTROL

4940 — APU START/IGNITION
SYSTEM

4950 — APU BLEED AIR SYSTEM

4960 — APU CONTROLS

4970 — APU INDICATING
SYSTEM

4980 — APU EXHAUST SYSTEM

4990 — APU OIL SYSTEM

**51 — STANDARD PRACTICES/
STRUCTURES**

5100 — STANDARD PRACTICES/
STRUCTURES

5101 — AIRCRAFT STRUCTURES

5102 — BALLOON REPORTS

**52 — DOORS**

5200 — DOORS

5210 — PASSENGER/CREW
DOORS

5220 — EMERGENCY EXIT

5230 — CARGO/BAGGAGE
DOORS

5240 — SERVICE DOORS

5241 — GALLEY DOORS

5242 — E/E COMPARTMENT
DOORS

5243 — HYDRAULIC COMPART-
MENT DOORS

5244 — ACCESSORY COMPART-
MENT DOORS

5245 — AIR CONDITIONING
COMPART. DOORS

5246 — FLUID SERVICE DOORS

5247 — APU DOORS

5248 — TAIL CONE DOORS

5250 — FIXED INNER DOORS

5260 — ENTRANCE STAIRS

5270 — DOOR WARNING
SYSTEM

5280 — LANDING GEAR DOORS

**53 — FUSELAGE**

5300 — FUSELAGE STRUCTURE
(GENERAL)

5301 — AERIAL TOW EQUIPMENT

5302 — ROTORCRAFT TAIL
BOOM

5310 — FUSELAGE MAIN
STRUCTURE

5311 — FUSELAGE MAIN
FRAME

5312 — FUSELAGE MAIN
BULKHEAD

5313 — FUSELAGE MAIN
LONGERON/STRINGER

5314 — FUSELAGE MAIN KEEL

5315 — FUSELAGE MAIN FLOOR
BEAM

5320 — FUSELAGE MISCELLA-
NEOUS STRUCTURE

5321 — FUSELAGE FLOOR
PANEL

5322 — FUSELAGE INTERNAL
MOUNT STRUCTURE

5323 — FUSELAGE INTERNAL
STAIRS

5324 — FUSELAGE FIXED
PARTITIONS

5330 — FUSELAGE MAIN PLATE/
SKIN

5340 — FUSELAGE MAIN
ATTACH FITTINGS

5341 — WING ATTACH FITTINGS
(ON FUSELAGE)

5342 — STABILIZER ATTACH
FITTINGS

378

5343 — LANDING GEAR
ATTACH FITTINGS

5344 — FUSELAGE DOOR
HINGES

5345 — FUSELAGE EQUIPMENT
ATTACH FITTINGS

5346 — POWERPLANT ATTACH
FITTINGS

5347 — SEAT/CARGO ATTACH
FITTINGS

5350 — FUSELAGE AERODY-
NAMIC FAIRINGS

**54 — NACELLES/PYLONS**

5400 — NACELLE/PYLON
STRUCTURE

5410 — MAIN FRAME (ON
NACELLE/PYLON)

5411 — FRAME/SPAR/
RIB(NACELLE/PYLON)

5412 — BULKHEAD/FIREWALL
(NAC/PYLON)

5413 — LONGERON/STRINGER
(NAC/PYLON)

5414 — PLATE SKIN (NAC/
PYLONS)

5415 — ATTACH FITTINGS (NAC/
PYLON)

**55 — STABILIZERS**

5500 — EMPENNAGE
STRUCTURE

5510 — HORIZONTAL STABI-
LIZER STRUCTURE

5511 — HORIZONTAL STABILIZER
SPAR/RIB

5512 — HORIZONTAL STABI-
LIZER PLATE/SKIN

5513 — HORIZONTAL STABILIZER
TAB STRUCTURE

5520 — ELEVATOR STRUCTURE

5521 — ELEVATOR SPAR/RIB
STRUCTURE

5522 — ELEVATOR PLATES/SKIN
STRUCTURE

5523 — ELEVATOR TAB
STRUCTURE

5530 — VERTICAL STABILIZER
STRUCTURE

5531 — VERTICAL STABILIZER
SPAR/RIB STRUCTURE

5532 — VERTICAL STABILIZER
PLATES/SKIN

5533 — VENTRAL STRUCTURE
(ON VERT. STAB)

5540 — RUDDER STRUCTURE

5541 — RUDDER SPAR/RIB
STRUCTURE

5542 — RUDDER PLATE/SKIN
STRUCTURE

5543 — RUDDER TAB
STRUCTURE

5550 — EMPENNAGE FLT. CONT.
ATTACH FITTING

5551 — HORIZONTAL STABILIZER
ATTACH FITTING

5552 — ELEVATOR/TAB ATTACH
FITTINGS

5553 — VERT. STAB. ATTACH
FITTINGS

5554 — RUDDER/TAB ATTACH
FITTINGS

**56 — WINDOWS**

5600 — WINDOW/WINDSHIELD
SYSTEM

5610 — FLIGHT COMPARTMENT
WINDOWS

5620 — PASSENGER COMPART-
MENT WINDOWS

5630 — DOOR WINDOWS

5640 — INSPECTION WINDOWS

**57 — WINGS**

5700 — WING STRUCTURE

5710 — WING MAIN FRAME
STRUCTURE

5711 — WING SPAR STRUCTURE

5712 — WING RIB STRUCTURE

5713 — WING LONGERON/
STRINGER

5714 — WING CENTER BOX

5720 — WING MISCELLANEOUS
STRUCTURE

5730 — WING PLATES/SKINS

5740 — WING ATTACH FITTINGS

5741 — WING, FUSELAGE
ATTACH FITTINGS

5742 — WING, NAC/PYLON
ATTACH FITTINGS

5743 — WING, LANDING GEAR
ATTACH FITTINGS

5744 — CONTROL SURFACE
ATTACH FITTINGS

5750 — WING CONTROL
SURFACE STRUCTURE

5751 — AILERON STRUCTURE

5752 — AILERON TAB
STRUCTURE

5753 — TE FLAP STRUCTURE

5754 — LEADING EDGE DEVICE
STRUCTURE

5755 — SPOILER STRUCTURE

379

**61 — PROPELLERS/ PROPULSORS**

6100 — PROPELLER SYSTEM

6110 — PROPELLER ASSEMBLY

6111 — PROPELLER BLADE SECTION

6112 — PROPELLER DE-ICE BOOT SECTION

6113 — PROPELLER SPINNER SECTION

6114 — PROPELLER HUB SECTION

6120 — PROPELLER CONTROL SYSTEM

6121 — PROPELLER SYNCHRO-NIZER SECTION

6122 — PROPELLER GOVERNOR

6123 — PROPELLER FEATHER-ING/REVERSING

6130 — PROPELLER BRAKING

6140 — PROPELLER INDICAT-ING SYSTEM

**62 — MAIN ROTOR**

6200 — MAIN ROTOR SYSTEM

6210 — MAIN ROTOR BLADES

6220 — MAIN ROTOR HEAD

6230 — MAIN ROTOR MAST/ SWASHPLATE

6240 — MAIN ROTOR INDICAT-ING SYSTEM

**63 — MAIN ROTOR DRIVE**

6300 — MAIN ROTOR DRIVE SYSTEM

6310 — ENGINE/TRANSMISSION COUPLING

6320 — MAIN ROTOR GEARBOX

6321 — MAIN ROTOR BRAKE

6322 — ROTORCRAFT COOLING FAN SYSTEM

6330 — MAIN ROTOR TRANS-MISSION MOUNT

6340 — ROTOR DRIVE INDICAT-ING SYSTEM

**64 — TAIL ROTOR**

6400 — TAIL ROTOR SYSTEM

6410 — TAIL ROTOR BLADE

6420 — TAIL ROTOR HEAD

6440 — TAIL ROTOR INDICAT-ING SYSTEM

**65 — TAIL ROTOR DRIVE**

6500 — TAIL ROTOR DRIVE SYSTEM

6510 — TAIL ROTOR DRIVE SHAFT

6520 — TAIL ROTOR GEARBOX

6540 — TAIL ROTOR DRIVE INDICATING SYSTEM

**67 — ROTORS FLIGHT CONTROL**

6700 — ROTORCRAFT FLIGHT CONTROL

6710 — MAIN ROTOR CONTROL

6711 — TILT ROTOR FLIGHT CONTROL

6720 — TAIL ROTOR CONTROL SYSTEM

6730 — ROTORCRAFT SERVO SYSTEM

**71 — POWERPLANT**

7100 — POWERPLANT SYSTEM

7110 — ENGINE COWLING SYSTEM

7111 — COWL FLAP SYSTEM

7112 — ENGINE AIR BAFFLE SECTION

7120 — ENGINE MOUNT SECTION

7130 — ENGINE FIRESEALS

7160 — ENGINE AIR INTAKE SYSTEM

7170 — ENGINE DRAINS

**72 — TURBINE/TURBOPROP ENGINE**

7200 — ENGINE (TURBINE/ TURBOPROP)

7210 — TURBINE ENGINE REDUCTION GEAR

7220 — TURBINE ENGINE AIR INLET SECTION

7230 — TURBINE ENGINE COM-PRESSOR SECTION

7240 — TURBINE ENGINE COM-BUSTION SECTION

7250 — TURBINE SECTION

7260 — TURBINE ENGINE ACCESSORY DRIVE

7261 — TURBINE ENGINE OIL SYSTEM

7270 — TURBINE ENGINE BYPASS SECTION

380

**73 — ENGINE FUEL & CONTROL**

7300 — ENGINE FUEL & CONTROL

7310 — ENGINE FUEL DISTRIBUTION

7311 — ENGINE FUEL-OIL COOLER

7312 — FUEL HEATER

7313 — FUEL INJECTOR NOZZLE

7314 — ENGINE FUEL PUMP

7320 — FUEL CONTROLLING SYSTEM

7321 — FUEL CONTROL/ ELECTRONIC

7322 — FUEL CONTROL/ CARBURETOR

7323 — TURBINE GOVERNOR

7324 — FUEL DIVIDER

7330 — ENGINE FUEL INDICATING SYSTEM

7331 — FUEL FLOW INDICATING

7332 — FUEL PRESSURE INDICATING

7333 — FUEL FLOW SENSOR

7334 — FUEL PRESSURE SENSOR

**74 — IGNITION**

7400 — IGNITION SYSTEM

7410 — IGNITION POWER SUPPLY

7411 — LOW TENSION COIL

7412 — EXCITER

7413 — INDUCTION VIBRATOR

7414 — MAGNETO/DISTRIBUTOR

7420 — IGNITION HARNESS (DISTRIBUTION)

7421 — SPARK PLUG/IGNITER

7430 — IGNITION SWITCHING

**75 — AIR**

7500 — ENGINE BLEED AIR SYSTEM

7510 — ENGINE ANTI-ICING SYSTEM

7520 — ENGINE COOLING SYSTEM

7530 — COMPRESSOR BLEED CONTROL

7531 — COMPRESSOR BLEED GOVERNOR

7532 — COMPRESSOR BLEED VALVE

7540 — BLEED AIR INDICATING SYSTEM

**76 — ENGINE CONTROLS**

7600 — ENGINE CONTROLS

7601 — ENGINE SYNCHRONIZING

7602 — MIXTURE CONTROL

7603 — POWER LEVER

7620 — ENGINE EMERGENCY SHUTDOWN SYSTEM

**77 — ENGINE INDICATING**

7700 — ENGINE INDICATING SYSTEM

7710 — POWER INDICATING SYSTEM

7711 — ENGINE PRESSURE RATIO (EPR)

7712 — ENGINE BMEP/TORQUE INDICATING

7713 — MANIFOLD PRESSURE (MP) INDICATING

7714 — ENGINE RPM INDICATING SYSTEM

7720 — ENGINE TEMP. INDICATING SYSTEM

7721 — CYLINDER HEAD TEMP (CHT) INDICATING

7722 — ENG. EGT/TIT INDICATING SYSTEM

7730 — ENGINE IGNITION ANALYZER SYSTEM

7731 — ENGINE IGNITION ANALYZER

7732 — ENGINE VIBRATION ANALYZER

7740 — ENGINE INTEGRATED INSTRUMENT SYSTEM

**78 — ENGINE EXHAUST**

7800 — ENGINE EXHAUST SYSTEM

7810 — ENGINE COLLECTOR/ TAILPIPE/NOZZLE

7820 — ENGINE NOISE SUPPRESSOR

7830 — THRUST REVERSER

**79 — ENGINE OIL**

7900 — ENGINE OIL SYSTEM (AIRFRAME)

7910 — ENGINE OIL STORAGE (AIRFRAME)

7920 — ENGINE OIL DISTRIBUTION (AIRFRAME)

7921 — ENGINE OIL COOLER

7922 — ENGINE OIL TEMP. REGULATOR

7923 — OIL SHUTOFF VALVE

7930 — ENGINE OIL INDICATING SYSTEM

7931 — ENGINE OIL PRESSURE

7932 — ENGINE OIL QUANTITY

7933 — ENGINE OIL TEMPERATURE

381

**80 — STARTING**

8000 — ENGINE STARTING
SYSTEM

8010 — ENGINE CRANKING

8011 — ENGINE STARTER

8012 — ENGINE START VALVES/
CONTROLS

81 — TURBOCHARGING

8100 — EXHAUST TURBINE
SYSTEM (RECIP)

8110 — POWER RECOVERY
TURBINE (RECIP)

8120 — EXHAUST TURBO-
CHARGER

**82 — WATER INJECTION**

8200 — WATER INJECTION
SYSTEM

**83 — ACCESSORY GEARBOXES**

8300 — ACCESSORY
GEARBOXES



85 — RECIPROCATING ENGINE

8500 — ENGINE (RECIPROCAT-
ING)

8510 — RECIPROCATING
ENGINE FRONT SECTION

8520 — RECIPROCATING
ENGINE POWER SECTION

8530 — RECIPROCATING
ENGINE CYLINDER SECTION

8540 — RECIPROCATING
ENGINE REAR SECTION

8550 — RECIPROCATING
ENGINE OIL SYSTEM



382

# EXHIBIT H

# CHAPTER

# 28

# FUEL

H-1



**737-300/400/500**
**AIRCRAFT MAINTENANCE MANUAL**

### FUEL QUANTITY INDICATING SYSTEM - DESCRIPTION AND OPERATION

1. **General**

(Figure 1)

A. The fuel quantity indicating system measures the weight of usable fuel in the fuel tanks. Fuel quantity indicators on the pilots' instrument panels and refuel quantity indicators at the refuel station on the wing supply visual indication of the fuel weight in each fuel tank. In addition, a fuel summation unit found on the first officer's auxiliary panel supplies a continuous summation signal input to an on-board computer where it is converted to an on-demand display of combined tank total remaining fuel or is used by the computer in various performance parameters. In the No. 1 and No. 2 tanks, five fuel measuring sticks are supplied to find the fuel quantity of the applicable fuel tank by mechanical means.

B. The overall system is composed of a subsystem for each fuel tank, with components found in the control cabin, in the fuel tank, and at the refuel station on the wing. The overall accuracy of the system is +/- 2.5 percent of the maximum fuel quantity.

**ILF ALL**

(1) Components in the control cabin include a fuel quantity indicator and digital calibration trim unit (DCTU) for each fuel tank, an indicator test switch found above the fuel quantity indicators, and a fuel summation unit.

**ILF ALL; AIRPLANES WITH SMITH 2300 FUEL QUANTITY INDICATOR**

(2) Components at the refuel station on the wing include a refuel quantity indicator for each fuel tank and an indicator test switch. The refuel quantity indicators repeat the fuel quantity shown by the fuel quantity indicators in the control cabin. The refuel quantity indicators operate only when the access door for the refuel station is open.

**ILF ALL; AIRPLANES WITH ISOLATED FUEL QUANTITY TRANSMITTERS (IFQT)**

(3) Components in the aft end (MX bay) of the forward cargo compartment are an Isolated Fuel Quantity Transmitter (IFQT) for each tank.

**ILF ALL; AIRPLANES WITH SMITH 2300 FUEL QUANTITY INDICATOR**

(4) Each fuel or refuel quantity indicator is "universal" - it can be used to supply indication for any fuel tank; however, a refuel quantity indicator from the refuel panel on the wing can not be installed in the control cabin. Likewise, a fuel quantity indicator from the control cabin can not be installed in the refuel panel on the wing.

(5) Components in the fuel tanks include a compensator unit and a number of tank units for each fuel tank. Fuel measuring sticks are installed in the No. 1 and No. 2 tanks. The tank units in each fuel tank are connected in parallel and positioned so that only usable fuel is measured. Capacitance values of the tank units in each fuel tank are added to give a single capacitance value, which is transmitted to fuel quantity indicator.

**ILF 553, 803, 804; AIRPLANES WITH ROGERSON AUXILIARY FUEL TANKS**

C. The fuel quantity measurement system (FQMS) measures the fuel quantity in the Rogerson auxiliary fuel tank. For information on the FQMS, refer to 28-14-01/001.

**ILF ALL; AIRPLANES WITHOUT ISOLATED FUEL QUANTITY TRANSMITTERS (IFQT) OR SMITHS TRANSIENT SUPRESSION UNITS (TSU)**

D. The system has an independent subsystem for each tank. Each subsystem is comprised of tank units, a compensator, fuel and refuel quantity indicators.

EFFECTIVITY
ILF ALL; AIRPLANES WITH SMITH 2300 FUEL QUANTITY
INDICATOR

**28-41-03**

Page 1
Mar 25/2009

D6-37535

BOEING PROPRIETARY - Copyright © Unpublished Work - See title page for details

H-2



**737-300/400/500**

## AIRCRAFT MAINTENANCE MANUAL

**ILF ALL; AIRPLANES WITHOUT ISOLATED FUEL QUANTITY TRANSMITTERS (IFQT) OR SMITHS TRANSIENT SUPRESSION UNITS (TSU)   (Continued)**

### ILF ALL; AIRPLANES WITH ISOLATED FUEL QUANTITY TRANSMITTERS (IFQT)

E.  The system has an independent subsystem for each tank. Each subsystem is comprised of tank units, a compensator, fuel and refuel quantity indicators, and an IFQT. The tank units and compensators are operated and measured directly by the IFQTs.

### ILF ALL; AIRPLANES WITH SMITH 2300 FUEL QUANTITY INDICATOR

┌─ EFFECTIVITY ─┐
**ILF ALL; AIRPLANES WITH SMITH 2300 FUEL QUANTITY INDICATOR**

D6-37535

BOEING PROPRIETARY - Copyright © Unpublished Work - See title page for details

**28-41-03**

Page 2
Sep 25/2008

H-3





**Fuel Quantity Indicating System - Component Location**
**Figure 1 (Sheet 1 of 6)/28-41-03-990-801**

EFFECTIVITY
ILF 012, 052-054, 351, 353-360, 363, 365-369, 372-377, 382, 385-391, 431-
435, 441, 446, 447, 451-453, 471-474, 492-494, 502, 503, 505, 507, 508,
512, 526-528, 581, 582, 584-588, 590-603, 693, 694, 701-703, 716-722, 821-
823, 851-999; AIRPLANES WITHOUT AUXILIARY FUEL TANKS
D6-37535

**28-41-03**

Page 3
Mar 25/2013

BOEING PROPRIETARY - Copyright © Unpublished Work - See title page for details

H-4



**737-300/400/500**
**AIRCRAFT MAINTENANCE MANUAL**





688189.S00041223108_V1

**Fuel Quantity Indicating System - Component Location**
**Figure 1 (Sheet 2 of 6)/28-41-03-990-801**

EFFECTIVITY

ILF 012, 052-054, 351, 353-360, 363, 365-369, 372-377, 382, 385-391, 431-435, 441, 446, 447, 451-453, 471-474, 492-494, 502, 503, 505, 507, 508, 512, 526-528, 581, 582, 584-588, 590-603, 693, 694, 701-703, 716-722, 821-823, 851-999; AIRPLANES WITHOUT AUXILIARY FUEL TANKS

**28-41-03**

Page 4
Mar 25/2013

D6-37535

BOEING PROPRIETARY - Copyright © Unpublished Work - See title page for details

H-5



### 737-300/400/500
### AIRCRAFT MAINTENANCE MANUAL



FUEL MEASURING STICK
(IN TANK ACCESS DOORS
NO. 1,4,6,8 AND 10)
SEE (I)

NO. 2 TANK SHOWN
(NO. 1 TANK OPPOSITE)



FUEL MEASURING STICK (EXAMPLE)
(I)

FUEL MEASURING STICK (EXAMPLE)
(J)

688192 S00041223112_V1

**Fuel Quantity Indicating System - Component Location**
**Figure 1 (Sheet 3 of 6)/28-41-03-990-801**

EFFECTIVITY
ILF ALL; AIRPLANES WITH SMITH 2300 FUEL QUANTITY
INDICATOR

D6-37535

BOEING PROPRIETARY - Copyright © Unpublished Work - See title page for details.

**28-41-03**

Page 5
Sep 25/2008

H-6



737-300/400/500
**AIRCRAFT MAINTENANCE MANUAL**



Fuel Quantity Indicating System - Component Location
Figure 1 (Sheet 4 of 6)/28-41-03-990-801

W72632 S00041223121_V1

BOEING PROPRIETARY - Copyright © Unpublished Work - See title page for details

EFFECTIVITY
ILF 012, 052, 053, 351, 353-360, 363, 365-369, 372-377, 382, 385-391, 431-435, 441, 446, 447, 451-453, 471-474, 492-494, 701-703, 716-722, 803, 804, 821-823

D6-37535

**28-41-03**

Page 6
Mar 25/2013

H-7



## 737-300/400/500
## AIRCRAFT MAINTENANCE MANUAL



IFQT
(737-400 AIRPLANES)

Ⓚ

W72634 S00041223122_V1

**Fuel Quantity Indicating System - Component Location**
**Figure 1 (Sheet 5 of 6)/28-41-03-990-801**

EFFECTIVITY
ILF 054, 502, 503, 505, 507, 508, 512, 526-528, 553, 581, 582, 584-588, 590-603, 693, 694, 851-999

**28-41-03**

Page 7
Mar 25/2013

D6-37535

BOEING PROPRIETARY - Copyright © Unpublished Work - See title page for details

H-8



# 737-300/400/500
## AIRCRAFT MAINTENANCE MANUAL





TRANSIENT SUPPRESSION UNIT (TSU)



1413889 S00041223125_V1

**Fuel Quantity Indicating System - Component Location**
**Figure 1 (Sheet 6 of 6)/28-41-03-990-801**

EFFECTIVITY

ILF 012, 052-054, 351, 353-360, 363, 365-369, 372-377, 382, 385-391, 431-435, 441, 446, 447, 451-453, 471-474, 492-494, 502, 503, 505, 507, 508, 512, 526-528, 581, 582, 584-588, 590-603, 693, 694, 701-703, 716-722, 821-823, 851-999; AIRPLANES WITHOUT AUXILIARY FUEL TANKS

D6-37535

BOEING PROPRIETARY - Copyright © Unpublished Work - See title page for details

**28-41-03**

Page 8
Mar 25/2013



737-300/400/500
**AIRCRAFT MAINTENANCE MANUAL**

2. <u>Tank Unit</u>

(Figure 1)

A. The tank units are cylindrical capacitors which are installed throughout each fuel tank to sense fuel level variations and, as a result of capacitance change, transmit electrical signals to the fuel quantity indicators. The tank units have two coaxial cylinders which are rigidly spaced at intervals throughout their length by insulating centering spacers. The inner electrode is a variable diameter nickel alloy tube and is connected to the amplifier input. The outer electrode is an aluminum alloy tube of constant diameter and is connected to the excitation voltage lead. The diameter of the inner electrode is profiled to supply an output signal which is linear with respect to the volume of fuel in the fuel tank. Openings at the ends of tank units let fuel assume the same level between the two cylinders as that in the fuel tank.

B. Changes in airplane attitude can cause errors in the fuel quantity measurement. The tank units are installed in locations in the fuel tank that keep these errors to a minimum. The large number of tank units in different locations in the fuel tank also keeps these errors to a minimum.

C. Tank units are attached to the wing ribs in the No. 1 and No. 2 tanks and to the spanwise beams in the center tank. Access to the tank units is through fuel tank access openings. Electrical connections to the tank units are made at the tank unit terminals. Tank unit leads in a given fuel tank, form a harness which terminates at a receptacle. The receptacles for the No. 1 and No. 2 tanks are found in the applicable wing front spar, and for the center tank in the left forward bulkhead in the wheel well of the main landing gear. Mating with each receptacle is a bussing plug assembly. The plug assembly connects the tank units in parallel.

3. <u>Compensator Unit</u>

(Figure 1)

A. The compensator unit in each fuel tank acts as a sensing element to maintain a linear relationship between the fuel dielectric properties and fuel density. Each compensator unit has a low impedance plate and two high impedance plates, which are protected by a mechanical shield. The compensator units are installed to the same wing structure as the tank units and are attached so that they are completely submerged in fuel at all times. Access to the compensator units is through the fuel tank access openings. Leads from the compensator units are contained in the same harness used for the tank units.

4. <u>Fuel Quantity Indicator</u>

(Figure 1)

A. Digital fuel quantity indicators show the weight of fuel in each fuel tank. Each fuel quantity indicator has a single chip microcomputer system and a digital liquid crystal display (LCD). The microcomputer measures capacitive and resistive current in the tank units. The microcomputer also monitors the leakage current and other circuit parameters. When a parameter reaches an unacceptable level an error code is shown on the indicator face. The display will show ERR plus an error code between 1 and 10 which will be used to help in troubleshooting the system. The subsequent define the error codes.

Table 1/28-41-03-993-801

| ERROR CODE | FUEL QUANTITY INDICATOR READING | PROBABLE CAUSE |
|---|---|---|
| 1 | Normal | Open or short in COMP LO-Z line |
| 2 | Zero | Short in compensator unit (HI-Z to COMP LO-Z) |
| 3 | Normal | Excessive compensator unit leakage |
| 4 [1] | Zero | Open or short in TANK LO-Z line |

EFFECTIVITY
ILF ALL; AIRPLANES WITH SMITH 2300 FUEL QUANTITY INDICATOR

**28-41-03**

Page 9
Mar 25/2012

D6-37535
BOEING PROPRIETARY - Copyright © Unpublished Work - See title page for details

H-10



*BOEING®*

### 737-300/400/500
### AIRCRAFT MAINTENANCE MANUAL

(Continued)

| ERROR CODE | FUEL QUANTITY INDICATOR READING | PROBABLE CAUSE |
|---|---|---|
| 5 | Zero | Short in tank unit (HI-Z to TANK LO-Z) |
| 6 | Normal | Excessive tank unit leakage |
| 7 | *[2] | Calibration unit failure |
| 8 | Blank | Error in DCTU data |
| 9 | *[2] | Indicator memory failure |
| 10 | Zero | Open or short in HI-Z line |

*[1] On fuel quantity indicators without Mod "B", error code 4 will be logged into indicator memory if QTY TEST switch is pushed. On fuel quantity indicators with Mod "B", error code 4 will be logged into indicator memory only if QTY TEST switch is pushed and held for more than 30 seconds.

*[2] If failure occurs during flight, indicator reading will be normal with ERR shown. If failure occurs when power is applied, the fuel quantity indicator will read zero with ERR shown.

    B. To clear all stored error codes, including those stored by activating the self-test switches, push the indicator test switch until the display goes to zero, release the indicator test switch, then push the indicator test switch again while the fuel quantity indicator is in self-test mode. The fuel quantity indicator will complete self-test cycle and show the word CLr.

### ILF ALL; AIRPLANES WITH ISOLATED FUEL QUANTITY TRANSMITTERS (IFQT)

    C. All fuel quantity indicators are configured as repeaters and are interfaced to and driven by their applicable IFQT.

### ILF ALL; AIRPLANES WITH SMITH 2300 FUEL QUANTITY INDICATOR

**5. Refuel Quantity Indicator**

    (Figure 1)

    A. Refuel quantity indicators on the P15 panel show the weight of fuel in the fuel tanks. The refuel quantity indicators help the ground crew in refuel or defueling operations. The refuel quantity indicators are interchangeable with each other. The refuel quantity indicators operate only when the access door for the refuel station is open. When the access door is closed, power to the refuel quantity indicators is interrupted by a proximity switch.

### ILF ALL; AIRPLANES WITH ISOLATED FUEL QUANTITY TRANSMITTERS (IFQT)

    B. Fuel quantity signals for the fuel quantity indicators are received from the IFQT.

### ILF ALL; AIRPLANES WITH SMITH 2300 FUEL QUANTITY INDICATOR

    C. The refuel quantity indicators monitor the signal received from the fuel quantity indicators and show an error code if a system malfunction exists. The subsequent table lists the error codes and their probable causes.

Table 2/28-41-03-993-802

| ERROR CODE | REFUEL QUANTITY INDICATOR READING | PROBABLE CAUSE |
|---|---|---|
| 7 | Zero | Signal from fuel quantity indicator erroneous or missing |

EFFECTIVITY
ILF ALL; AIRPLANES WITH SMITH 2300 FUEL QUANTITY INDICATOR

**28-41-03**

Page 10
Sep 25/2008

D6-37535
BOEING PROPRIETARY - Copyright © Unpublished Work - See title page for details

H-11



737-300/400/500
**AIRCRAFT MAINTENANCE MANUAL**

NOTE: When the indicator test switch on the P15 panel is activated, the refuel quantity indicators show ERR and log error code 7 into memory. Fuel quantity indicators in the flight compartment show ERR and log error code 1 into memory.

**ILF ALL; AIRPLANES WITH ISOLATED FUEL QUANTITY TRANSMITTERS (IFQT)**

**6. Isolated Fuel Quantity Transmitter (IFQT) (Fig.1 and )**

Figure 2

A. The IFQTs are active transient suppression devices that prevent fuel quantity gaging wiring (FQIS wire harness) from propagating unwanted energy into the fuel tanks. One IFQT is installed per fuel tank. Each IFQT has a metal housing with two external connectors that are bonded to the airframe structure. Internal to the IFQT is a signal conditioner board and isolation components that electrically isolate the signals that go into the IFQT from signals that pass on to the fuel tanks.

B. The IFQT signal conditioner board interfaces with the tank units and compensator to get the fuel tank capacitance. The signal conditioner supplies the tank capacitance signal to the fuel quantity indicators.

C. In addition to the IFQTs, a shielded cable assembly, known as the IFQT wire harness, is installed to further minimize the possibility of external energy entering the tank wiring between the IFQT and the fuel tank interface.

D. The IFQTs are installed in the ECS Mix Bay on the front spar of the center wing section, aft of the forward cargo compartment.

EFFECTIVITY
ILF ALL; AIRPLANES WITH SMITH 2300 FUEL QUANTITY INDICATOR

**28-41-03**

Page 11
Sep 25/2008

D6-37535

BOEING PROPRIETARY - Copyright © Unpublished Work - See title page for details



737-300/400/500
**AIRCRAFT MAINTENANCE MANUAL**



M48988 S00041223165_V1

**Block Diagram of IFQT Location in FQIS**
**Figure 2/28-41-03-990-804**

EFFECTIVITY
**ILF ALL; AIRPLANES WITH ISOLATED FUEL QUANTITY TRANSMITTERS (IFQT)**

**28-41-03**

Page 12
Sep 25/2008

D6-37535
BOEING PROPRIETARY - Copyright © Unpublished Work - See title page for details