UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Case No. 1:20-cv-25144-GAYLES/TORRES

| | |
|---|---|
| JETAIRE AEROSPACE, LLC, | ) |
| | ) |
| Plaintiff/Counter-Defendant, | ) |
| | ) |
| v. | ) |
| | ) |
| AERSALE, INC., | ) |
| | ) |
| Defendant/Counter-Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| JETAIRE AEROSPACE, LLC, | ) |
| JETAIRE FLIGHT SYSTEMS, LLC, | ) |
| and MICHAEL WILLIAMS, | ) |
| | ) |
| Counter-Defendants. | ) |

**STATEMENT OF NON-OPPOSITION**

Defendant and Counter-Plaintiff AerSale, Inc. ("AerSale") does not oppose the request to strike Docket Number 128 made by Plaintiff and Counter-Defendant Jetaire Aerospace, LLC in its Notice of Striking Docket Number 128 (ECF No. 129). Docket Number 128 contains material that AerSale designated as confidential, which pursuant to paragraph 7 of the Agreed Protective Order [ECF No. 46], should not have been publicly filed.

/s/ Amelia Toy Rudolph
Amelia Toy Rudolph (FL Bar No. 57015)
Shawn Rafferty (*pro hac vice*)
Valerie S. Sanders (*pro hac vice*)
**EVERSHEDS SUTHERLAND (US) LLP**
999 Peachtree St., NE, Ste. 2300
Atlanta, Georgia 30309-3996
404.853.8000 (T)
404.853.8806 (F)
amyrudolph@eversheds-sutherland.com
shawnrafferty@eversheds-sutherland.com
valeriesanders@eversheds-sutherland.com

Justin E. Gray (*pro hac vice*)
Regis C. Worley, Jr. (*pro hac vice*)
**EVERSHEDS SUTHERLAND (US) LLP**
12255 El Camino Real, Ste. 100
San Diego, California 92130-2071
858.252.6502 (T)
858.252.6503 (F)
justingray@eversheds-sutherland.com
regisworley@eversheds-sutherland.com

*Counsel for Defendant/Counter-Plaintiff AerSale, Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 22, 2022, the foregoing **Statement of Non-Opposition** was electronically filed with the Clerk of Court using the CM/ECF filing system. I further certify that the foregoing document was served on all counsel of record via transmission of the Notice of Electronic Filing generated by the Court's CM/ECF system.

<u>/s/ Amelia Toy Rudolph</u><br>
Amelia Toy Rudolph<br>
Florida Bar No. 57015