UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 1:20-cv-25144-DPG

**JETAIRE AEROSPACE, LLC**,

      Plaintiff,

v.

**AERSALE INC.**,

      Defendant.

_____/

## **ORDER**

**THIS CAUSE** comes before the Court on Special Master Paul M. Janicke's (the "Special Master") Report and Recommendations (the "Report"), [ECF No. 133], regarding the construction of patent claims in the instant action. On December 2, 2021, Professor Paul M. Janicke, a Professor of Law at the University of Houston Law Center in Houston, Texas, was appointed as Special Master in this matter, pursuant to Federal Rule of Civil Procedure 53(a)(1)(C), to conduct a *Markman* hearing and issue a Report and Recommendation as to the claim construction issues in this matter. [ECF No. 108]. The Special Master conducted *Markman* hearings on January 13 and January 14, 2021. [ECF No. 133]. On March 1, 2022, the Special Master issued his Report. *Id.*

The Court has reviewed the Report, the parties' respective objections, [ECF Nos. 137 & 138], the record, and the applicable law. Having conducted a *de novo* review of the issues presented and being otherwise fully advised, it is

**ORDERED AND ADJUDGED** as follows:

(1)    The Special Master's Report and Recommendations, [ECF No. 133], is **AFFIRMED and ADOPTED** and incorporated into this Order by reference.

(2)  The terms at issue shall be construed as set forth in the Special Master's Report and Recommendations.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 26th day of September, 2022.

_____
DARRIN P. GAYLES
UNITED STATES DISTRICT JUDGE