## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF FLORIDA

### Case No. 1:20-cv-25144-GAYLES/TORRES

| | |
|---|---|
| **JETAIRE AEROSPACE, LLC,** | ) |
| | ) |
| **Plaintiff/Counter-Defendant,** | ) |
| | ) |
| **v.** | ) |
| | ) |
| **AERSALE, INC.,** | ) |
| | ) |
| **Defendant/Counter-Plaintiff,** | ) |
| | ) |
| **v.** | ) |
| | ) |
| **JETAIRE AEROSPACE, LLC,** | ) |
| **JETAIRE FLIGHT SYSTEMS, LLC,** | ) |
| **and MICHAEL WILLIAMS,** | ) |
| | ) |
| **Counter-Defendants.** | ) |

### JOINT MOTION TO MODIFY SCHEDULING ORDER

The parties hereby move the Court for a modification to deadlines in the Ninth and Tenth

Amended Scheduling Orders (ECF Nos. 191, 218, 265), as follows:

| Event | Current Date | Proposed Date |
|---|---|---|
| Deadline to exchange pretrial disclosures (Witness List, Exhibit List, and Deposition Designations for witnesses unavailable for trial) by the Party with the Burden of Proof. | October 17, 2023 | December 1, 2023 |
| Deadline to exchange pretrial disclosures (Witness List, Exhibit List, and Deposition Designations for witnesses unavailable for trial) by the Party without the Burden of Proof. | October 23, 2023 | December 1, 2023 |
| Deadline to exchange objections to pretrial disclosures previously disclosed by the party with the Burden of Proof. | October 23, 2023 | December 15, 2023 |

| | | |
|---|---|---|
| Deadline to exchange objections to pretrial disclosures previously disclosed by the party without the Burden of Proof. | October 30, 2023 | December 15, 2023 |
| Joint pretrial stipulation, proposed joint jury instructions, proposed joint verdict form, and/or proposed findings of fact and conclusions of law shall be filed by | November 6, 2023 | January 10, 2024 |
| Calendar Call | November 29, 2023, 9:30 a.m. | February 7, 2024, 9:30 a.m. |
| Jury Trial | December 4, 2023 | February 12, 2024 |

The purpose of this extension is not to delay, but instead to permit this Court time to resolve the parties' currently pending motions which will materially influence pretrial preparations in this matter, as well as to permit Defendants time to account for Counter-Defendants' answer the Counter-Claims in accordance with the forthcoming Order granting, in part, and denying, in part, Plaintiff/Counter-Defendants' Motion to Dismiss [ECF No. 164].

WHEREFORE, the parties request that the Court grant this motion and modify the Scheduling Order in accordance with the proposal above.

| | |
|---|---|
| */s/ Jonathan L. Hardt (with permission)* | */s/ Amelia Toy Rudolph* |
| Marcos Daniel Jiménez, FL No. 441503 | Amelia Toy Rudolph (FL Bar No. 57015) |
| **MARCOS D. JIMÉNEZ, P.A.** | Shawn Rafferty (*pro hac vice*) |
| 255 Alhambra Circle, Suite 800 | Valerie S. Sanders (*pro hac vice*) |
| Coral Gables, Florida 33134 | **EVERSHEDS SUTHERLAND (US) LLP** |
| Telephone: (305) 570-3249 | 999 Peachtree St., NE, Ste. 2300 |
| Facsimile: (305) 351-4059 | Atlanta, Georgia 30309-3996 |
| Email: mdj@mdjlegal.com | 404.853.8000 (T) |
| Email: lois@leoncosgrove.com | 404.853.8806 (F) |
| | amyrudolph@eversheds-sutherland.com |
| Timothy C. Davis, FL No. 571880 | shawnrafferty@eversheds-sutherland.com |
| **HENINGER GARRISON DAVIS, LLC** | valeriesanders@eversheds-sutherland.com |
| 2224 1st Avenue North | |
| Birmingham, Alabama 35203 | Scott A. Penner (*pro hac vice*) |
| Telephone: (205) 326-3336 | Regis C. Worley, Jr. (*pro hac vice*) |
| Facsimile: (205) 314-5915 | **EVERSHEDS SUTHERLAND (US) LLP** |
| Email: tim@hgdlawfirm.com | 12255 El Camino Real, Ste. 100 |
| | San Diego, California 92130-2071 |
| | 858.252.6502 (T) |
| **Of Counsel** | 858.252.6503 (F) |
| Jonathan L. Hardt (*pro hac vice*) | justingray@eversheds-sutherland.com |
| James F. McDonough, III (*pro hac vice*) | scottpenner@evershed-sutherland.com |
| Jonathan R. Miller (*pro hac vice*) | regisworley@eversheds-sutherland.com |
| Travis E. Lynch (*pro hac vice*) | |
| **ROZIER HARDT MCDONOUGH PLLC** | *Counsel for Defendant/Counter-Plaintiff* |
| 3621 Vinings Slope, Suite 4300 | *AerSale, Inc.* |
| Atlanta, Georgia 30339 | |
| Telephone: (470) 480-9505, -9517, -9514 | |
| Email: jim@RHMtrial.com | |
| Email: miller@RHMtrial.com | |
| Email: lynch@RHMtrial.com | |
| | |
| *Counsel for Plaintiff/Counter-Defendant* | |
| *Jetaire Aerospace, LLC and Counter-* | |
| *Defendants Jetaire Flight Systems, LLC and* | |
| *Michael Williams* | |

**<u>CERTIFICATE OF SERVICE</u>**

I HEREBY CERTIFY that on October 16, 2023, the foregoing **Joint Motion to Modify Scheduling Order** was electronically filed with the Clerk of Court using the CM/ECF filing system.  I further certify that the foregoing document was served on all counsel of record via transmission of the Notice of Electronic Filing generated by the Court's CM/ECF system.

*/s/ Amelia Toy Rudolph*
Amelia Toy Rudolph
Florida Bar No. 57015