UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:20-cv-25144-DPG

**JETAIRE AEROSPACE, LLC**,

    Plaintiff,

v.

**AERSALE INC.**,

    Defendant/Counter-Plaintiff,

v.

**JETAIRE AEROSPACE, LLC,
JETAIRE FLIGHT SYSTEMS, LLC,
and MICHAEL WILLIAMS,**

    Counter-Defendants.
_____/

## ORDER ADOPTING AND AFFIRMING REPORT OF MAGISTRATE JUDGE

**THIS CAUSE** comes before the Court on Chief Magistrate Judge Edwin G. Torres' Report and Recommendation on Counter-Defendants' Motion for Summary Judgment (the "Report"). [ECF No. 398]. On February 5, 2024, Plaintiffs/Counter-Defendants Jetaire Aerospace, LLC, Jetaire Flight Systems, LLC, and Michael Williams ("Mr. Williams") (collectively, "Jetaire") filed their Amended Motion for Summary Judgment. [ECF No. 322].[1] Defendant/Counter-Plaintiff AerSale, Inc. ("AerSale") filed its Response on February 15, 2024. [ECF No. 335].[2] Both parties also provided supplemental briefing. [ECF Nos. 382, 390].[3] On December 8, 2023, the case was referred to Judge

---

[1] Jetaire filed an unredacted, sealed version of its Motion for Summary Judgment. [ECF No. 324].
[2] AerSale filed an unredacted, sealed version of its Response. [ECF No. 339-1].
[3] Jetaire filed an unredacted, sealed version of its supplement, [ECF No. 383], as did AerSale, [ECF No. 393].

1

Torres for a ruling on all pretrial, non-dispositive matters, and for a report and recommendation on any dispositive matters. [ECF No. 279].

Judge Torres issued his Report recommending that the Court grant summary judgment in favor of Jetaire as to Counts X and XI and dismiss, as moot, Counts VII–IX of the Fifth Amended Counterclaims. [ECF No. 398]. On May 31, 2024, AerSale filed its Objections to the Report ("Objections"). [ECF No. 406].[4] Jetaire filed its Response on June 14, 2024. [ECF No. 410].[5]

A district court may accept, reject, or modify a magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1). Those portions of the report and recommendation to which objection is made are accorded *de novo* review, if those objections "pinpoint the specific findings that the party disagrees with." *United States v. Schultz*, 565 F.3d 1353, 1360 (11th Cir. 2009); *see also* Fed. R. Civ. P. 72(b)(3). Any portions of the report and recommendation to which *no* specific objection is made are reviewed only for clear error. *Liberty Am. Ins. Grp., Inc. v. WestPoint Underwriters, L.L.C.*, 199 F. Supp. 2d 1271, 1276 (M.D. Fla. 2001); *accord Macort v. Prem, Inc.*, 208 F. App'x 781, 784 (11th Cir. 2006).

AerSale argues the Report errs in several ways, including: (1) by improperly concluding that federal patent law preempts AerSale's tort claims; (2) by misconstruing the arbitration panel's findings; (3) by applying the incorrect legal standard, and (4) by improperly concluding that a reasonable jury could not find, by clear and convincing evidence, that Jetaire acted in bad faith. This Court, having considered the Objections and conducted a *de novo* review of the record, agrees with Judge Torres' well-reasoned analysis and agrees that the Motion should be granted, in part.

---

[4] AerSale filed an unredacted, sealed version of its Objections. [ECF No. 407-1].
[5] Jetaire filed an unredacted, sealed version of its Response to the Objections. [ECF No. 412].

## CONCLUSION

Accordingly, after careful consideration, it is **ORDERED AND ADJUDGED** as follows:

(1) Defendant/Counter-Plaintiff AerSale, Inc.'s Objections to Report and Recommendation on Counter-Defendants' Motion for Summary Judgment, [ECF No. 406], are **OVERRULED**;

(2) Chief Magistrate Judge Torres' Report and Recommendation on Counter-Defendants' Motion for Summary Judgment, [ECF No. 398], is **AFFIRMED AND ADOPTED** and incorporated into this Order by reference;

(3) Plaintiffs/Counter-Defendants Jetaire Aerospace, LLC, Jetaire Flight Systems, LLC, and Michael Williams' Motion for Summary Judgment, [ECF No. 322], is **GRANTED, in part,** as to Counts X and XI of the Fifth Amended Counterclaims, [ECF No. 376-1];

(4) Counts VII–IX of Defendant/Counter-Plaintiff AerSale, Inc.'s Fifth Amended Counterclaims, [ECF No. 376-1], are **DISMISSED, as moot**; and

(5) In accordance with Federal Rule of Civil Procedure 58, final judgment shall be entered separately. The parties shall submit a proposed final judgment within fourteen (14) days of this Order.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 4th day of September, 2024.

_____
DARRIN P. GAYLES
UNITED STATES DISTRICT JUDGE